UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED JUN 1 1 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT


DOCKETED JUN 1 2 2003

In the Matter of

FEDERAL TRADE COMMISSION, Plaintiff,

v.

KEVIN TRUDEAU,
SHOP AMERICA (USA), LLC,
ROBERT BAREFOOT, and
DEONNA ENTERPRISES, INC., Defendants.

Case Number: 03 C 3904

Judge Robert W. Gettleman

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Defendants, Robert Barefoot and Deonna Enterprises, Inc.

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE *David L. Schiavone* | | SIGNATURE | |
| NAME David L. Schiavone | | NAME | |
| FIRM Sonnenschein Nath & Rosenthal | | FIRM | |
| STREET ADDRESS 8000 Sears Tower | | STREET ADDRESS | |
| CITY/STATE/ZIP Chicago, IL 60606 | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER (312) 876-7483 | FAX NUMBER (312) 876-7934 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS dschiavone@sonnenschein.com | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 02480190 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☑ NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☑ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |