# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FILED
JUN 11 2003

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03C3904 |
| ) | |
| KEVIN TRUDEAU, SHOP AMERICA ) | Honorable Robert W. Gettleman |
| (USA), LLC, ROBERT BAREFOOT, and ) | |
| DEONNA ENTERPRISES, INC., ) | |
| Defendants. ) | |

Judge Robert W. Gettleman
United States District Court

DOCKETED
JUN 1 6 2003

## NOTICE OF FILING

TO:     Daniel Kaufman            Todd Kossow
        Laura M. Sullivan           Karen D. Dodge
        Federal Trade Commission   Federal Trade Commission
        600 Pennsylvania Avenue, NW   55 E. Monroe Street, Suite 1860
        NJ-3212                        Chicago, IL 60603
        Washington, DC 20580

PLEASE BE ADVISED that on the 11th day of June, 2003, we filed with the Chambers of the Honorable Robert W. Gettleman and with the Clerk of the United States District



Court for the Northern District of Illinois **Memorandum in Response to Motion for Temporary Restraining Order**, a copy of which is attached hereto and is hereby served upon you.

                                      KEVIN TRUDEAU
                                      SHOP AMERICA (USA), LLC

                                      By: _____
                                               One of their attorneys

David J. Bradford
David Jimenez-Ekman
Katharine R. Saunders
JENNER & BLOCK LLC
One IBM Plaza
Chicago, Illinois 60611
Telephone: 312-222-9350

June 11, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEDERAL TRADE COMMISSION )
)
      Plaintiff, )
)
v. )  No. 03C3904
)
KEVIN TRUDEAU, SHOP AMERICA )  Honorable Robert W. Gettleman
(USA), LLC, ROBERT BAREFOOT, and )
DEONNA ENTERPRISES, INC., )
      Defendants. )
_____ )

FILED
JUN 1 1 2003
Judge Robert W. Gettleman
United States District Court

DOCKETED
JUN 1 6 2003

## DEFENDANTS KEVIN TRUDEAU AND SHOP AMERICA (USA), LLC'S MEMORANDUM IN RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER

Defendants Kevin Trudeau and Shop America (USA), LLC, by their attorneys, hereby adopt as their Response to Plaintiff Federal Trade Commission's Motion for Temporary Restraining Order with Asset Freeze, Accounting, and Related Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue as to Defendants, the Response filed in Case No. 98C0168 to the Federal Trade Commission's similar Motion for Temporary Restraining Order with Asset Freeze, Accounting, and Related Relief, and Order to Show Cause Why Defendant Should Not Be Held in Civil Contempt, and in support and state as follows:

1.    In their motion in this case, the FTC claims an emergency proceeding is necessary to contend with its allegations that Trudeau, Shop America, Robert Barefoot, and Deonna Enterprises have engaged in false advertising and deceptive business practices.

2.    In a related case, Case No. 98C0168, the FTC has filed similar claims against Kevin Trudeau, in a Motion for Temporary Restraining Order with Asset Freeze, Accounting, and



Related Relief, and Order to Show Cause Why Defendant Should Not Be Held in Civil Contempt. In that Motion, the FTC describes similar circumstances, facts, and legal issues relating to the same alleged dissemination of improper statements by Defendants.

3. Due to the emergency nature of this proceeding and the extremely limited time afforded to Defendants for their response prior to the hearing set on the motions for temporary restraining orders and the related nature of the issues, Defendants Trudeau and Shop America adopt Trudeau's Response in Case No. 98C0168.

Respectfully submitted

KEVIN TRUDEAU
SHOP AMERICA (USA), LLC

By: _____
One of their attorneys

David J. Bradford
David Jimenez-Ekman
Katharine R. Saunders
JENNER & BLOCK LLC
One IBM Plaza
Chicago, Illinois 60611
Telephone: 312-222-9350

June 11, 2003