UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>KEVIN TRUDEAU, SHOP AMERICA (USA), LLC, ROBERT BAREFOOT, and DEONNA ENTERPRISES, INC.,<br><br>Defendant. | Civ. No. 03C 3904<br><br>Judge Norgle<br>Magistrate Judge Bobrick |



## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday June 13, 2003, at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before The Honorable Judge Norgle or before any other judge sitting in his/her stead in the courtroom usually occupied by him/her in Room 2341 in the Dirksen Federal Building, at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Motion for Temporary Restraining Order with Appointment of a Temporary Receiver, Asset Freeze, Accounting and Order to Show Cause Why a Preliminary Injunction Should Not Issue as to Defendants** and **Motion to File Memorandum in Excess of 15 Pages**, a copy of which is hereby served upon you. Notice will be provided as set forth in the Declaration of Notice of Plaintiff's Counsel filed herein.

Dated: June 9, 2003

FEDERAL TRADE COMMISSION

WILLIAM E. KOVACIC
General Counsel

DANIEL KAUFMAN
LAURA M. SULLIVAN
Federal Trade Commission
600 Pennsylvania Avenue, NW,
NJ-3212
Washington, DC 20580
(202) 326-2675, -3327 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov or lsullivan@ftc.gov
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED

JUN 2 0 2003

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>KEVIN TRUDEAU, SHOP AMERICA (USA), LLC, ROBERT BAREFOOT, and DEONNA ENTERPRISES, INC.,<br><br>Defendants. | Civ. No. 03C 3904<br><br>Judge Norgle<br>Magistrate Judge Bobrick |

CLERK, U.S. DISTRICT COURT
MICHAEL W. DOBBINS
JUN 0 9 2003
FILED

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER WITH APPOINTMENT OF A TEMPORARY RECEIVER, ASSET FREEZE, ACCOUNTING AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AS TO DEFENDANTS**

Plaintiff Federal Trade Commission ("Commission" or "FTC"), pursuant to Fed. R. Civ. P. 65(b), respectfully moves this Court for a noticed Temporary Restraining Order ("TRO"). As grounds for this motion, the Commission states that defendants have engaged in deceptive acts or practices and false advertising in connection with the advertising, marketing and sale of Coral Calcium Supreme in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52 as set forth in the complaint, memorandum, and exhibits in support of this motion.

The proposed TRO would temporarily:

1. restrain defendants from violating Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52 through their advertising and marketing of Coral Calcium Supreme;

2. appoint a temporary receiver over corporate defendant Shop America (USA), LLC;

3. freeze the assets of defendants Kevin Trudeau and Robert Barefoot and restrict defendants Deonna Enterprise and Shop America's ability to dissipate assets;



4. require defendants to repatriate any off-shore assets;

5. permit expedited discovery as to the nature, location, status, and extent of assets, the location and identification of relevant documents, and other matters relating to monitoring defendants' compliance with the temporary restraining order; and

6. require defendants to show cause why a preliminary injunction should not issue, extending the foregoing temporary relief until the merits of the Commission's allegations are finally adjudicated.

Accompanying this motion, and filed herewith, are a supporting memorandum, declarations and exhibits in support thereof, a proposed temporary restraining order and a declaration of counsel setting forth how notice of this motion will be provided.

Dated: June 9, 2003                          FEDERAL TRADE COMMISSION

WILLIAM E. KOVACIC
General Counsel

DANIEL KAUFMAN
LAURA M. SULLIVAN
Federal Trade Commission
600 Pennsylvania Avenue, NW,
NJ-3212
Washington, DC 20580
(202) 326-2675, -3327 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov or lsullivan@ftc.gov
ATTORNEYS FOR PLAINTIFF

TODD KOSSOW
KAREN D. DODGE
FEDERAL TRADE COMMISSION
55 E. Monroe Street, Suite 1860
Chicago, IL 60603-5173
(312) 960-5616, -5608 (voice)
(312) 960-5600 (fax)
tkossow@ftc.gov
ATTORNEYS FOR PLAINTIFF