

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff | Civ. No. 03C 3904 |
| v. | Judge Norgle<br>Magistrate Judge Bobrick |
| KEVIN TRUDEAU, SHOP AMERICA (USA), LLC, ROBERT BAREFOOT, and DEONNA ENTERPRISES, INC., | |
| Defendants. | |

DOCKETED JUN 2 0 2003



**PLAINTIFF'S MOTION FOR LEAVE TO FILE
MEMORANDUM OF LAW IN EXCESS OF 15 PAGES**

Plaintiff, Federal Trade Commission, hereby respectfully requests, in accordance with Local Rule 7.1 of the Local Rules for the United States District Court for the Northern District of Illinois, that the Court enter an Order permitting it to file its Memorandum In Support of Plaintiff's Motion for Temporary Restraining Order with Appointment of a Temporary Receiver, Asset Restriction, Accounting and Order to Show Cause Why a Preliminary Injunction Should Not Issue as to Defendants ("Memorandum") in excess of fifteen (15) pages.

Plaintiff has made every effort to be concise yet thorough in presenting both the facts and the law necessary to decide its motion. There are many facts and issues raised by the Commission's motion, addressing the validity of at least five different health and disease claims made for Coral Calcium Supreme, and the roles of multiple parties. Further, due to defendants

1

12

ongoing violations of the Federal Trade Commission Act, the Commission is seeking a temporary restraining order and preliminary injunctive relief, and this necessarily requires a detailed exposition of the underlying facts and circumstances supporting the request for interim relief as well as information about the FTC Act. As presented, the memorandum is 26 pages long.

Wherefore, plaintiff respectfully requests that this Court issue an order allowing the filing of its Memorandum in excess of fifteen (15) pages. For the Court's convenience, a proposed Order is provided along with this motion.

Dated: June 9, 2003

FEDERAL TRADE COMMISSION

WILLIAM E. KOVACIC

General Counsel

_____
DANIEL KAUFMAN
LAURA M. SULLIVAN
Federal Trade Commission
600 Pennsylvania Avenue, NW,
NJ-3212
Washington, DC 20580
(202) 326-2675, -3327 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov or lsullivan@ftc.gov
ATTORNEYS FOR PLAINTIFF

TODD KOSSOW
KAREN D. DODGE
FEDERAL TRADE COMMISSION
55 E. Monroe Street, Suite 1860
Chicago, IL 60603-5173
(312) 960-5616, -5608 (voice)
(312) 960-5600 (fax)
tkossow@ftc.gov
ATTORNEYS FOR PLAINTIFF

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>KEVIN TRUDEAU, SHOP AMERICA (USA), LLC, ROBERT BAREFOOT, and DEONNA ENTERPRISES, INC.,<br><br>Defendants. | Civ. No. 03C 3904<br><br>Judge Norgle<br>Magistrate Judge Bobrick |

(Proposed)
**ORDER GRANTING PLAINTIFF'S MOTION TO FILE**
**MEMORANDUM OF LAW IN EXCESS OF 15 PAGES**

In accordance with Local Rule 7.1 of the Local Rules for the United States District Court for the Northern District of Illinois, plaintiff Federal Trade Commission ("Commission") has filed a motion for an Order permitting the filing of its "Memorandum In Support of Plaintiff's Motion for Temporary Restraining Order with Appointment of a Temporary Receiver, Asset Restriction, Accounting and Order to Show Cause Why a Preliminary Injunction Should Not Issue as to Defendants" in excess of 15 pages.

This Court, having considered the Commission's motion and being otherwise advised in the premises, hereby GRANTS the Commission's motion.

**IT IS THEREFORE ORDERED** that for good cause shown, the Commission's motion is hereby granted and its memorandum in support of its motion for a temporary restraining order

is accepted for filing in this case and will be considered in its entirety by the Court in determining the Commission's motion.

**DONE AND ORDERED,** in chambers at Chicago, Illinois, this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
DANIEL KAUFMAN
LAURA M. SULLIVAN
Federal Trade Commission
600 Pennsylvania Avenue, NW,
NJ-3212
Washington, DC 20580
(202) 326-2675, -3327 (voice)
(202) 326-3259 (fax)
dkaufman@ftc.gov or lsullivan@ftc.gov
ATTORNEYS FOR PLAINTIFF

2