**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | **:** | |
| **FEDERAL TRADE COMMISSION,** | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 03-C-3904** |
| | **:** | |
| **KEVIN TRUDEAU,** | **:** | |
| **Defendant.** | **:** | |

**(Proposed)
ORDER FOR DEFENDANT KEVIN TRUDEAU TO SHOW CAUSE
WHY HE SHOULD NOT BE HELD IN CONTEMPT
FOR VIOLATING THIS COURT'S
2004 PERMANENT INJUNCTION**

Upon due consideration of Plaintiff Federal Trade Commission's Motion for Defendant

Kevin Trudeau to Show Cause Why He Should Not Be Held In Contempt For Violating The

Court's 2004 Permanent Injunction and its accompanying brief and exhibits, it is hereby

**ORDERED** that the Motion is **GRANTED**, and is further **ORDERED** that:

(1)     Defendant Trudeau shall appear before this Court on the _____ day of

_____, 2007, at _____ .m. at the United States Courthouse of the United States

District Court for the Northern District of Illinois, Room _____, Chicago, Illinois, 60604, to

show cause, if any there be, why this Court should not find him in civil contempt for failing to

comply with the requirements of this Court's Permanent Injunction and impose such other relief

as it deems appropriate.

(2)     Defendant Trudeau shall file any answering affidavits, pleadings, briefs, or other

evidence and exhibits on which Defendant will rely no later than the _____ day of

_____, 2007.   If any such documents or parts thereof cannot be filed by electronic

means, such paper filings shall be served that day by overnight delivery to Laureen Kapin, Federal Trade Commission, 601 New Jersey Ave., N.W., Suite NJ-2115, Washington, D.C. 20001.

(3)     If Defendant Trudeau intends to present the testimony of any witness at the hearing to show cause in this matter, he shall serve on counsel for the Commission, by electronic mail to lkapin@ftc.gov and by overnight delivery to the above address, no later than the _____ day of _____, 2007, a statement containing the name, address, and telephone number of any such witness.

(4)     The Court shall continue to retain jurisdiction of this matter for all purposes.

**IT IS SO ORDERED,** this ____ day of _____, 2007.

_____
ROBERT W. GETTELMAN
United States District Judge
United States District Court for the
Northern District of Illinois