# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 3904 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Federal Trade Commission  vs  Kevin Trudeau | | |

**DOCKET ENTRY TEXT:**

Hearing resumed Further evidence heard and concluded. Hearing ends. Plaintiff's motion [148] to disqualify is granted in part and denied in part as stated on the record. Motion [62] to show cause why defendant should not be held in contempt, motion [95] for reconsideration, and motion [146] to withdraw are taken under advisement.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|