## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>KEVIN TRUDEAU, et al.,  )<br>  Defendants.  )<br>_____)  | Case No. 03-C-3904<br><br>Judge Gettleman |

### MOTION TO WITHDRAW AS COUNSEL INSTANTER

Jenner & Block LLP ("Jenner & Block"), including Jenner & Block partners David J. Bradford, Daniel Jay Hurtado, and David Eric Jimenez-Ekman, respectfully moves to immediately withdraw as counsel of record for Defendant Kevin Trudeau pursuant to LR83.51.16. The basis of this motion is unrelated to the basis for Jenner & Block's pending Agreed Motion to Withdraw pursuant to LR83.51.16(b)(1)(F). In support of this Motion, Jenner & Block states as follows:

1. As of August 21, 2008, it came to Jenner & Block's attention that there is an irreconcilable conflict between Mr. Trudeau and another existing client of the firm. In addition, Jenner & Block has determined (unrelated to any financial obligations) that it no longer believes that it is possible to represent Mr. Trudeau consistent with this Court's rules.

2. In accordance with LR83.51.16(d), Jenner & Block has notified Mr. Trudeau in advance of the filing of this Motion. Counsel is advised that Mr. Trudeau currently intends to proceed *pro se* in this matter. Mr. Trudeau has been advised that motions are noticed before the Court for the morning of September 2, 2008, and counsel expect that Mr. Trudeau will appear on his own behalf at that time.

WHEREFORE, Jenner & Block respectfully requests that the Court grant its Motion to Withdraw as Counsel Instanter.

>Respectfully submitted,

>JENNER & BLOCK LLP

>By:__s/ David J. Bradford_____
>      One of Mr. Trudeau's Attorneys

David J. Bradford
Daniel J. Hurtado
David Jimenez-Ekman
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois  60611
312-923-2975

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on Plaintiff's counsel of record, listed below, by operation of the Court's ECF/CM system on August 22, 2008.

           David A. O'Toole
           Federal Trade Commission
           55 W. Monroe St., Suite 1825
           Chicago, IL 60603

           Laureen Kapin
           Elizabeth Tucci
           Sandhya Prabhu
           Federal Trade Commission
           601 New Jersey Ave., N.W. , Suite 2215
           Washington, D.C. 20001

                                  s/Daniel J. Hurtado