IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03 C 3904 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| KEVIN TRUDEAU, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

As discussed in the conference call with the court this morning, it is hereby ordered:

1. Defendant Trudeau shall file a response to the FTC's Renewed Motion to Modify the Stipulated Final Order for Permanent Injunction as to Defendant Kevin Trudeau (Doc. No. 269) on or before December 17, 2009.

2. Defendant shall file a response to the FTC's Renewed Motion for Entry of Compensatory Monetary Remedy Against Kevin Trudeau (Doc. No. 267) on or before December 17, 2009. In that response, defendant is directed to identify the facts asserted by plaintiff that he contests and the basis for contesting such facts, and the facts plaintiff that he contends are not already in the record and require additional discovery and evidentiary presentation.

3. Trudeau's Motion to Enter Proposed Scheduling Order (Doc. No. 272) is denied without prejudice, because the court does not agree with the proposed schedule. The court will address scheduling discovery or a hearing at a later date.

4. Defendant Trudeau is directed to submit, either as part of his response to the FTC's Renewed Motion for Entry of Monetary Remedy or as a separate document, on or before December 17, 2009, a detailed discovery plan concerning the monetary award. Defendant

should be mindful of the court's inclination not to allow additional discovery that is already been

taken or evidence that has already been presented in the record; the court will allow defendant to

take discovery and present evidence on matters such as consumer loss (see page 29 of the court

of appeals opinion dated August 27, 2009).

5.      This matter is set for a preliminary hearing on December 22, 2009, at 2:00 p.m..


**ENTER:       December 3, 2009**

_____
**Robert W. Gettleman**
**United States District Judge**