# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 3904 | **DATE** | 2/11/2010 |
| **CASE TITLE** | Federal Trade Commission  vs  Kevin Trudeau | | |

**DOCKET ENTRY TEXT:**

Return on rule to show cause held. The Court finds defendant to be in direct criminal contempt. Defendant's bond is set at $50,000.00. Defendant is not to leave the Northern District of Illinois without prior permission by this Court. Defendant is to surrender his passport. Defendant is ordered RELEASED after processing. He is allowed to post the $50,000.00 on 2/12/2010.
Parties submissions to the court are due by 2/16/2010. Status hearing is set for 2/17/2010, at 1:30 p.m.

[Docketing to mail notice]

00:30

U.S. DISTRICT COURT
2010 FEB 11 PM 2:29