IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**        :<br>        Plaintiff,        :<br>                                            :<br>        v.                                :<br>                                            :<br>**KEVIN TRUDEAU,**                 :<br>        Defendant.       : | Civil Action No. 03-C-3904 |

### FTC'S STATEMENT REGARDING THE COURT'S FEBRUARY 11, 2010 ORDER HOLDING DEFENDANT KEVIN TRUDEAU IN CRIMINAL CONTEMPT

The FTC respectfully declines to address the appropriate sanctions and penalties that the Court should impose on Defendant Kevin Trudeau for his direct criminal contempt. The Commission does not have criminal enforcement authority, and thus lacks sufficient expertise in recommending appropriate criminal contempt sanctions. The Commission would defer to federal criminal enforcement authorities, including the Office of the United States Attorney for this District, to render such assistance to the Court.

Dated: February 16, 2010

Respectfully submitted,

Willard Tom, General Counsel

s/ Michael Mora
Michael Mora (mmora@ftc.gov)
Federal Trade Commission
601 New Jersey Ave., N.W., Suite 2215
Washington, DC  20001
Phone: 202-326-3373
Fax: 202-326-2559

David A. O'Toole (dotoole@ftc.gov)
Federal Trade Commission
55 W. Monroe St., Suite 1825
Chicago, IL 60603
Phone: 312-960-5601
Fax: 312-960-5600

CERTIFICATE OF SERVICE

I, Michael P. Mora, hereby certify that on February 16, 2010, I caused to be served true copies of the *FTC's Statement Regarding the Court's February 11, 2010 Order Holding Defendant Kevin Trudeau in Criminal Contempt* by electronic means and by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

    Kimball Richard Anderson
    Winston & Strawn LLP
    35 West Wacker Drive
    Chicago, Illinois 60601-9703
    Email: kanderson@winston.com

    Lisa Janice Parker
    Winston & Strawn LLP
    Abbott Laboratories
    100 Abbott Park Road
    Dept. 324, Bldg. AP6
    Abbott Park, Illinois 60064-3500
    Email: lparker@winston.com

    Aesha Pallesen
    Winston & Strawn, LLP
    35 W. Wacker Drive
    Chicago, IL 60601
    Email: apallesen@winston.com

    Thomas Lee Kirsch, II
    Winston & Strawn, LLP
    35 W. Wacker Drive
    Chicago, IL 60601
    Email: tkirsch@winston.com, ECF_CH@winston.com

                                              /s/Michael P. Mora
                                              Michael Mora
                                              Attorney for Plaintiff
                                              Federal Trade Commission