## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

_____
                                                      )
**FEDERAL TRADE COMMISSION,**          )
        **Plaintiff,**          )
                                                      )
      **v.**                                   )          **Civil Action No. 03-C-3904**
                                                      )
**KEVIN TRUDEAU,**                             )          **Honorable Robert W. Gettleman**
        **Defendant.**          )
_____)

## <u>DEFENDANT KEVIN TRUDEAU'S MOTION FOR ACQUITTAL</u>

Defendant Kevin Trudeau ("Trudeau") hereby moves for judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29.  In support of his motion, Mr. Trudeau submits the accompanying "Memorandum in Response to Order Finding Mr. Trudeau in Direct Criminal Contempt and in Support of Motion for Acquittal Pursuant to Fed. R. Crim. P. 29."

WHEREFORE, Mr. Trudeau urges this Court to grant his Motion for Acquittal.

Dated:  February 16, 2010                         Respectfully submitted,

                                                               /s/ Kimball R. Anderson
                                                              Kimball R. Anderson
                                                              Attorney for Kevin Trudeau

Kimball R. Anderson (kanderson@winston.com)
Aesha Pallesen (apallesen@winston.com)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
Phone:  312-558-5600

## <u>CERTIFICATE OF SERVICE</u>

I, Kimball R. Anderson, an attorney, hereby certify that on February 16, 2010, I caused to be served true copies of Defendant Kevin Trudeau's Motion for Acquittal, by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:


Michael Mora
Sandhya P. Brown
Elizabeth Tucci
Laureen Kapin
Federal Trade Commission
601 New Jersey Ave, NW Suite 2215
Washington, DC  20001

David O'Toole
Federal Trade Commission
55 West Monroe St., Suite 1825
Chicago, IL  60603


　　　　　　　　　　　　　　　　　　　　 /s/ Kimball R. Anderson
　　　　　　　　　　　　　　　　　　　Kimball R. Anderson
　　　　　　　　　　　　　　　　　　　Attorney for Kevin Trudeau