# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 26, 2010

BEFORE

KENNETH F. RIPPLE, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| No.: 10-1383 | FEDERAL TRADE COMMISSION, Plaintiff - Appellee<br><br>v.<br><br>KEVIN TRUDEAU, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:03-cv-03904<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman ||

The following are before the court:

1. **DEFENDANT-APPELLANT KEVIN TRUDEAU'S EMERGENCY MOTION FOR MODIFICATION OF RELEASE CONDITIONS PENDING APPEAL**, filed on February 25, 2010, by counsel for the appellant.

2. **DEFENDANT/APPELLANT KEVIN TRUDEAU'S MEMORANDUM IN SUPPORT OF HIS EMERGENCY MOTION FOR MODIFICATION OF RELEASE CONDITIONS PENDING APPEAL**, filed on February 25, 2010, by counsel for the appellant.

**IT IS ORDERED** that #1 is **DENIED**. In addition to the other restrictions specified in this court's order dated February 18, 2010, the court clarifies that, as a condition of his release pending appeal, the appellant may not travel outside the Northern District of Illinois.

form name: **c7_Order_3J** (form ID: **177**)