## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No. 03-C-3904 |
| v. | ) Hon. Robert W. Gettleman |
| KEVIN TRUDEAU, | ) |
| Defendant, | ) |
| THE LAW OFFICES OF MARC LANE, PC, | ) |
| Respondent. | ) |

**MOTION TO COMPEL THE LAW OFFICES OF MARC LANE TO DISCLOSE INFORMATION REGARDING TRUDEAU'S ASSET PROTECTION PLAN**

**MOTION TO COMPEL THE LAW OFFICES OF MARC LANE TO DISCLOSE INFORMATION REGARDING TRUDEAU'S ASSET PROTECTION PLAN**

Pursuant to Federal Rules 37, 45 and 69, and Paragraph XVI of the Stipulated Final Order (Sept. 3, 2004) (DE56), Plaintiff Federal Trade Commission ("FTC") moves to compel Respondent Law Offices of Marc Lane ("Lane") to disclose all information responsive to the FTC's 30(b)(6) subpoena seeking documents and testimony concerning Trudeau's asset protection plan. The accompanying brief supports this motion.

Dated: April 15, 2013                                    Respectfully Submitted,


David O'Toole (dotoole@ftc.gov)                          /s/ Jonathan Cohen
Federal Trade Commission                                 Michael Mora (mmora@ftc.gov)
55 West Monroe Street, Suite 1825                        Jonathan Cohen (jcohen2@ftc.gov)
Chicago, Illinois 60603-5001                             Federal Trade Commission
Phone: (312) 960-5601                                    600 Pennsylvania Ave., N.W. M-8102B
Fax: (312) 960-5600                                      Washington, DC  20580
                                                         Phone:  202-326-3373; -2551
                                                         Fax:  202-326-2558

**CERTIFICATE OF SERVICE**

I, Jonathan Cohen, hereby certify that on April 15, 2013, I caused to be served true copies of the foregoing by electronic means, by filing such documents through the Court's Electronic Case Filing System, which will send notification of such filing to:

Kimball Richard Anderson
kanderson@winston.com

Thomas Lee Kirsch, II
tkirsch@winston.com

Katherine E. Croswell
kcroswell@winston.com

Daniel J. Donnellon
ddonnellon@ficlaw.com

Kenjiro D. LeCroix
klecroix@ficlaw.com

Patrick E. Deady
ped@hmlaw.com

Evan J. Haim
ejh@hmlaw.com

/s/ Jonathan Cohen
Jonathan Cohen (jcohen2@ftc.gov)
Attorney for Plaintiff
Federal Trade Commission