# FTC PXA:11

# FTC PXA:12

# FTC PXA:13

# FTC PXA:14







