# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Federal Trade Commission

Plaintiff,

v.

Kevin Trudeau, et al.

Defendant.

Case No.: 1:03–cv–03904

Honorable Robert W. Gettleman

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2013:

     MINUTE entry before Honorable Gary Feinerman: Status hearing held on 5/2/2013. Depositions are expected to proceed. FTC's motion to compel [626] Marc Lane to disclose information is granted on an attorneys'–eyes–only basis. Mr. Lane's deposition will remain under seal until further order of court. Status hearing set for 5/13/2013 at 3:30 p.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.