IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | No. 03 C 3904 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| KEVIN TRUDEAU, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter came before the court for a report on status and for ruling on plaintiff Federal Trade Commission's Motion to Compel Marc Lane to Disclose Information Regarding Trudeau's Asset Protection Plan (Doc. 626), pursuant to this court's order dated April 26, 2013 (Doc. 649). For the reasons stated in open court, it is hereby ordered:

1. The Rule 30(b)(6) depositions of GIN, KTRN and WSU, by Kevin Trudeau, shall be taken on May 18 and 19, 2013, at a location of plaintiff FTC's choosing.

2. The depositions of Mr. Lane, Mr. Sant and Mr. Dow have been set and the court expects them to proceed as scheduled.

3. Plaintiff FTC's Motion to Compel Marc Lane to Disclose Information (Doc. 626) is granted. The court has reviewed the briefs filed by the parties and the sample documents submitted in camera, and finds that plaintiff FTC has established prima facie evidence sustaining the crime/fraud exception to the attorney/client and work product privilege. See United States v. Al-Shahin, 474 F.3d 941, 946 (7th Cir. 2007). Pursuant to the directions and the limitations stated by the court on the record, Marc Lane is directed to produce the documents in question to counsel for plaintiff FTC, attorney's eyes only until further order of court, by the close of business tomorrow or such later date as may be agreed by the parties.

Mr. Lane's deposition, currently scheduled for May 6 or 7, 2013, will remain under seal until further order.

4. This matter is set for a brief report on status of the discovery discussed at today's hearing on May 13, 2013 at 3:30 p.m.

ENTER: May 2, 2013

_____
**Robert W. Gettleman
United States District Judge**