UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Federal Trade Commission
                        Plaintiff,

v.                                                   Case No.: 1:03−cv−03904
                                                     Honorable Robert W. Gettleman

Kevin Trudeau, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: Order entered regarding discovery, documents, depositions, etc. Defendant Trudeau is to be present at the 5/21/2013 hearing. A status hearing is set for 5/16/2013 at 2:30 p.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.