UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | |
| ) | Case No. 03-C-3904 |
| v. ) | |
| ) | Judge Gettleman |
| KEVIN TRUDEAU, ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF MOTION

**TO:** Michael Mora          David O'Toole
Jonathan Cohen          Federal Trade Commission
Amanda Kostner          55 West Monroe St., Suite 1825
Federal Trade Commission    Chicago, IL 60603
601 New Jersey Ave, NW Suite 2215
Washington, DC 20001

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Robert W. Gettleman on Thursday May 16, 2013 at 2:30 p.m. in Courtroom 1703 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and present MOTION TO STRIKE MAY 21, 2013 EVIDENTIARY HEARING DATE AS MOOT, a copy of which has been served upon you by the Court's electronic filing system.

Respectfully submitted,

By: /s/ Kimball R. Anderson

Kimball R. Anderson
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: 312-558-5600
Facsimile: 312-558-5700

*Attorney for Defendant Kevin Trudeau*

# CERTIFICATE OF SERVICE

I, Kimball R. Anderson, an attorney, hereby certify that on May 16, 2013 I caused to be served true copies of the above Notice of Motion by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Michael Mora
Jonathan Cohen
Amanda Kostner
Federal Trade Commission
601 New Jersey Avenue NW, Suite 2215
Washington, D.C. 20001

David O'Toole
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603

/s/ Kimball R. Anderson
Kimball R. Anderson

*Attorney for Defendant Kevin Trudeau,*