UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN TRUDEAU, )<br>    Defendant. )<br>                                       ) | Case No. 03-C-3904<br><br>Judge Gettleman |

## AMENDED NOTICE OF MOTION

**TO:**   Michael Mora                        David O'Toole
       Jonathan Cohen                 Federal Trade Commission
       Amanda Kostner                55 West Monroe St., Suite 1825
       Federal Trade Commission      Chicago, IL 60603
       601 New Jersey Ave, NW Suite 2215
       Washington, DC 20001

     PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Robert W. Gettleman on Thursday May 16, 2013 at 2:30 p.m. in Courtroom 1703 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and present MOTION TO CONTINUE EVIDENTIARY HEARING UNTIL COMPLETION OF THIRD PARTY ACCOUNTING, a copy of which has been served upon you by the Court's electronic filing system.

                                                                   Respectfully submitted,

                                                                   By: <u>/s/ Kimball R. Anderson</u>

                                                                  Kimball R. Anderson
                                                                   Winston & Strawn LLP
                                                                   35 West Wacker Drive
                                                                   Chicago, IL 60601
                                                                   Phone: 312-558-5600
                                                                   Facsimile: 312-558-5700

                                                                   *Attorney for Defendant Kevin*
                                                                   *Trudeau*

# CERTIFICATE OF SERVICE

I, Kimball R. Anderson, an attorney, hereby certify that on May 16, 2013 I caused to be served true copies of the above Notice of Motion by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Michael Mora
Jonathan Cohen
Amanda Kostner
Federal Trade Commission
601 New Jersey Avenue NW, Suite 2215
Washington, D.C. 20001

David O'Toole
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603

/s/ Kimball R. Anderson
Kimball R. Anderson

*Attorney for Defendant Kevin Trudeau,*