# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No. 03-C-3904 |
| v. | ) Hon. Robert W. Gettleman |
| KEVIN TRUDEAU, | ) |
| Defendant. | ) |

## *EX PARTE* MOTION FOR A WRIT *NE EXEAT*, AN ORDER COMPELLING TRUDEAU TO SURRENDER HIS PASSPORTS, AND AN ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE PRELIMINARILY ENJOINED FROM LEAVING THE UNITED STATES

**[FILED UNDER SEAL]**

# *EX PARTE* MOTION FOR A WRIT *NE EXEAT*, AN ORDER COMPELLING TRUDEAU TO SURRENDER HIS PASSPORTS, AND AN ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE PRELIMINARILY ENJOINED FROM LEAVING THE UNITED STATES

Pursuant to the All Writs Act, 18 U.S.C. § 1651, and the Court's inherent power, the FTC asks the Court to issue a writ *ne exeat* and order Trudeau to surrender his passports until the Court resolves the pending contempt motion. As the supporting brief and exhibits establish, a writ *ne exeat* should issue because (1) there is a substantial likelihood that the FTC will prevail in this action, (2) allowing Trudeau to leave the Court's jurisdiction will injure consumers irreparably, (3) the significant injury to consumers outweighs any limited impact on Trudeau, and (4) the public interest strongly supports enabling the Court to maintain the authority necessary to enforce Congressionally-mandated consumer protection policy. For the same reasons, the FTC also asks the Court to order Trudeau to surrender all passports he holds (and other documents that would permit international travel) until the Court resolves the pending contempt motion.

Pursuant to FRCP 65(b), the FTC seeks this relief *ex parte* because Trudeau is unlikely to appear if he learns beforehand that the FTC has moved to keep him within the Court's jurisdiction. If Trudeau flees the Court's jurisdiction, then the Court will have no power to coerce him to comply with the Court's order that he compensate his victims.

Along with this *ex parte* filing, the FTC also submits a proposed Writ *Ne Exeat,* Order To Surrender Passports, and Order To Show Cause Why Defendant Should Not Be Preliminarily Enjoined From Leaving the United States.

Dated: June 24, 2013					Respectfully Submitted,

David O'Toole (dotoole@ftc.gov)			/s/ Jonathan Cohen
Federal Trade Commission				Michael Mora (mmora@ftc.gov)
55 West Monroe Street, Suite 1825			Jonathan Cohen (jcohen2@ftc.gov)
Chicago, Illinois 60603-5001			Federal Trade Commission
Phone: (312) 960-5601				600 Pennsylvania Ave., N.W. M-8102B
Fax: (312) 960-5600				Washington, DC  20580
						Phone:  202-326-3373; -2551
						Fax:  202-326-2558