**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,  )<br>    Plaintiff,                          )<br>                                    )<br>v.                                      )<br>                                    )<br>KEVIN TRUDEAU,             )<br>    Defendant.                   )<br>_____) | Case No. 03-C-3904<br><br>Judge Gettleman |

## DEFENDANT KEVIN TRUDEAU'S MOTION FOR LEAVE *INSTANTER* TO FILE A RESPONSE TO THE FTC'S POST-HEARING BRIEF

Defendant Kevin Trudeau requests that the Court grant him leave to file a response to the FTC's Post-Hearing Brief. In support of this motion, Mr. Trudeau states as follows:

1. Given the seriousness and importance of this case—in which Mr. Trudeau's liberty is at stake—good cause exists to permit Mr. Trudeau to file the attached response.

2. The FTC received this Court's leave to file a response brief (*See* D.E.. 724). Fairness dictates that since FTC has filed a response brief, Mr. Trudeau should be afforded the same opportunity.

WHEREFORE, Trudeau respectfully requests that the Court grant his Motion for Leave To File a Response to the FTC's Post-Hearing Brief.

July 23, 2013                            Respectfully submitted,

                                              KEVIN TRUDEAU

                           By:    /s/ Kimball R. Anderson
                                     One of His Attorneys

Kimball R. Anderson (kanderson@winston.com)
Thomas L. Kirsch II (tkirsch@winston.com)
Katherine E. Rohlf (krohlf@winston.com)

WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
312-558-5600

**CERTIFICATE OF SERVICE**

      I, Kimball R. Anderson, an attorney, hereby certify that on July 23, 2013, I caused to be served true copies of **DEFENDANT KEVIN TRUDEAU'S MOTION FOR LEAVE *INSTANTER* TO FILE A RESPONSE TO THE FTC'S POST-HEARING BRIEF**, by filing such documents through the Court's Electronic Case Filing System, which will send notification of such filing to:

    Michael Mora
    Jonathan Cohen
    Amanda Kostner
    Federal Trade Commission
    601 New Jersey Avenue NW, Suite 2215
    Washington, DC 20001

    David O'Toole
    Federal Trade Commission
    55 West Monroe Street, Suite 1825
    Chicago, IL 60603

                                                 /s/ Kimball R. Anderson
                                                 Kimball R. Anderson