UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-C-3904 |
| | ) | |
| KEVIN TRUDEAU, | ) | Honorable Robert W. Gettleman |
| Defendant. | ) | |

# NOTICE OF MOTION

**TO:** Michael Mora  David O'Toole
Jonathan Cohen  Federal Trade Commission
Amanda Kostner  55 West Monroe St., Suite 1825
Federal Trade Commission  Chicago, IL 60603
601 New Jersey Ave, NW Suite 2215
Washington, DC 20001

PLEASE TAKE NOTICE that the undersigned will appear before the Honorable Robert W. Gettleman on Friday July 26, 2013 at 2:00 p.m. in Courtroom 1703 in the Federal Office Building, 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his stead, and present **DEFENDANT KEVIN TRUDEAU'S MOTION FOR LEAVE *INSTANTER* TO FILE A RESPONSE TO THE FTC'S POST-HEARING BRIEF**, a copy of which has been served upon you by the Court's electronic filing system.

Respectfully submitted,

By: /s/ Kimball R. Anderson

Kimball R. Anderson
Thomas L. Kirsch, II
Katherine E. Rohlf
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
Phone: 312-558-5600
Facsimile: 312-558-5700

*Attorneys for Defendant Kevin Trudeau*

# CERTIFICATE OF SERVICE

I, Kimball R. Anderson, an attorney, hereby certify that on July 23, 2013 I caused to be served true copies of the above Notice of Motion by filing such document through the Court's Electronic Case Filing System, which will send notification of such filing to:

Michael Mora
Jonathan Cohen
Amanda Kostner
Federal Trade Commission
601 New Jersey Avenue NW, Suite 2215
Washington, DC  20001

David O'Toole
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, IL 60603


_____/s/ Kimball R. Anderson_____