# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) ) ) | Case No. 03-C-3904 |
| Plaintiff, | ) ) | Hon. Robert W. Gettleman |
| v. | ) ) | **NOTICE OF MOTION TO MODIFY THE** |
| | ) | **RECEIVERSHIP ORDER TO PREVENT** |
| KEVIN TRUDEAU, | ) ) | **TRUDEAU FROM FUNDING HIS** |
| | ) | **PERSONAL LIVING EXPENSES WITH** |
| Defendant. | ) ) | **ASSETS NEEDED TO COMPENSATE** |
| | ) | <u>**HIS VICTIMS**</u> |
| | ) ) ) | |

**To:** See Attached Service List

PLEASE TAKE NOTICE that on Wednesday, September 4, 2013, at 9:15 a.m., or as soon thereafter as counsel may be heard, Plaintiff, Federal Trade Commission, shall appear before the Honorable Robert W. Gettleman, in the courtroom usually occupied by him, at the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion To Modify the Receivership Order To Prevent Trudeau From Funding His Personal Living Expenses With Assets Needed To Compensate His Victims.

Dated: August 30, 2013                                       Respectfully Submitted,

David O'Toole (dotoole@ftc.gov)                /s/ Jonathan Cohen
Federal Trade Commission                          Michael Mora (mmora@ftc.gov)
55 West Monroe Street, Suite 1825            Jonathan Cohen (jcohen2@ftc.gov)
Chicago, Illinois 60603-5001                       Amanda B. Kostner (akostner@ftc.gov)
Phone: (312) 960-5601                                Federal Trade Commission
Fax: (312) 960-5600                                     600 Pennsylvania Ave., N.W. M-8102B
                                                                      Washington, DC 20580
                                                                      Phone: 202-326-3373; -2551
                                                                      Fax: 202-326-2558

## **CERTIFICATE OF SERVICE**

   I, Jonathan Cohen, hereby certify that on August 30, 2013, I caused to be served true copies of the foregoing by electronic means, by filing such documents through the Court's Electronic Case Filing System, which will send notification of such filing to:

Kimball Richard Anderson
kanderson@winston.com

Thomas Lee Kirsch, II
tkirsch@winston.com

Katherine E. Rohlf
kcroswell@winston.com

Blair R. Zanzig
bzanzig@hwzlaw.com

            /s/ Jonathan Cohen
            Jonathan Cohen (jcohen2@ftc.gov)
            Attorney for Plaintiff
            Federal Trade Commission