# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) Case No.: 03-C-3904 |
| | ) |
| v. | ) Hon. Robert W. Gettleman |
| | ) |
| **KEVIN TRUDEAU,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## RECEIVER'S FIRST REPORT

Receiver Robb Evans & Associates LLC, by and through its undersigned attorney, hereby submits its attached Report of Activities from August 7, 2013 through September 5, 2013, as directed by the Court's Order Appointing a Receiver and Implementing Ancillary Relief, dated August 7, 2013 [Dkt. # 742].

Dated: September 6, 2013                  Respectfully submitted,

                                                **ROBB EVANS & ASSOCIATES LLC,
RECEIVER**

                                                By: /s/ Blair Zanzig
                                                     (One of Its Attorneys)

                                              Blair R. Zanzig (No. 6273293)
                                              John Hiltz (No. 6289744)
                                              Kathy Wantuch (No. 6294034)
                                              **HILTZ WANTUCH & ZANZIG LLC**
                                              53 West Jackson Blvd., Suite 205
                                              Chicago, Illinois 60604
                                              Telephone: 312.566.9008
                                              Fax: 312.566.9015
                                               bzanzig@hwzlaw.com
                                               jhiltz@hwzlaw.com
                                               kwantuch@hwzlaw.com

                                               *Counsel for Robb Evans & Associates, Receiver*

## CERTIFICATE OF SERVICE

      I, Blair R. Zanzig, an attorney, hereby certify that, on the 6th day of September, 2013, I caused a true and correct copy of the foregoing Receiver's First Report to be served through the Court's Electronic Case Filing System on the following:

Kimball Richard Anderson
kanderson@winston.com

Thomas Lee Kirsch, II
tkirsch@winston.com

Katherine E. Rohlf
kcroswell@winston.com

Michael Mora
mmora@ftc.gov

Jonathan Cohen
Jcohen2@ftc.gov

Amanda B. Kostner
akostner@ftc.gov

David O'Toole
dotoole@ftc.gov

                                                        /s/ Blair R. Zanzig