**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) Case No. 03-C-3904 |
| | ) |
| v. | ) Hon. Robert W. Gettleman |
| | ) |
| KEVIN TRUDEAU, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**EXHIBITS IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO MODIFY THE
RECEIVERSHIP ORDER TO PREVENT TRUDEAU FROM FUNDING PERSONAL
EXPENSES WITH ASSETS NEEDED TO COMPENSATE HIS VICTIMS**

# FTC
# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 03-C-3904 |
| | ) | |
| v. | ) | Hon. Robert W. Gettleman |
| | ) | |
| KEVIN TRUDEAU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF JONATHAN COHEN
IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO MODIFY THE
RECEIVERSHIP ORDER TO PREVENT TRUDEAU FROM FUNDING PERSONAL
EXPENSES WITH ASSETS NEEDED TO COMPENSATE HIS VICTIMS**

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

(1)     I am co-counsel for Plaintiff Federal Trade Commission ("FTC") in the above-captioned action, and I have personal knowledge of the matters contained herein.

(2)     Attached hereto as **Attachment 1** is a true and correct copy of an August 2013 Account Summary from St. George Bank regarding accounts held by Kevin Trudeau.

(3)     Attached hereto as **Attachment 2** is a true and correct copy of a July 2013 Account Summary from St. George Bank regarding accounts held by Kevin Trudeau.

(4)     Attached hereto as **Attachment 3** is a true and correct copy of excerpts from a transcript of the hearing in the above-captioned matter on July 26, 2013.

(5)     Attached hereto as **Attachment 4** is a true and correct copy of a January 2013 Account Summary from St. George Bank regarding accounts held by Kevin Trudeau.

(6)     Attached hereto as **Attachment 5** is a true and correct copy of excerpts from a transcript of the hearing in the above-captioned matter on June 26, 2013.

Jonathan Cohen

Executed on September 16, 2013 in Washington, D.C.

# FTC PXA:1

# st.george

**Statement of Account**

# St.George Sense

St.George Bank
A Division of
Westpac Banking Corporation
ABN 33 007 457 141
AFSL 233714

| | |
|---|---|
| Contact Us | **13 33 30 (8am - 9pm)** |
| | **7 days a week** |
| BSB No. | ▊▊▊▊ |
| Account No. | ▊▊▊▊ |
| Statement | 19 ( Page 1 of 7) |
| Statement Period | 01/08/13 to 31/08/13 |

KEVIN MARK TRUDEAU

# Account Summary

## Sense Everyday

| | |
|---|---|
| Opening Balance | $19,579.97 |
| + All Deposits | $447.98 |
| - All Withdrawals | $7,697.75 |
| = Closing Balance | $12,330.20 |

## Sense Savings

| | |
|---|---|
| Opening Balance | $406.41 |
| + All Deposits | $1.03 |
| - All Withdrawals | $0.00 |
| = Closing Balance | $407.44 |

### Sense Everyday Spending



This chart is a helpful guide for your Sense Everyday spending.*

### Sense Savings Progress



| | |
|---|---|
| Savings Target | $0.00 |

Please note your savings target has not been established. You can setup your savings target by selecting Account Maintenance in Internet Banking.

## Hints & Tips: **Did You Know?**\**

Did you know if you deposit just $2,000 into your Sense Everyday Account each month, you'll save on the monthly account service fee?

*Note that the breakdown of transactions is only a guide. It is not intended to be a substitute for your own budget or financial plan.
**This information does not take account of your financial circumstances. Please read the terms and conditions before making a decision.

 **st.george**

| | BSB No. | |
|---|---|---|
| | Account No. | |

## Sense Everyday

| Date | Description | + Deposits | - Withdrawals | = Balance $ | Category |
|---|---|---|---|---|---|
| **01 Aug** | **Opening Balance** | | | **19,579.97** | |
| 03 Aug | VISA PURCHASE O/SEAS 31/07/13 GOVERNMENT CENTER SE USD      35.00 | | -39.28 | 19,540.69 | Transportation |
| 03 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.17 | 19,539.52 | Other |
| 03 Aug | VISA PURCHASE O/SEAS 31/07/13 VIDAL SASSOON USD     167.00 | | -187.43 | 19,352.09 | Daily Living |
| 03 Aug | FOREIGN CURRENCY CONVERSN FEE | | -5.62 | 19,346.47 | Other |
| 05 Aug | VISA PURCHASE O/SEAS 01/08/13 55 EAST MONROE USD     36.00 | | -40.55 | 19,305.92 | Transportation |
| 05 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.21 | 19,304.71 | Other |
| 05 Aug | VISA PURCHASE O/SEAS 02/08/13 WHOLEFDS HIN 10364 USD     423.27 | | -476.82 | 18,827.89 | Daily Living |
| 05 Aug | FOREIGN CURRENCY CONVERSN FEE | | -14.30 | 18,813.59 | Other |
| 05 Aug | VISA PURCHASE O/SEAS 01/08/13 STEPHEN GORDON DDS P USD     1652.00 | | -1,861.01 | 16,952.58 | Health&Educatn |
| 05 Aug | FOREIGN CURRENCY CONVERSN FEE | | -55.83 | 16,896.75 | Other |
| 06 Aug | VISA PURCHASE O/SEAS 04/08/13 THE STANDARD MARKE USD     31.51 | | -35.50 | 16,861.25 | Daily Living |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.06 | 16,860.19 | Other |
| 06 Aug | VISA PURCHASE O/SEAS 04/08/13 THE STANDARD MARKE USD     36.47 | | -41.08 | 16,819.11 | Daily Living |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.23 | 16,817.88 | Other |
| 06 Aug | VISA PURCHASE O/SEAS 03/08/13 AGENT FEE A 89006007 USD     50.00 | | -56.33 | 16,761.55 | Leisure |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.68 | 16,759.87 | Other |
| | **SUB TOTAL CARRIED FORWARD TO NEXT PAGE** | | | **16,759.87** | |



## Save time and BPAY® your bills.

Pay bills the quick, simple and flexible way. With over 16,000 billers accepting BPAY, you can pay most of your bills from your SENSE Everyday Account through St.George Internet & Phone Banking. Just look for the distinctive BPAY logo in the payment section of your bill. You can even schedule payments for a later date. To learn more visit st.george.com.au

This information does not take into account your financial circumstances. Before you make a decision, read the Terms and Conditions, available at any branch or stgeorge.com.au and consider if the product is right for you. ® Registered to BPAY Pty Ltd ABN 69 079 137 518. St.George Bank - A Division of Westpac Banking Corporation ABN 33 007 457 141 AFSL 233714. STGW0615  12/10

