# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 03-C-3904 |
| ) | |
| v. ) | Hon. Robert W. Gettleman |
| ) | |
| **KEVIN TRUDEAU,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## RECEIVER'S SUPPLEMENTAL REPORT

Receiver Robb Evans & Associates LLC, by and through its undersigned attorney, hereby submits its attached Supplemental Report of Receiver's Activities, dated September 16, 2013.

Dated: September 16, 2013                    Respectfully submitted,

**ROBB EVANS & ASSOCIATES LLC,
RECEIVER**

By: /s/ Blair Zanzig
     (One of Its Attorneys)

Blair R. Zanzig (No. 6273293)
John Hiltz (No. 6289744)
Kathy Wantuch (No. 6294034)
**HILTZ WANTUCH & ZANZIG LLC**
53 West Jackson Blvd., Suite 205
Chicago, Illinois 60604
Telephone: 312.566.9008
Fax: 312.566.9015
 bzanzig@hwzlaw.com
 jhiltz@hwzlaw.com
 kwantuch@hwzlaw.com

*Counsel for Robb Evans & Associates, Receiver*

## CERTIFICATE OF SERVICE

I, Blair R. Zanzig, an attorney, hereby certify that, on the 16th day of September, 2013, I caused a true and correct copy of the foregoing Receiver's First Report to be served through the Court's Electronic Case Filing System on the following:

Kimball Richard Anderson
kanderson@winston.com

Thomas Lee Kirsch, II
tkirsch@winston.com

Katherine E. Rohlf
kcroswell@winston.com

Michael Mora
mmora@ftc.gov

Jonathan Cohen
Jcohen2@ftc.gov

Amanda B. Kostner
akostner@ftc.gov

David O'Toole
dotoole@ftc.gov

/s/ Blair R. Zanzig