**PXA:1 at 3**

st.george

| Date | Description | + Deposits - Withdrawals | = Balance $ | Category |
|------|-------------|--------------------------|-------------|----------|
| | **SUB TOTAL CARRIED FORWARD FROM PREVIOUS PAGE** | | **16,759.87** | |
| 06 Aug | VISA PURCHASE O/SEAS 03/08/13 THE HUMIDOR OF WESTM USD 65.00 | -73.22 | 16,686.65 | Daily Living |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | -2.19 | 16,684.46 | Other |
| 06 Aug | VISA PURCHASE O/SEAS 04/08/13 THE HUMIDOR OF WESTM USD 85.17 | -95.95 | 16,588.51 | Daily Living |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | -2.87 | 16,585.64 | Other |
| 06 Aug | VISA PURCHASE O/SEAS 03/08/13 JETBLUE 27972663 USD 293.90 | -331.08 | 16,254.56 | Leisure |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | -9.93 | 16,244.63 | Other |
| 07 Aug | VISA PURCHASE O/SEAS 05/08/13 THE HUMIDOR OF WESTM USD 174.53 | -197.28 | 16,047.35 | Daily Living |
| 07 Aug | FOREIGN CURRENCY CONVERSN FEE | -5.91 | 16,041.44 | Other |
| 08 Aug | VISA PURCHASE O/SEAS 06/08/13 THE HUMIDOR OF WESTM USD 32.01 | -35.95 | 16,005.49 | Daily Living |
| 08 Aug | FOREIGN CURRENCY CONVERSN FEE | -1.07 | 16,004.42 | Other |
| 08 Aug | VISA PURCHASE O/SEAS 06/08/13 THE HUMIDOR OF WESTM USD 36.64 | -41.15 | 15,963.27 | Daily Living |
| 08 Aug | FOREIGN CURRENCY CONVERSN FEE | -1.23 | 15,962.04 | Other |
| 09 Aug | VISA PURCHASE O/SEAS 06/08/13 EASTWOOD BIO MEDICAL USD 85.00 | -95.28 | 15,866.76 | Daily Living |
| 09 Aug | FOREIGN CURRENCY CONVERSN FEE | -2.85 | 15,863.91 | Other |
| 09 Aug | VISA PURCHASE O/SEAS 07/08/13 ROBERT J LACAVA MD USD 95.00 | -106.49 | 15,757.42 | Health&Educatn |
| 09 Aug | FOREIGN CURRENCY CONVERSN FEE | -3.19 | 15,754.23 | Other |
| 09 Aug | VISA PURCHASE O/SEAS 07/08/13 CAREY USD 308.42 | -345.73 | 15,408.50 | Transportation |
| 09 Aug | FOREIGN CURRENCY CONVERSN FEE | -10.37 | 15,398.13 | Other |
| 09 Aug | VISA PURCHASE O/SEAS 06/08/13 US WELLNESS MEATS USD 669.88 | -750.91 | 14,647.22 | Daily Living |
| 09 Aug | FOREIGN CURRENCY CONVERSN FEE | -22.52 | 14,624.70 | Other |
| 10 Aug | VISA PURCHASE O/SEAS 07/08/13 US WELLNESS MEATS USD 388.00 | -432.36 | 14,192.34 | Daily Living |
| | **SUB TOTAL CARRIED FORWARD TO NEXT PAGE** | | **14,192.34** | |

**PXA:1 at 3**

**st.george**

| Date | Description | + Deposits | - Withdrawals | = Balance $ | Category |
|---|---|---|---|---|---|
| | **SUB TOTAL CARRIED FORWARD FROM PREVIOUS PAGE** | | | **14,192.34** | |
| 10 Aug | FOREIGN CURRENCY CONVERSN FEE | | -12.97 | 14,179.37 | Other |
| 10 Aug | VISA PURCHASE O/SEAS 07/08/13 US WELLNESS MEATS USD    413.00 | | -460.22 | 13,719.15 | Daily Living |
| 10 Aug | FOREIGN CURRENCY CONVERSN FEE | | -13.80 | 13,705.35 | Other |
| 10 Aug | VISA PURCHASE O/SEAS 07/08/13 WESTMONT LIQUORS USD    894.30 | | -996.56 | 12,708.79 | Daily Living |
| 10 Aug | FOREIGN CURRENCY CONVERSN FEE | | -29.89 | 12,678.90 | Other |
| 12 Aug | VISA CREDIT OVERSEAS 07/08/13 US WELLNESS MEATS USD    413.00 | 447.98 | | 13,126.88 | |
| 12 Aug | VISA PURCHASE O/SEAS 08/08/13 RENAISSANCE HOTELS F USD    32.00 | | -35.22 | 13,091.66 | Leisure |
| 12 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.05 | 13,090.61 | Other |
| 22 Aug | VISA PURCHASE O/SEAS 20/08/13 SMARTE CARTE USD    4.00 | | -4.43 | 13,086.18 | Home Expenses |
| 22 Aug | FOREIGN CURRENCY CONVERSN FEE | | -0.13 | 13,086.05 | Other |
| 26 Aug | VISA PURCHASE O/SEAS 22/08/13 55 EAST MONROE USD    32.00 | | -35.66 | 13,050.39 | Transportation |
| 26 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.06 | 13,049.33 | Other |
| 26 Aug | VISA PURCHASE O/SEAS 22/08/13 STEPHEN GORDON DDS P USD    256.00 | | -285.30 | 12,764.03 | Health&Educatn |
| 26 Aug | FOREIGN CURRENCY CONVERSN FEE | | -8.55 | 12,755.48 | Other |
| 30 Aug | VISA PURCHASE O/SEAS 28/08/13 GENOVA DIAGNOSTICS USD    136.53 | | -153.51 | 12,601.97 | Health&Educatn |
| 30 Aug | FOREIGN CURRENCY CONVERSN FEE | | -4.60 | 12,597.37 | Other |
| 31 Aug | VISA PURCHASE O/SEAS 28/08/13 GOVERNMENT CENTER SE USD    35.00 | | -39.25 | 12,558.12 | Transportation |
| 31 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.17 | 12,556.95 | Other |
| 31 Aug | VISA PURCHASE O/SEAS 28/08/13 VIDAL SASSOON USD    192.00 | | -215.30 | 12,341.65 | Daily Living |
| 31 Aug | FOREIGN CURRENCY CONVERSN FEE | | -6.45 | 12,335.20 | Other |
| | **SUB TOTAL CARRIED FORWARD TO NEXT PAGE** | | | **12,335.20** | |

**st.george**

| Date | Description | + Deposits | - Withdrawals | = Balance $ | Category |
|------|-------------|-----------|---------------|-------------|----------|
| | **SUB TOTAL CARRIED FORWARD FROM PREVIOUS PAGE** | | | **12,335.20** | |
| 31 Aug | ACCOUNT SERVICE FEE | | -5.00 | 12,330.20 | Other |
| **31 Aug** | **Closing Balance** | | | **12,330.20** | |

Rounding Contributions processed near the end of the month may appear on your next statement.

## Sense Everyday Spend by Category



- Daily Living $4135.01 (54%)
- Health & Education $2406.31 (31%)
- Transportation $500.47 (7%)
- Leisure $422.63 (5%)
- Other $228.90 (3%)
- Home Expenses $4.43 (0%)

This chart is a high level breakdown of the transactions that you have made using your Sense Everyday Account, during the statement period*.

*Note that the breakdown of transactions is only a guide and amounts are rounded to the nearest whole percent. It is not intended to be a substitute for your own budget or financial plan.



| BSB No. | |
| Account No. | ▮▮▮▮ |

## Sense Savings

| Date | Description | + Deposits | - Withdrawals | = Balance $ |
|--------|--------------|-----------|---------------|------------|
| **01 Aug** | **Opening Balance** | | | **406.41** |
| 31 Aug | CREDIT INTEREST | 1.03 | | 407.44 |
| **31 Aug** | **Closing Balance** | | | **407.44** |

Note: You may only deposit or withdraw amounts to and from your Sense Savings Account by transferring amounts to and from your Sense Everyday Account. This means you may not use your Sense Savings Account for transactions such as direct debit.

## Interest Details

### Sense Everyday

| | Interest Earned | Interest Charged |
|---|---|---|
| Year to Date | $0.00 | $0.00 |
| Previous Year to Date | $0.00 | $0.00 |

### Sense Savings

| | Interest Earned | Interest Charged |
|---|---|---|
| Year to Date | $11.25 | $0.00 |
| Previous Year to Date | $4,218.37 | $0.00 |

Interest Earned Includes interest earned on your Sense Savings account and Matching Contributions Paid.

### Rounding Contributions



This chart shows you the cumulative Rounding Contributions that have been transferred to your Sense Savings Account for the last 12 months*.

### Your Rounding Contributions

Total Rounding Contributions transferred to your Sense Savings Account for last 12 months. $15.22

037916            *Note that this is a guide. It is not intended to be a substitute for your own budget or financial plan.            pg 6 of 7

# FTC PXA:2

# st.george

St.George Bank
A Division of
Westpac Banking Corporation
ABN 33 007 457 141
AFSL 233714

## Statement of Account
# St.George Sense

| | |
|---|---|
| Contact Us | 13 33 30 (8am - 9pm) 7 days a week |
| BSB No. | ▮ |
| Account No. | ▮ |
| Statement | 18 ( Page 1 of 6) |
| Statement Period | 01/07/13 to 31/07/13 |

KEVIN MARK TRUDEAU

## Account Summary

### Sense Everyday

| | |
|---|---|
| Opening Balance | $42,940.21 |
| + All Deposits | $4,000.00 |
| - All Withdrawals | $27,360.24 |
| = **Closing Balance** | **$19,579.97** |

### Sense Savings

| | |
|---|---|
| Opening Balance | $4,399.40 |
| + All Deposits | $11.01 |
| - All Withdrawals | $4,004.00 |
| = **Closing Balance** | **$406.41** |

### Sense Everyday Spending



This chart is a helpful guide for your Sense Everyday spending.*

### Sense Savings Progress

Savings Target $0.00

Please note your savings target has not been established. You can setup your savings target by selecting Account Maintenance in Internet Banking.

## Hints & Tips: **Did You Know?****

By making regular deposits into your Sense Everyday Account, you can streamline your finances by making your regular payments conveniently from one account.

*Note that the breakdown of transactions is only a guide. It is not intended to be a substitute for your own budget or financial plan.
**This information does not take account of your financial circumstances. Please read the terms and conditions before making a decision.

PXA:2 at 1


### st.george

| | |
|---|---|
| BSB No. | |
| Account No. | |

## Sense Everyday

| Date | Description | + Deposits - Withdrawals | = Balance $ | Category |
|---|---|---|---|---|
| **01 Jul** | **Opening Balance** | | **42,940.21** | |
| 01 Jul | VISA PURCHASE O/SEAS 28/06/13 THE HUMIDOR OF WESTM USD     458.37 | -503.10 | 42,437.11 | Daily Living |
| 01 Jul | FOREIGN CURRENCY CONVERSN FEE | -15.09 | 42,422.02 | Other |
| 02 Jul | VISA PURCHASE O/SEAS 29/06/13 BASS PRO SHOPS USD     69.28 | -76.04 | 42,345.98 | Leisure |
| 02 Jul | FOREIGN CURRENCY CONVERSN FEE | -2.28 | 42,343.70 | Other |
| 02 Jul | VISA PURCHASE O/SEAS 29/06/13 BASS PRO SHOPS USD     142.06 | -155.92 | 42,187.78 | Leisure |
| 02 Jul | FOREIGN CURRENCY CONVERSN FEE | -4.67 | 42,183.11 | Other |
| 02 Jul | VISA PURCHASE O/SEAS 29/06/13 VIDAL SASSOON USD     197.00 | -216.22 | 41,966.89 | Daily Living |
| 02 Jul | FOREIGN CURRENCY CONVERSN FEE | -6.48 | 41,960.41 | Other |
| 02 Jul | VISA CASH ADVANCE   29/06/13 PNCBANK/100 W. RANDO USD     603.00 | -661.84 | 41,298.57 | Cash |
| 02 Jul | FOREIGN CURRENCY CONVERSN FEE | -19.85 | 41,278.72 | Other |
| 03 Jul | ROUNDING FOR       $661.84 EFFECTIVE DATE     01JUL | -0.16 | 41,278.56 | Transfers |
| 16 Jul | VISA PURCHASE       11/07/13 PAYPAL *ALLEN CARR 402935773 EFFECTIVE DATE 15JUL | -167.37 | 41,111.19 | Daily Living |
| 16 Jul | VISA PURCHASE O/SEAS 12/07/13 THE HUMIDOR OF WESTM USD     885.75 | -983.96 | 40,127.23 | Daily Living |
| 16 Jul | FOREIGN CURRENCY CONVERSN FEE | -29.51 | 40,097.72 | Other |
| 16 Jul | VISA PURCHASE O/SEAS 12/07/13 HEALTH CONNECT LLC USD     1050.00 | -1,166.42 | 38,931.30 | Health&Educatn |
| 16 Jul | FOREIGN CURRENCY CONVERSN FEE | -34.99 | 38,896.31 | Other |
| | **SUB TOTAL CARRIED FORWARD TO NEXT PAGE** | | **38,896.31** | |

## Keep all your banking in one place.

Manage your finances and maximise your savings potential by having your salary paid into your SENSE Everyday account. Using your BSB and Account Number, simply speak to your employer or talk to us about switching today.



This information does not take into account your financial circumstances. Before acting on this information, you should read the Terms and Conditions, available at any branch or stgeorge.com.au and consider whether it is right for you. SENSE Everyday Account and SENSE Savings Account are issued by St.George Bank – A Division of Westpac Banking Corporation ABN 33 007 457 141 AFSL 233714. 9624/11832  12/10

**PXA:2 at 3**

![st.george logo]

| Date | Description | + Deposits | - Withdrawals | = Balance $ | Category |
|------|-------------|-----------|---------------|-------------|----------|
| | **SUB TOTAL CARRIED FORWARD FROM PREVIOUS PAGE** | | | **38,896.31** | |
| 17 Jul | ROUNDING FOR $167.37 EFFECTIVE DATE 15JUL | | -0.63 | 38,895.68 | Transfers |
| 22 Jul | VISA PURCHASE O/SEAS 17/07/13 SALON & SPA DALIA IN USD 70.00 | | -76.47 | 38,819.21 | Daily Living |
| 22 Jul | FOREIGN CURRENCY CONVERSN FEE | | -2.29 | 38,816.92 | Other |
| 23 Jul | VISA PURCHASE O/SEAS 20/07/13 SALON & SPA DALIA IN USD 125.00 | | -136.55 | 38,680.37 | Daily Living |
| 23 Jul | FOREIGN CURRENCY CONVERSN FEE | | -4.09 | 38,676.28 | Other |
| 25 Jul | VISA PURCHASE O/SEAS 23/07/13 THE HUMIDOR OF WESTM USD 771.75 | | -836.68 | 37,839.60 | Daily Living |
| 25 Jul | FOREIGN CURRENCY CONVERSN FEE | | -25.10 | 37,814.50 | Other |
| 26 Jul | VISA PURCHASE O/SEAS 23/07/13 AMERICAN AI 00123251 USD 5.00 | | -5.48 | 37,809.02 | Leisure |
| 26 Jul | FOREIGN CURRENCY CONVERSN FEE | | -0.16 | 37,808.86 | Other |
| 26 Jul | VISA PURCHASE O/SEAS 23/07/13 AGENT FEE A 89006005 USD 35.00 | | -38.34 | 37,770.52 | Leisure |
| 26 Jul | FOREIGN CURRENCY CONVERSN FEE | | -1.15 | 37,769.37 | Other |
| 29 Jul | INTERNET OVERSEAS TT 28JUL 09:25 | | -20,000.00 | 17,769.37 | Transfers |
| 29 Jul | INTERNET TT REQ FEE 28JUL 09:25 | | -20.00 | 17,749.37 | Transfers |
| 29 Jul | INTERNET DEPOSIT 28JUL 09:27 FROM 00004209 | 4,000.00 | | 21,749.37 | |
| 29 Jul | VISA PURCHASE O/SEAS 21/07/13 OAK BROOK GOLF CLUB USD 112.44 | | -121.82 | 21,627.55 | Leisure |
| 29 Jul | FOREIGN CURRENCY CONVERSN FEE | | -3.65 | 21,623.90 | Other |
| 30 Jul | VISA PURCHASE O/SEAS 28/07/13 JEWEL #3068 USD 19.37 | | -20.99 | 21,602.91 | Daily Living |
| 30 Jul | FOREIGN CURRENCY CONVERSN FEE | | -0.62 | 21,602.29 | Other |
| 30 Jul | VISA PURCHASE O/SEAS 27/07/13 SALON & SPA DALIA IN USD 185.00 | | -200.44 | 21,401.85 | Daily Living |
| 30 Jul | FOREIGN CURRENCY CONVERSN FEE | | -6.01 | 21,395.84 | Other |
| 30 Jul | VISA PURCHASE O/SEAS 28/07/13 WHOLEFDS HIN 10364 USD 357.21 | | -387.01 | 21,008.83 | Daily Living |
| | **SUB TOTAL CARRIED FORWARD TO NEXT PAGE** | | | **21,008.83** | |

# st.george

| Date | Description | + Deposits - Withdrawals | = Balance $ | Category |
|------|-------------|--------------------------|-------------|----------|
| | **SUB TOTAL CARRIED FORWARD FROM PREVIOUS PAGE** | | **21,008.83** | |
| 30 Jul | FOREIGN CURRENCY CONVERSN FEE | -11.61 | 20,997.22 | Other |
| 30 Jul | VISA PURCHASE O/SEAS 28/07/13 THE HUMIDOR OF WESTM USD      559.52 | -606.20 | 20,391.02 | Daily Living |
| 30 Jul | FOREIGN CURRENCY CONVERSN FEE | -18.18 | 20,372.84 | Other |
| 30 Jul | VISA PURCHASE O/SEAS 28/07/13 RENAISSANCE HOTELS 9 USD      684.44 | -741.54 | 19,631.30 | Leisure |
| 30 Jul | FOREIGN CURRENCY CONVERSN FEE | -22.24 | 19,609.06 | Other |
| 31 Jul | VISA PURCHASE O/SEAS 28/07/13 AMC YORKTOWN 1040082 USD      21.50 | -23.39 | 19,585.67 | Leisure |
| 31 Jul | FOREIGN CURRENCY CONVERSN FEE | -0.70 | 19,584.97 | Other |
| 31 Jul | O/SEAS CASH WITHDRAWAL FEE | -5.00 | 19,579.97 | Other |
| **31 Jul** | **Closing Balance** | | **19,579.97** | |

Rounding Contributions processed near the end of the month may appear on your next statement.

## Sense Everyday Spend by Category



Transfers $20020.79 (73%)
Daily Living $4134.99 (15%)
Health & Education $1166.42 (4%)
Leisure $1162.53 (4%)
Cash $661.84 (2%)
Other $213.67 (1%)

This chart is a high level breakdown of the transactions that you have made using your Sense Everyday Account, during the statement period*.

*Note that the breakdown of transactions is only a guide and amounts are rounded to the nearest whole percent. It is not intended to be a substitute for your own budget or financial plan.

PXA:2 at 4

pg 4 of 6

**PXA:2 at 5**

 st.george

|  | BSB No. | |
|--|---------|--|
|  | Account No. | |

## Sense Savings

| Date | Description | + Deposits | - Withdrawals | = Balance $ |
|------|-------------|-----------|---------------|-------------|
| **01 Jul** | **Opening Balance** | | | **4,399.40** |
| 03 Jul | ROUNDING FOR $661.84 EFFECTIVE DATE 01JUL | 0.16 | | 4,399.56 |
| 17 Jul | ROUNDING FOR $167.37 EFFECTIVE DATE 15JUL | 0.63 | | 4,400.19 |
| 29 Jul | INTERNET WITHDRAWAL 28 JUL 09:27 TO 00004115 | | -4,000.00 | 400.19 |
| 31 Jul | CREDIT INTEREST | 10.22 | | 410.41 |
| 31 Jul | TFN WITHHOLDING TAX | | -4.00 | 406.41 |
| **31 Jul** | **Closing Balance** | | | **406.41** |

**Note:** You may only deposit or withdraw amounts to and from your Sense Savings Account by transferring amounts to and from your Sense Everyday Account. This means you may not use your Sense Savings Account for transactions such as direct debit.

# Interest Details

## Sense Everyday

|  | Interest Earned | Interest Charged |
|--|----------------|------------------|
| Year to Date | $0.00 | $0.00 |
| Previous Year to Date | $0.00 | $0.00 |

## Sense Savings

|  | Interest Earned | Interest Charged |
|--|----------------|------------------|
| Year to Date | $10.22 | $0.00 |
| Previous Year to Date | $4,218.37 | $0.00 |

Interest Earned Includes interest earned on your Sense Savings account and Matching Contributions Paid.

**PXA:2 at 6**

**st.george**

**Rounding Contributions**



This chart shows you the cumulative Rounding
Contributions that have been transferred to your Sense
Savings Account for the last 12 months*.

## Your Rounding Contributions

Total Rounding Contributions transferred
to your Sense Savings Account
for last 12 months.                    $15.22

# Summary of Withholding Charges

## Sense Savings

|  | Year to Date | Previous Year to Date |
|---|---|---|
| **TFN Withholding Tax** | $4.00 | $1,952.00 |

## Information

- For more information on how to read your statement please visit stgeorge.com.au/sense
- Please check all entries on this statement and inform the bank promptly of any error or unauthorised transactions.
- If your card is lost or stolen please call us immediately on 1800 028 208.
- This statement should be retained for taxation purposes.
- You can find out the termination value of your account by phoning the customer enquiries number on this statement.
- To contact us to make suggestions, compliments or find out more about our products and services, please call the customer enquiries number on this statement. This service may also be used to address and resolve complaints.
- For more information on St.George Sense, please visit stgeorge.com.au/sense or call the customer enquiries number on this statement.

# FTC PXA:3

1      UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF ILLINOIS
2        EASTERN DIVISION

3 FEDERAL TRADE COMMISSION,    )
               )
4     Plaintiff,    )
               )
5    vs.       ) No. 03 C 3904
             ) Chicago, Illinois
6 KEVIN TRUDEAU,     ) July 26, 2013
             ) 1:30 p.m.
7    Defendant.   )

8   TRANSCRIPT OF PROCEEDINGS – ORAL ARGUMENTS AND RULING

9    BEFORE THE HONORABLE ROBERT W. GETTLEMAN

10

 For the Plaintiff:  FEDERAL TRADE COMMISSION
11        600 Pennsylvania Avenue, N.W., M–8102B
         Washington, DC  20580
12        BY:  MR. JONATHAN COHEN

13        FEDERAL TRADE COMMISSION
         55 West Monroe Street, Suite 1825
14        Chicago, Illinois  60603
         BY:  MR. DAVID A. O'TOOLE
15

 For Defendant Trudeau: WINSTON AND STRAWN LLP
16        35 West Wacker Drive
         Chicago, Illinois  60601
17        BY:  MR. KIMBALL ANDERSON

18

19

20

21

22

23

24 Official Reporter:  JENNIFER S. COSTALES, CRR, RMR
         219 South Dearborn Street, Room 1706
25        Chicago, Illinois  60604
         (312) 427-5351

**PXA:3**

1    So there's no question in my mind that Mr. Trudeau,

2  from that June 2010 date, and probably before, no doubt, that

3  he currently has the ability to comply with the order of the

4  Court, or at least to make a substantial effort in complying

5  with the Court's order to pay the 37 million, and that he has

6  deliberately failed to do so.  So, therefore, I find him in

7  contempt once again.

8    As far as the issue of self-induced as a defense -- as

9  a response to a defense of inability to pay, it almost goes

10  beyond self-induced here.  This isn't as if he, Mr. Trudeau,

11  was using this money to start businesses and live an ordinary

12  life or pay other legitimate debts.  As we know, the record is

13  clear there are substantial tax liens against him by the United

14  States Treasury.  That he hasn't paid those debts as well, and

15  that he used this money -- or at least a substantial portion of

16  it -- to live a lavish lifestyle.  Those credit card bills tell

17  the story pretty easily.  But to have residences in Zurich and

18  this Ojai, California, house, and the jewelry, and the

19  furnishings, and the expensive clothes and everything else.

20  This is not a man who has made any effort to meet his

21  obligation.  And, remember, that obligation stems from what I

22  found to be, and what the Court of Appeals has affirmed to be,

23  deliberate contempt by misrepresenting the nature of the book

24  that he wrote.  It's just one lie after the other after the

25  other.  So I just reject any defense based on inability to pay.

**PXA:3**

1          And with respect to Mr. Lane, I'm very disturbed by
2   Mr. Lane's conduct here as well.  I haven't made up my mind
3   what to do about it, but I think it does cross the line of
4   legitimate attorney advice about protecting assets.  Of course,
5   everybody is entitled to legitimate advice about how to deal
6   with their assets and debts and that sort of thing; that is why
7   we have bankruptcy lawyers and bankruptcy courts.  I guess I
8   could digress for a moment and say that Mr. Trudeau attempted
9   to pull that rabbit out of a hat, but because he was obviously
10  reluctant to file yet another false financial statement in the
11  bankruptcy court, that was dismissed.  I think that says a lot
12  about Mr. Trudeau.
13          So he hasn't paid.  He's in contempt again.  And now,
14  of course, comes the tougher question, which I think both
15  parties have put their finger on, and that is, what do you do
16  about it now?  If he has let all of these assets slip through
17  his fingers, or more likely disburse, as a result of his own
18  conduct, his own desire to avoid his obligations, and he's left
19  shells in his trail, what do we do about it now?
20          I think I would be absolutely within reason and the
21  law and the facts of this case to incarcerate Mr. Trudeau
22  today, and make him direct these entities and people to pay
23  this money that's out there somewhere.  The reason I'm
24  reluctant to do that is because I am most concerned with
25  actually getting something out of all of this for the benefit

**PXA:3**

1    of those consumers who were deceived by the book.  And

2    I -- this is the hardest decision that I have had to make.

3    Basically what I have found is that Mr. Trudeau is a puppet

4    master who has got a lot of strings out there and an awful lot

5    of puppets, and I'm not sure he can pull those strings from a

6    jailhouse cell.  Maybe he can, and if what I'm about to

7    propose -- not propose -- what I am about to tell you I'm going

8    to do doesn't work, that will be the next thing that happens.

9            Mr. Trudeau has suggested a Receiver be appointed.

10   It's his own suggestion.  I like the idea because I think that

11   a proper Receiver could -- who actually assumes Mr. Trudeau's

12   position with respect to the entities and assets that we've

13   been talking about all of this time, would be able to,

14   hopefully, find where the money went, where the assets are, to

15   marshal those assets, and to apply them to the remedy that I

16   have ordered.

17           Now, Mr. Trudeau controls not just entities.  And

18   Mr. Anderson says, well, we asked one of the GIN entities to do

19   something and they wouldn't do it.  He controls those entities.

20   I am finding that.  In fact, just let me take a step back.  The

21   FTC's proposed findings of fact, I have gone through them in

22   detail, and I have looked at the supporting documents, and

23   exhibits, and transcripts, and I find that generally they are

24   accurate and incredibly thorough.  I also should say they were

25   single-spaced and difficult to read for these old eyes.  So try

1        THE COURT:  I think there are assets there.  I think

2   there's revenues there.  I've seen enough to believe that with

3   sufficient effort and skill we'll be able to get to the bottom

4   of this.

5        MR. ANDERSON:  I really wasn't going to comment on the

6   discovery of assets.  I was going to comment on the breadth of

7   the injunction about not transferring any assets other than

8   ordinary living expenses.  And I was going to comment on that

9   because it affects my firm.  I believe that if I stay in the

10  case, I can be helpful to the process.  I can work with the

11  Receiver.  I can ensure proper reporting to the Court.  But if

12  Mr. Trudeau can't work and can't use the proceeds from his

13  motivational speaking to pay my firm, I'm not going to be able

14  to continue in the process.

15        And I'm happy to submit --

16        THE COURT:  Well, I'm happy to --

17        MR. ANDERSON:  I'm happy to submit, you know, if

18  somebody wants to look at those for reasonableness or whatever,

19  but that's a reality of the situation, your Honor.

20        THE COURT:  Well, I'm not trying to kick you out of

21  the case.  I don't want you out of the case.  But that

22  injunction would read until further order of court.  I'm just

23  afraid that, you know, with Mr. Trudeau, when -- when I saw the

24  amount of money that he paid Mr. Lane it was pretty astounding.

25  The money -- he has paid a lot of money to your firm, too.

1    Your firm doesn't come cheap, and I can understand why he might

2    do that.  But I'm very concerned that he is continuing to

3    dissipate assets, even in his defense here, that he shouldn't

4    be.

5          I would certainly hear you out as to a reasonable

6    provision for attorney's fees or litigation costs.  But the

7    whole point of having a Receiver for a person or entity in a

8    situation like this is to basically take it out of the hands of

9    the person or entity, and put it in the hands of a fiduciary

10   that is responsible to the Court.

11         I don't want to be in the position -- because that's

12   what I am somewhat afraid of.  If I was to incarcerate

13   Mr. Trudeau and have him -- and direct him to open that

14   jailhouse door by providing information or directing certain

15   things, unless we actually saw the cash itself, I would be in

16   daily charge of what he was trying to do to open that door.

17         I'm basically -- instead of putting you in prison, or

18   incarcerating you, I am giving you the key to open that door.

19   I am giving you the key to keep you out of that door.  And it's

20   the last time I am going to do that.  And if for some reason I

21   find that Mr. Trudeau is giving directions to people like

22   Mr. Sant, and they're saying, "No, I'm not going to do it," the

23   situation will change drastically.  And that door will open

24   very quickly.

25         So I just want to make sure Mr. Trudeau understands

1   that and that this whole thing has to come to an end. I would

2   love to see this empire that he has built marshaled in a way

3   that would satisfy the FTC that they have gotten everything

4   that they can get from this. And that Mr. Trudeau can go and

5   motivationally speak and move on with his life and use the rest

6   of it to perhaps pay what he can't pay now. And go beyond

7   that. But right now we've got a situation that I am trying to

8   be fair to everybody and also to actually reach a result that

9   would comply with the order I issued three years ago.

10              MR. ANDERSON: And I want to add that I share that

11   goal. We have a common goal insofar as marshaling assets and

12   paying off the judgment. And if I continue to work in the

13   case -- if I continue on with the case, I will do everything

14   within my power as Mr. Trudeau's counsel to make that happen.

15              How do you want to handle -- how would you like us to

16   handle legal fees? We have ongoing legal fees in connection

17   with this matter. And we're also representing

18   Mr. -- Mr. Kirsch is representing Mr. Trudeau in a criminal

19   case.

20              THE COURT: Well, I'm glad you mentioned that. The

21   other consideration that I have is that case is going to trial

22   in a month. And I'm sure that Mr. Trudeau would rather be on

23   this side of the MCC than the other side, in order to prepare

24   for that defense. Although, as you know, most of the people at

25   the MCC are there preparing their defenses, so it isn't

PXA:3

# FTC PXA:4

# st.george

**Statement of Account**

# St.George Sense

St.George Bank
A Division of
Westpac Banking Corporation
ABN 33 007 457 141
AFSL 233714

| | |
|---|---|
| Contact Us | 13 33 30 (8am - 9pm)<br>7 days a week |
| BSB No. | |
| Account No. | |
| Statement | 12 ( Page 1 of 6) |
| Statement Period | 01/01/13 to 31/01/13 |

KEVIN MARK TRUDEAU

## Account Summary

### Sense Everyday

| Opening Balance | $20,676.00 |
|---|---|
| + All Deposits | $100,000.00 |
| - All Withdrawals | $103,388.96 |
| = Closing Balance | $17,287.04 |

### Sense Savings

| Opening Balance | $223,736.99 |
|---|---|
| + All Deposits | $364.09 |
| - All Withdrawals | $100,167.00 |
| = Closing Balance | $123,934.08 |

### Sense Everyday Spending



This chart is a helpful guide for your Sense Everyday spending.*

### Sense Savings Progress



Savings Target          $0.00

Please note your savings target has not been established. You can setup your savings target by selecting Account Maintenance in Internet Banking.

---

## Hints & Tips: **Did You Know?****

By making regular deposits into your Sense Everyday Account, you can streamline your finances by making your regular payments conveniently from one account.

---

*Note that the breakdown of transactions is only a guide. It is not intended to be a substitute for your own budget or financial plan.
**This information does not take account of your financial circumstances. Please read the terms and conditions before making a decision.
060603          St.George Bank - A division of Westpac Banking Corporation ABN 33 007 457 141 AFSL 233714          pg 1 of 6



st.george

| BSB No. | ▮ |
|---------|---|
| Account No. | ▮ |

## Sense Everyday

| Date | Description | + Deposits | - Withdrawals | = Balance $ | Category |
|------|-------------|-----------|---------------|-------------|----------|
| **01 Jan** | **Opening Balance** | | | **20,676.00** | |
| 02 Jan | INTERNET DEPOSIT  02JAN 07:06 FROM 00004209 | 100,000.00 | | 120,676.00 | |
| 02 Jan | INTERNET OVERSEAS TT 02JAN 08:34 | | -50,000.00 | 70,676.00 | Transfers |
| 02 Jan | INTERNET TT REQ FEE  02JAN 08:34 | | -20.00 | 70,656.00 | Transfers |
| 03 Jan | INTERNET OVERSEAS TT 03JAN 05:41 | | -50,000.00 | 20,656.00 | Transfers |
| 03 Jan | INTERNET TT REQ FEE  03JAN 05:41 | | -20.00 | 20,636.00 | Transfers |
| 03 Jan | VISA CASH ADVANCE    30/12/12 MIGROSBANK CHF      900.00 | | -953.11 | 19,682.89 | Cash |
| 03 Jan | FOREIGN CURRENCY CONVERSN FEE | | -28.59 | 19,654.30 | Other |
| 04 Jan | ROUNDING FOR     $953.11 EFFECTIVE DATE    02JAN | | -0.89 | 19,653.41 | Transfers |
| 05 Jan | VISA CASH ADVANCE    02/01/13 MIGROSBANK CHF      900.00 | | -938.48 | 18,714.93 | Cash |
| 05 Jan | FOREIGN CURRENCY CONVERSN FEE | | -28.15 | 18,686.78 | Other |
| 07 Jan | VISA CASH ADVANCE    04/01/13 MIGROSBANK CHF      900.00 | | -938.22 | 17,748.56 | Cash |
| 07 Jan | FOREIGN CURRENCY CONVERSN FEE | | -28.14 | 17,720.42 | Other |
| 07 Jan | ROUNDING FOR     $938.48 EFFECTIVE DATE    04JAN | | -0.52 | 17,719.90 | Transfers |
| 08 Jan | ROUNDING FOR     $938.22 EFFECTIVE DATE    05JAN | | -0.78 | 17,719.12 | Transfers |
| 17 Jan | VISA CASH ADVANCE   14/01/13 iNTERNACIOANL Centro GTQ 2027.22 | | -244.34 | 17,474.78 | Cash |
| 17 Jan | FOREIGN CURRENCY CONVERSN FEE | | -7.33 | 17,467.45 | Other |
| 18 Jan | ROUNDING FOR     $244.34 EFFECTIVE DATE    16JAN | | -0.66 | 17,466.79 | Transfers |
| 19 Jan | VISA PURCHASE O/SEAS 17/01/13 CALUMET PHOTOGRAPHIC EUR      121.85 | | -155.10 | 17,311.69 | Leisure |
| 19 Jan | FOREIGN CURRENCY CONVERSN FEE | | -4.65 | 17,307.04 | Other |
| | **SUB TOTAL CARRIED FORWARD TO NEXT PAGE** | | | **17,307.04** | |

## Save time and make payments via Direct Debit

You can have many of your payments debited directly from your SENSE Everyday Account, such as your telephone bill, electricity bill and insurance payments. To arrange a direct debit contact the relevant organisation and provide them with your BSB and account number or call us on 13 33 30.



Conditions and fees may apply. This information doesn't consider your personal circumstances. Read the terms and conditions before making a decision. St.George Bank – A Division of Westpac Banking Corporation ABN 33 007 457 141 AFSL 233714. 9624/12098  08/10

**st.george**

| Date | Description | + Deposits - Withdrawals | = Balance $ | Category |
|------|-------------|--------------------------|-------------|----------|
| | **SUB TOTAL CARRIED FORWARD FROM PREVIOUS PAGE** | | **17,307.04** | |
| 31 Jan | O/SEAS CASH WITHDRAWAL FEE | -20.00 | 17,287.04 | Other |
| **31 Jan** | **Closing Balance** | | **17,287.04** | |

Rounding Contributions processed near the end of the month may appear on your next statement.

## Sense Everyday Spend by Category



- Transfers $100042.85 (97%)
- Cash $3074.15 (3%)
- Leisure $155.10 (0%)
- Other $116.86 (0%)

This chart is a high level breakdown of the transactions that you have made using your Sense Everyday Account, during the statement period*.

060604

*Note that the breakdown of transactions is only a guide and amounts are rounded to the nearest whole percent. It is not intended to be a substitute for your own budget or financial plan.

 **st.george**

| | | |
|---|---|---|
| **BSB No.** | | |
| **Account No.** | | |

## Sense Savings

| Date | Description | | + Deposits | - Withdrawals | = Balance $ |
|---|---|---|---|---|---|
| **01 Jan** | **Opening Balance** | | | | **223,736.99** |
| 02 Jan | INTERNET WITHDRAWAL 02JAN 07:06 TO 00004115 | | | -100,000.00 | 123,736.99 |
| 04 Jan | ROUNDING FOR EFFECTIVE DATE | $953.11 02JAN | 0.89 | | 123,737.88 |
| 07 Jan | ROUNDING FOR EFFECTIVE DATE | $938.48 04JAN | 0.52 | | 123,738.40 |
| 08 Jan | ROUNDING FOR EFFECTIVE DATE | $938.22 05JAN | 0.78 | | 123,739.18 |
| 18 Jan | ROUNDING FOR EFFECTIVE DATE | $244.34 16JAN | 0.66 | | 123,739.84 |
| 31 Jan | CREDIT INTEREST | | 361.24 | | 124,101.08 |
| 31 Jan | TFN WITHHOLDING TAX | | | -167.00 | 123,934.08 |
| **31 Jan** | **Closing Balance** | | | | **123,934.08** |

**Note:** You may only deposit or withdraw amounts to and from your Sense Savings Account by transferring amounts to and from your Sense Everyday Account. This means you may not use your Sense Savings Account for transactions such as direct debit.

## Interest Details

### Sense Everyday

| | Interest Earned | Interest Charged |
|---|---|---|
| **Year to Date** | $0.00 | $0.00 |
| **Previous Year to Date** | $0.00 | $0.11 |

### Sense Savings

| | Interest Earned | Interest Charged |
|---|---|---|
| **Year to Date** | $3,359.05 | $0.00 |
| **Previous Year to Date** | $425.44 | $0.00 |

Interest Earned Includes interest earned on your Sense Savings account and Matching Contributions Paid.

# FTC PXA:5

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3    FEDERAL TRADE COMMISSION,          )
                                         )
 4                        Plaintiff,     )
                                         )   No. 03 C 3904
 5                vs.                     )   Chicago, Illinois
                                         )   June 26, 2013
 6    KEVIN TRUDEAU,                      )   10:00 a.m.
                                         )
 7                        Defendant.     )

 8
                 TRANSCRIPT OF PROCEEDINGS - MOTION
 9
               BEFORE THE HONORABLE ROBERT W. GETTLEMAN
10
      APPEARANCES:
11
      For the Plaintiff:       FEDERAL TRADE COMMISSION
12                             600 Pennsylvania Avenue, N.W., M-8102B
                               Washington, DC 20580
13                             BY:  MR. JONATHAN COHEN
                                    MS. AMANDA KOSTNER
14
                               FEDERAL TRADE COMMISSION
15                             55 West Monroe Street, Suite 1825
                               Chicago, Illinois 60603
16                             BY:  MR. DAVID A. O'TOOLE

17    For Defendant Trudeau    WINSTON & STRAWN LLP
                               35 West Wacker Drive
18                             Chicago, Illinois 60601
                               BY:  MR. KIMBALL ANDERSON
19                                  MR. THOMAS L. KIRSCH, II
                                    MS. KATHERINE ROHLF
20
      For Marc J. Lane and     BARNES & THORNBURG LLP
21    Law Firm of              One North Wacker Drive, Suite 4400
      Marc J. Lane:            Chicago, Illinois 60606
22                             BY:  MR. VINCENT P. SCHMELTZ, III
                                    MR. AUSTIN J. BURKE
23

24    Official Reporter:       JENNIFER S. COSTALES, CRR, RMR
                               219 South Dearborn Street, Room 1706
25                             Chicago, Illinois 60604
                               (312) 427-5351
```

Lane - cross by Kirsch

1  document.

2  A.  Yes, sir.

3  Q.  There is one e-mail on that page.  Do you see that?

4  A.  I do.

5  Q.  All right.  In that, the first line of that e-mail says "This

6  will respond to your question," correct?

7  A.  Yes, sir.

8  Q.  What question were you responding to in this e-mail?

9  A.  This was now following on my advice that Mr. Trudeau be

10  employed, receive a salary, from one or more companies for

11  services he might render those companies and thereby generate

12  income with respect to which he could live and also most

13  important pay off this judgment.  So he has inquired again

14  following through on this salary idea as to possibly having KT

15  Radio Network as his employer, wire his salary to his personal

16  bank account in Australia.

17  Q.  All right.  So he's asking you about the possibility of

18  having his salary with KTR, I'm sorry, with KT Radio Network,

19  which is also known as KTRN?

20  A.  Yes.

21  Q.  And whether or not he could wire that salary to his existing

22  personal bank account in Australia, correct?

23  A.  Yes, sir.

24  Q.  And then you again go to the fraudulent transfer rules,

25  correct?

Lane - cross by Kirsch

1  A.  Yes, I did.

2  Q.  And you provide him advice as to whether or not he can have a

3  salary and have it transferred or wired to his existing personal

4  bank account in Australia and the potential consequences of doing

5  so, correct?

6  A.  That's right.

7  Q.  Now, sir, do you know as you sit here today and as you

8  testified before the Court whether or not Kevin Trudeau ever took

9  a salary from KTRN?

10 A.  Yes, I do.

11 Q.  And did he take a salary from KTRN at some point?

12 A.  Yes, sir.

13 Q.  Do you know when, do you know when he took a salary from,

14 began to start taking a salary from KTRN?

15 A.  I believe it was the fall of last year, but I'm not terribly

16 specific on that.

17 Q.  So that would be the fall of 2012.  I'm going to show you a

18 document on this.  But approximately fall of 2012?

19 A.  Yes, I think that's right.

20 Q.  I'm not trying to trick you.

21 A.  No.  I know.  I just want to be accurate with you as best I

22 can.

23 Q.  I appreciate that.

24      Okay.  Sir, to your knowledge, did Mr. Trudeau ever

25 transfer any of his salary from KTRN to a personal bank account

Lane - cross by Kirsch

 1 | in Australia?

 2 | A.  Not to my knowledge.

 3 | Q.  Never did it, right?

 4 | A.  Not that I'm aware of.

 5 | Q.  In part because you told him not to, right?

 6 | A.  I would hope so.

 7 | Q.  Do you remember on cross-examination you testified that when

 8 | Kevin asked you a question that you thought was out of bounds,

 9 | you would call him on it, right?

10 | A.  I always did.

11 | Q.  And you did here, right?  You told him not to wire it to your

12 | personal bank account in Australia, right?

13 | A.  That was my advice.

14 | Q.  And he didn't do it?

15 | A.  That was -- I believe that's accurate.

16 | Q.  Well, you know that's accurate, because you know right where

17 | that salary went, don't you?

18 | A.  I believe I do.

19 | Q.  All right.

20 |           THE COURT:  Who is testifying here?

21 |           MR. KIRSCH:  Well, Your Honor, this is

22 | cross-examination.

23 |           THE COURT:  It's friendly cross-examination.

24 |           MR. KIRSCH:  It's still cross-examination.

25 |           THE COURT:  No, it's not.  No, it's not.  You're leading

Lane - cross by Kirsch

 1  him all over the place.  And I'll tell you why we have rules

 2  about leading, because it's not terribly convincing.  It's the

 3  witness who is the one who is supposed to be testifying, and the

 4  more the witness testifies, and he's very good at it, the better

 5  it is for your client.

 6          MR. KIRSCH:  I appreciate that, Your Honor.  I'm just

 7  trying to --

 8          THE COURT:  You'll have time to argue.  You'll have time

 9  to make the arguments from the testimony, believe me.

10          MR. KIRSCH:  I appreciate that.

11          THE COURT:  Okay.

12  BY MR. KIRSCH:

13  Q.  Okay.  I'd like to show you, I'd like to show you Defendant's

14  Exhibit 42.  I'd like you to go to that document if you would,

15  please.

16  A.  Yes, sir.

17  Q.  And I'm going to spend a few minutes walking through this

18  document, sir, in connection with the testimony regarding the

19  KTRN salary.  Sir, what is the date of this document?

20  A.  September 21st, 2012.

21  Q.  And what is this?

22  A.  This is a letter to the Federal Trade Commission, attention

23  of Mr. Mora.

24  Q.  Who wrote it?

25  A.  I wrote it.

# FTC
# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

FEDERAL TRADE COMMISSION, )
)
Plaintiff, ) Case No. 03-C-3904
)
v. ) Hon. Robert W. Gettleman
)
KEVIN TRUDEAU, )
)
Defendant. )
)
)

## DECLARATION OF KENTON JOHNSON

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

(1)    I am Executive Vice-President of Robb Evans & Associates LLC, the Court-appointed Receiver in the above-captioned action.

(2)    On September 11, 2013, Kevin Trudeau informed me that Nataliya Babenko was now in the Ukraine and would be staying there for a while.

Kenton Johnson

Executed on September 13, 2013 in Sun Valley, California.