## ROBB EVANS & ASSOCIATES LLC
### Receiver of
The Assets of Kevin Trudeau, the Trudeau Entities, et al.

## SUPPLEMENTAL REPORT OF RECEIVER'S ACTIVITIES
## September 16, 2013

On September 6, 2013 the Receiver[1] filed its first report of activities. Subsequent to preparing that report, the Receiver has obtained certain information that the Receiver believes should be reported to this Court.

Pursuant to the Court's Order appointing the Receiver, Kevin Trudeau (Trudeau) had an affirmative duty to, among other things, deliver to the Receiver possession and custody of "[a]ll funds, Assets and property of Trudeau, whether situated within or outside the territory of the United States" and "all bank records (including monthly statements canceled checks, records of wire transfers, records of ACH transactions, and check registers)." (*See* 8/7/2013 Order at § VI(1) & (3). Further, Trudeau was obligated to provide all computer and other passwords required to open or gain access to all monies in any bank deposited to the credit of Trudeau. (*Id.* § VI(5).) Indeed, the Court expressly created the receivership "to offer Trudeau a final opportunity to avoid coercive incarceration as a contempt sanction" and ordered Trudeau to cooperate fully with the Receiver.

In a September 6, 2013 email to the Receiver, Kevin Trudeau stated in part: "I am being very straight forward and am not hiding anything." Again in a September 7, 2013 email to the Receiver, Mr. Trudeau states: "I have nothing to hide. There are no hidden assets anywhere in the world." These emails are attached to this supplemental report at Exhibit 1.

The Receiver has independently learned that Trudeau maintains a bank account at St. George Bank Ltd. in Sydney, Australia. On July 29, 2013, $17,676.00 was wired, presumably by Trudeau, from such account to Trudeau's bank account at Banco Popular in Illinois. Attached as Exhibit 2 to this supplemental report is a wire transfer confirmation evidencing the transfer. In response to the Receiver's inquiries regarding such account, Trudeau responded in a September 9, 2013 email exchange: "I have no bank statements. And I do not have log in info. This account has been provided to FTC[2] in the past." A copy of the Receiver's email exchange with Mr. Trudeau is attached to this supplemental report as Exhibit 3.

---

[1] Reference to the Receiver in this report means the Receiver's deputies, its staff, and its counsel.
[2] The Receiver asked the FTC for details about this account. The FTC responded that this account was referenced in Trudeau's January 24, 2013 sworn financial statement but counsel for the FTC had no information beyond that reference.

Notwithstanding Trudeau's statements that he lacked access to the St. George Bank account, on September 11, 2013 at approximately 4:15 pm PDT, Trudeau called the Receiver and provided the Receiver with his username and password for such account. The Receiver downloaded the bank statements from the inception of the accounts (checking and savings) beginning in February 2012 through August 31, 2013. Belying any suggestion that Trudeau lacked the ability to log into the account, the account statements reflect that all transactions were Internet-based, except for wire transfers into the account or wire out of the account or debit card transactions.

Trudeau's January 24, 2013 sworn financial statement submitted to the Court listed this account with a small balance. The combined balances of the checking and savings account at that time were approximately $140,000. His financial statement also did not list any account number or the address of the bank, both of which are listed on the online statements. The January 2013 bank statement is attached to this supplemental report at Exhibit 4.

Further, the Court's August 7, 2013 Order enjoined Trudeau from transferring, spending, withdrawing or otherwise disposing of any Assets, wherever located, including outside the United States. (*See* 8/7/2013 Order § II(1).) However, the August 2013 account statement for the St. George Bank account, reflects a number of debit card transactions that post-date this Court's Order. Attached as Exhibit 5 to this supplemental report is a copy of the August 2013 bank statement.

In its first report, the Receiver informed the Court that Mr. Lee Kenny was to produce accounting records and bank documents for GIN Foundation's account in the United Kingdom. To date, Mr. Kenny has provided bank statements for some accounts.

Exhibit 6 to this report is a compilation of GIN Foundation's account activity from January 1, 2013 through September 6, 2013. Total credit card merchant processing revenue of approximately $14.2 million confirms the information presented at page 7 of the Receiver's first report. The revenue difference of approximately $100,000 between the detail in this report and the first report is likely attributable to actual foreign currency exchange rates, bank transactional fees, and intermediary bank wire charges.

The Receiver's first report also stated that Website Solutions' management in the United States told the Receiver that commissions for Trudeau and his wife, Nataliya Babenko, were accrued, but unpaid. Although the Receiver does not believe company management in the United States were aware of transfers made from GIN Foundation's account in the United Kingdom, GIN Foundation's records produced thus far by Mr. Kenny show that Ms. Babenko in fact was paid approximately $149,000 from March 6, 2013 through August 20, 2013. The GIN Foundation records also indicate that payments made through July 18, 2013 were paid to two bank accounts in the United States. The final payment of $16,305.79 was paid on August 20, 2013 and the funds were transferred to an account Ms. Babenko holds at Global Bank of Commerce in Antigua (Exhibit 7).

At this time, it appears that Ms. Babenko is the only individual with a GIN Foundation down line who received payments out of the ordinary course of business.

Respectfully submitted,

/s/

Robb Evans & Associates LLC
Receiver

# Exhibit 1

**brick kane**

| | |
|---|---|
| **From:** | Kevin Trudeau <kevinmt@hushmail.com> |
| **Sent:** | Friday, September 06, 2013 9:04 PM |
| **To:** | kenton.johnson@robbevans.com; brick_kane@robbevans.com |
| **Cc:** | Thomas L. Kirsch |

Kenton, I read your report. I can be very helpful in clarifying things and answering questions. I am being very straightforward and am not hiding anything.

By the way GIN does in fact sell a product. The product is a membership in a club. Memberships like a NRA or AAA membeships are products.

Kevin Trudeau

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2242 / Virus Database: 3222/6143 - Release Date: 09/06/13

Kenton Johnson

| | |
|---|---|
| **From:** | Kevin Trudeau [kevinmt@hushmail.com] |
| **Sent:** | Saturday, September 07, 2013 7:17 AM |
| **To:** | kenton.johnson@robbevans.com; brick_kane@robbevans.com |
| **Cc:** | Thomas L. Kirsch |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Re the 375K from ktrn. A few things to consider based on my best recolection.

Natasha was the then legal owner of KTRN. I was working full time doing radio shows daily for KTRN without compensation. Natasha as the owner I believe never took any money out of that company before that time...

Re GIN expenses. Your reports do not take into account all the expenses paid out of GIN from any non us account. When you look at those expenses paid you will be GIN never made a profit.

Also..when a person joins GIN, they are owed a cruise and other benefits, so there is a liabiity outstanding for every member who joins.

Also..the 200 consultants are owed an annual commision. 2% of total rev is split between them..

Re natasha's sal from website solutions. Natasha and I always believed she was the legal owner of website, although an absentee owner, thus she took what was believed to be legeitimate comp, not for a "job", but as owner and a director.

Again, I am here to help explain and clarify things.

I have nothing to hide. There are no hidden assets anywhere in the world.

Kevin Trudeau

# Exhibit 2

*(c) Fundtech Systems*

## Incoming FED Message

Printed: 9/6/2013 12:49:04PM          Requested By:     31552

VERSION:     0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $17,676.00 | Message ID: | 130729083152F10a | PDM: | O |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 7/29/2013 12:00:00AM | Time: | 08:42:17 | URC: | |
| Bank ID: | 004 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 111 | Template: | |
| Message Subtype: | 00 | Charge: | SHA | | |
| Fee: | 0.00 | Source: | FLS | Country Code : | AU |
| Ref. No.: | ▉▉▉▉▉ | External Ref.: | | | |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 021000021 | Sender Name: | JPMORGAN CHASE | Ref. No.: | ▉▉▉▉▉ |
| Receiver ABA: | 071924458 | Receiver Name: | BANCO POPULAR, IL | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |
| IMAD: | 20130729B1QGC08C002375 | | Prop. Code: | | |
| OMAD: | 20130729G1B7011C00002107290830FT03 | | | Ref. for Bnf.: | SWF OF 13/07/29 |
| As of Reason: | | As of Date: | | Disposition: | |
| Acc Off: | 004 | Account: | 6808▉ | Acc. Type: | DDA | Initiator ID: |
| Cr Acc Off: | | Cr Acc No: | | Cr Acc Type: | |
| Db Advice: | | Db Fee: | | Cr Advice: | | Cr Fee: | 0.00 |
| Drawdown Credit Account: | | | | | |

Originator:                 Originator Option F:     N               Beneficiary:

▉▉▉▉▉                                                   ▉▉▉▉▉

KEVIN M TRUDEAU                                   KEVIN TRUDEAU

SUITE 218                                               3 GRANT SQ

377 KENT STREET                                   HINSDALE, UNITED STATES

SYDNEY 2000

Originator Bank:                                       Beneficiary Bank:

SGBLAU2S

ST GEORGE BANK LTD

TREASURY RECONCILIATIONS DEPARTMENT

LEVEL 27 60 MARTIN PLACE

SYDNEY AUSTRALIA 2000

# Exhibit 3

**brick kane**

| | |
|---|---|
| **From:** | brick kane <brick_kane@robbevans.com> |
| **Sent:** | Wednesday, September 11, 2013 9:19 AM |
| **To:** | 'Kevin Trudeau' |
| **Cc:** | Kent Johnson; Blair R. Zanzig (bzanzig@hwzlaw.com); Thomas L. Kirsch (tkirsch@winston.com) |
| **Subject:** | RE: St George Bank Ltd. |

Kevin,

When can we expect the bank statements and correspondence?

Brick

**From:** Kevin Trudeau [mailto:kevinmt@hushmail.com]
**Sent:** Monday, September 09, 2013 3:59 PM
**To:** brick kane
**Subject:** RE: St George Bank Ltd.

let me call them..will get you anything you need

Kevin Trudeau

On 9/9/2013 at 5:55 PM, "brick kane" <brick_kane@robbevans.com> wrote:

Kevin,


Please carefully re-read my email. If you do not have the bank statements in your possession, you will need to contact the bank and obtain the statements. Also, you must have correspondence or online access or how could you have initiated the July 29, 2013 wire transfer?


Brick



**From:** Kevin Trudeau [mailto:kevinmt@hushmail.com]
**Sent:** Monday, September 09, 2013 3:05 PM
**To:** brick kane
**Cc:** Thomas L. Kirsch
**Subject:** Re: St George Bank Ltd.



I have no bank statements. And I do not have log in info. This account has been provided to FTC in the past.

Kevin Trudeau

On 9/9/2013 at 4:15 PM, "brick kane" <brick_kane@robbevans.com> wrote:

1

Kevin,

Please see the attached wire transfer from your St. George Bank Ltd. account in Sydney, Australia to your Banco Popular account in Illinois.

Please immediately provide us with all bank statements for your St. George Bank account from its inception through the most recent statement. Also, please provide us with email or other correspondence with the St. George Bank. If you have online access to your account, please provide us with the pertinent login information ie: user name and password. Once we review this information, we may ask you for follow-up information. Thank you.

Brick

Brick Kane

President & Chief Operating Officer

Robb Evans & Associates LLC

(818) 683-1061

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2242 / Virus Database: 3222/6150 - Release Date: 09/09/13

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2242 / Virus Database: 3222/6150 - Release Date: 09/09/13

# Exhibit 4

# st.george

## Statement of Account
# St.George Sense

St.George Bank
A Division of
Westpac Banking Corporation
ABN 33 007 457 141
AFSL 233714

| | |
|---|---|
| **Contact Us** | 13 33 30 (8am - 9pm) |
| | **7 days a week** |
| **BSB No.** | 112-879 |
| **Account No.** | ▇ |
| Statement | 12 ( Page 1 of 6) |
| Statement Period | 01/01/13 to 31/01/13 |

KEVIN MARK TRUDEAU

# Account Summary

## Sense Everyday

| | | |
|---|---|---|
| **Opening Balance** | | **$20,676.00** |
| + | All Deposits | $100,000.00 |
| - | All Withdrawals | $103,388.96 |
| = | **Closing Balance** | **$17,287.04** |

## Sense Savings

| | | |
|---|---|---|
| **Opening Balance** | | **$223,736.99** |
| + | All Deposits | $364.09 |
| - | All Withdrawals | $100,167.00 |
| = | **Closing Balance** | **$123,934.08** |

### Sense Everyday Spending



This chart is a helpful guide for your Sense Everyday spending.*

### Sense Savings Progress



Savings Target          $0.00

Please note your savings target has not been established. You can setup your savings target by selecting Account Maintenance in Internet Banking.

---

## Hints & Tips: **Did You Know?****

By making regular deposits into your Sense Everyday Account, you can streamline your finances by making your regular payments conveniently from one account.

---

*Note that the breakdown of transactions is only a guide. It is not intended to be a substitute for your own budget or financial plan.
**This information does not take account of your financial circumstances. Please read the terms and conditions before making a decision.

# st.george

| | |
|---|---|
| BSB No. | 112-879 |
| Account No. | ■■■ |

## Sense Everyday

| Date | Description | + Deposits - Withdrawals | = Balance $ | Category |
|---|---|---|---|---|
| **01 Jan** | **Opening Balance** | | **20,676.00** | |
| 02 Jan | INTERNET DEPOSIT   02JAN 07:06 FROM ■■■ | 100,000.00 | 120,676.00 | |
| 02 Jan | INTERNET OVERSEAS TT 02JAN 08:34 | -50,000.00 | 70,676.00 | Transfers |
| 02 Jan | INTERNET TT REQ FEE  02JAN 08:34 | -20.00 | 70,656.00 | Transfers |
| 03 Jan | INTERNET OVERSEAS TT 03JAN 05:41 | -50,000.00 | 20,656.00 | Transfers |
| 03 Jan | INTERNET TT REQ FEE  03JAN 05:41 | -20.00 | 20,636.00 | Transfers |
| 03 Jan | VISA CASH ADVANCE   30/12/12 MIGROSBANK CHF        900.00 | -953.11 | 19,682.89 | Cash |
| 03 Jan | FOREIGN CURRENCY CONVERSN FEE | -28.59 | 19,654.30 | Other |
| 04 Jan | ROUNDING FOR       $953.11 EFFECTIVE DATE      02JAN | -0.89 | 19,653.41 | Transfers |
| 05 Jan | VISA CASH ADVANCE   02/01/13 MIGROSBANK CHF        900.00 | -938.48 | 18,714.93 | Cash |
| 05 Jan | FOREIGN CURRENCY CONVERSN FEE | -28.15 | 18,686.78 | Other |
| 07 Jan | VISA CASH ADVANCE   04/01/13 MIGROSBANK CHF        900.00 | -938.22 | 17,748.56 | Cash |
| 07 Jan | FOREIGN CURRENCY CONVERSN FEE | -28.14 | 17,720.42 | Other |
| 07 Jan | ROUNDING FOR       $938.48 EFFECTIVE DATE      04JAN | -0.52 | 17,719.90 | Transfers |
| 08 Jan | ROUNDING FOR       $938.22 EFFECTIVE DATE      05JAN | -0.78 | 17,719.12 | Transfers |
| 17 Jan | VISA CASH ADVANCE   14/01/13 iNTERNACIOANL Centro GTQ 2027.22 | -244.34 | 17,474.78 | Cash |
| 17 Jan | FOREIGN CURRENCY CONVERSN FEE | -7.33 | 17,467.45 | Other |
| 18 Jan | ROUNDING FOR       $244.34 EFFECTIVE DATE      16JAN | -0.66 | 17,466.79 | Transfers |
| 19 Jan | VISA PURCHASE O/SEAS 17/01/13 CALUMET PHOTOGRAPHIC EUR      121.85 | -155.10 | 17,311.69 | Leisure |
| 19 Jan | FOREIGN CURRENCY CONVERSN FEE | -4.65 | 17,307.04 | Other |
| | **SUB TOTAL CARRIED FORWARD TO NEXT PAGE** | | **17,307.04** | |



## Save time and make payments via Direct Debit
You can have many of your payments debited directly from your SENSE Everyday Account, such as your telephone bill, electricity bill and insurance payments. To arrange a direct debit contact the relevant organisation and provide them with your BSB and account number or call us on 13 33 30.

Conditions and fees may apply. This information doesn't consider your personal circumstances. Read the terms and conditions before making a decision. St.George Bank – A Division of Westpac Banking Corporation ABN 33 007 457 141 AFSL 233714. 9624/12098 08/10

**st.george**

| Date | Description | + Deposits | - Withdrawals | = Balance $ | Category |
|------|-------------|-----------|---------------|-------------|----------|
| | **SUB TOTAL CARRIED FORWARD FROM PREVIOUS PAGE** | | | **17,307.04** | |
| 31 Jan | O/SEAS CASH WITHDRAWAL FEE | | -20.00 | 17,287.04 | Other |
| **31 Jan** | **Closing Balance** | | | **17,287.04** | |

Rounding Contributions processed near the end of the month may appear on your next statement.

### Sense Everyday Spend by Category



97%

3%

☐ Transfers $100042.85 (97%)
☐ Cash $3074.15 (3%)
☐ Leisure $155.10 (0%)
☐ Other $116.86 (0%)

This chart is a high level breakdown of the transactions that you have made using your Sense Everyday Account, during the statement period*.

*Note that the breakdown of transactions is only a guide and amounts are rounded to the nearest whole percent.
It is not intended to be a substitute for your own budget or financial plan
060604                                                                                                    pg 3 of 6

**st.george**

| | |
|---|---|
| BSB No. | 112-879 |
| Account No. | ▮ |

## Sense Savings

| Date | Description | | + Deposits | - Withdrawals | = Balance $ |
|---|---|---|---|---|---|
| **01 Jan** | **Opening Balance** | | | | **223,736.99** |
| 02 Jan | INTERNET WITHDRAWAL 02JAN 07:06 TO ▮ | | | -100,000.00 | 123,736.99 |
| 04 Jan | ROUNDING FOR EFFECTIVE DATE | $953.11 02JAN | 0.89 | | 123,737.88 |
| 07 Jan | ROUNDING FOR EFFECTIVE DATE | $938.48 04JAN | 0.52 | | 123,738.40 |
| 08 Jan | ROUNDING FOR EFFECTIVE DATE | $938.22 05JAN | 0.78 | | 123,739.18 |
| 18 Jan | ROUNDING FOR EFFECTIVE DATE | $244.34 16JAN | 0.66 | | 123,739.84 |
| 31 Jan | CREDIT INTEREST | | 361.24 | | 124,101.08 |
| 31 Jan | TFN WITHHOLDING TAX | | | -167.00 | 123,934.08 |
| **31 Jan** | **Closing Balance** | | | | **123,934.08** |

**Note:** You may only deposit or withdraw amounts to and from your Sense Savings Account by transferring amounts to and from your Sense Everyday Account. This means you may not use your Sense Savings Account for transactions such as direct debit.

## Interest Details

### Sense Everyday

| | Interest Earned | Interest Charged |
|---|---|---|
| **Year to Date** | $0.00 | $0.00 |
| **Previous Year to Date** | $0.00 | $0.11 |

### Sense Savings

| | Interest Earned | Interest Charged |
|---|---|---|
| **Year to Date** | $3,359.05 | $0.00 |
| **Previous Year to Date** | $425.44 | $0.00 |

Interest Earned Includes interest earned on your Sense Savings account and Matching Contributions Paid.

# Exhibit 5

# st.george

**Statement of Account**

# St.George Sense

St.George Bank
A Division of
Westpac Banking Corporation
ABN 33 007 457 141
AFSL 233714

| | |
|---|---|
| Contact Us | 13 33 30 (8am - 9pm) |
| | **7 days a week** |
| BSB No. | 112-879 |
| **Account No.** | ▮ |
| Statement | 19 ( Page 1 of 7) |
| Statement Period | 01/08/13 to 31/08/13 |

KEVIN MARK TRUDEAU

## Account Summary

### Sense Everyday

| | |
|---|---|
| **Opening Balance** | **$19,579.97** |
| + All Deposits | $447.98 |
| - All Withdrawals | $7,697.75 |
| = **Closing Balance** | **$12,330.20** |

### Sense Savings

| | |
|---|---|
| **Opening Balance** | **$406.41** |
| + All Deposits | $1.03 |
| - All Withdrawals | $0.00 |
| = **Closing Balance** | **$407.44** |

### Sense Everyday Spending



This chart is a helpful guide for your Sense Everyday spending.*

### Sense Savings Progress



Savings Target          $0.00

Please note your savings target has not been established. You can setup your savings target by selecting Account Maintenance in Internet Banking.

## Hints & Tips: **Did You Know?\*\***
Did you know if you deposit just $2,000 into your Sense Everyday Account each month, you'll save on the monthly account service fee?

*Note that the breakdown of transactions is only a guide. It is not intended to be a substitute for your own budget or financial plan.
**This information does not take account of your financial circumstances. Please read the terms and conditions before making a decision.

# st.george

| | |
|---|---|
| BSB No. | 112-879 |
| Account No. | ▮ |

## Sense Everyday

| Date | Description | + Deposits | - Withdrawals | = Balance $ | Category |
|---|---|---|---|---|---|
| **01 Aug** | **Opening Balance** | | | **19,579.97** | |
| 03 Aug | VISA PURCHASE O/SEAS 31/07/13 GOVERNMENT CENTER SE USD 35.00 | | -39.28 | 19,540.69 | Transportation |
| 03 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.17 | 19,539.52 | Other |
| 03 Aug | VISA PURCHASE O/SEAS 31/07/13 VIDAL SASSOON USD 167.00 | | -187.43 | 19,352.09 | Daily Living |
| 03 Aug | FOREIGN CURRENCY CONVERSN FEE | | -5.62 | 19,346.47 | Other |
| 05 Aug | VISA PURCHASE O/SEAS 01/08/13 55 EAST MONROE USD 36.00 | | -40.55 | 19,305.92 | Transportation |
| 05 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.21 | 19,304.71 | Other |
| 05 Aug | VISA PURCHASE O/SEAS 02/08/13 WHOLEFDS HIN 10364 USD 423.27 | | -476.82 | 18,827.89 | Daily Living |
| 05 Aug | FOREIGN CURRENCY CONVERSN FEE | | -14.30 | 18,813.59 | Other |
| 05 Aug | VISA PURCHASE O/SEAS 01/08/13 STEPHEN GORDON DDS P USD 1652.00 | | -1,861.01 | 16,952.58 | Health&Educatn |
| 05 Aug | FOREIGN CURRENCY CONVERSN FEE | | -55.83 | 16,896.75 | Other |
| 06 Aug | VISA PURCHASE O/SEAS 04/08/13 THE STANDARD MARKE USD 31.51 | | -35.50 | 16,861.25 | Daily Living |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.06 | 16,860.19 | Other |
| 06 Aug | VISA PURCHASE O/SEAS 04/08/13 THE STANDARD MARKE USD 36.47 | | -41.08 | 16,819.11 | Daily Living |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.23 | 16,817.88 | Other |
| 06 Aug | VISA PURCHASE O/SEAS 03/08/13 AGENT FEE A 89006007 USD 50.00 | | -56.33 | 16,761.55 | Leisure |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.68 | 16,759.87 | Other |
| | **SUB TOTAL CARRIED FORWARD TO NEXT PAGE** | | | **16,759.87** | |

## Save time and BPAY® your bills.

Pay bills the quick, simple and flexible way. With over 16,000 billers accepting BPAY, you can pay most of your bills from your SENSE Everyday Account through St.George Internet & Phone Banking. Just look for the distinctive BPAY logo in the payment section of your bill. You can even schedule payments for a later date. To learn more visit st.george.com.au

This information does not take into account your financial circumstances. Before you make a decision, read the Terms and Conditions, available at any branch or at stgeorge.com.au and consider if the product is right for you. *Registered to BPAY Pty Ltd ABN 69 079 137 518. St.George Bank - A Division of Westpac Banking Corporation ABN 33 007 457 141 AFSL 233714. STGW0515  12/10



**st.george**

| Date | Description | + Deposits - Withdrawals | = Balance $ | Category |
|------|-------------|--------------------------|-------------|----------|
| | **SUB TOTAL CARRIED FORWARD FROM PREVIOUS PAGE** | | **16,759.87** | |
| 06 Aug | VISA PURCHASE O/SEAS 03/08/13 THE HUMIDOR OF WESTM USD 65.00 | -73.22 | 16,686.65 | Daily Living |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | -2.19 | 16,684.46 | Other |
| 06 Aug | VISA PURCHASE O/SEAS 04/08/13 THE HUMIDOR OF WESTM USD 85.17 | -95.95 | 16,588.51 | Daily Living |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | -2.87 | 16,585.64 | Other |
| 06 Aug | VISA PURCHASE O/SEAS 03/08/13 JETBLUE 27972663 USD 293.90 | -331.08 | 16,254.56 | Leisure |
| 06 Aug | FOREIGN CURRENCY CONVERSN FEE | -9.93 | 16,244.63 | Other |
| 07 Aug | VISA PURCHASE O/SEAS 05/08/13 THE HUMIDOR OF WESTM USD 174.53 | -197.28 | 16,047.35 | Daily Living |
| 07 Aug | FOREIGN CURRENCY CONVERSN FEE | -5.91 | 16,041.44 | Other |
| 08 Aug | VISA PURCHASE O/SEAS 06/08/13 THE HUMIDOR OF WESTM USD 32.01 | -35.95 | 16,005.49 | Daily Living |
| 08 Aug | FOREIGN CURRENCY CONVERSN FEE | -1.07 | 16,004.42 | Other |
| 08 Aug | VISA PURCHASE O/SEAS 06/08/13 THE HUMIDOR OF WESTM USD 36.64 | -41.15 | 15,963.27 | Daily Living |
| 08 Aug | FOREIGN CURRENCY CONVERSN FEE | -1.23 | 15,962.04 | Other |
| 09 Aug | VISA PURCHASE O/SEAS 06/08/13 EASTWOOD BIO MEDICAL USD 85.00 | -95.28 | 15,866.76 | Daily Living |
| 09 Aug | FOREIGN CURRENCY CONVERSN FEE | -2.85 | 15,863.91 | Other |
| 09 Aug | VISA PURCHASE O/SEAS 07/08/13 ROBERT J LACAVA MD USD 95.00 | -106.49 | 15,757.42 | Health&Educatn |
| 09 Aug | FOREIGN CURRENCY CONVERSN FEE | -3.19 | 15,754.23 | Other |
| 09 Aug | VISA PURCHASE O/SEAS 07/08/13 CAREY USD 308.42 | -345.73 | 15,408.50 | Transportation |
| 09 Aug | FOREIGN CURRENCY CONVERSN FEE | -10.37 | 15,398.13 | Other |
| 09 Aug | VISA PURCHASE O/SEAS 06/08/13 US WELLNESS MEATS USD 669.88 | -750.91 | 14,647.22 | Daily Living |
| 09 Aug | FOREIGN CURRENCY CONVERSN FEE | -22.52 | 14,624.70 | Other |
| 10 Aug | VISA PURCHASE O/SEAS 07/08/13 US WELLNESS MEATS USD 388.00 | -432.36 | 14,192.34 | Daily Living |
| | **SUB TOTAL CARRIED FORWARD TO NEXT PAGE** | | **14,192.34** | |

# st.george

| Date | Description | + Deposits | - Withdrawals | = Balance $ | Category |
|------|-------------|-----------|---------------|-------------|----------|
| | **SUB TOTAL CARRIED FORWARD FROM PREVIOUS PAGE** | | | **14,192.34** | |
| 10 Aug | FOREIGN CURRENCY CONVERSN FEE | | -12.97 | 14,179.37 | Other |
| 10 Aug | VISA PURCHASE O/SEAS 07/08/13 US WELLNESS MEATS USD     413.00 | | -460.22 | 13,719.15 | Daily Living |
| 10 Aug | FOREIGN CURRENCY CONVERSN FEE | | -13.80 | 13,705.35 | Other |
| 10 Aug | VISA PURCHASE O/SEAS 07/08/13 WESTMONT LIQUORS USD     894.30 | | -996.56 | 12,708.79 | Daily Living |
| 10 Aug | FOREIGN CURRENCY CONVERSN FEE | | -29.89 | 12,678.90 | Other |
| 12 Aug | VISA CREDIT OVERSEAS 07/08/13 US WELLNESS MEATS USD     413.00 | 447.98 | | 13,126.88 | |
| 12 Aug | VISA PURCHASE O/SEAS 08/08/13 RENAISSANCE HOTELS F USD     32.00 | | -35.22 | 13,091.66 | Leisure |
| 12 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.05 | 13,090.61 | Other |
| 22 Aug | VISA PURCHASE O/SEAS 20/08/13 SMARTE CARTE USD     4.00 | | -4.43 | 13,086.18 | Home Expenses |
| 22 Aug | FOREIGN CURRENCY CONVERSN FEE | | -0.13 | 13,086.05 | Other |
| 26 Aug | VISA PURCHASE O/SEAS 22/08/13 55 EAST MONROE USD     32.00 | | -35.66 | 13,050.39 | Transportation |
| 26 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.06 | 13,049.33 | Other |
| 26 Aug | VISA PURCHASE O/SEAS 22/08/13 STEPHEN GORDON DDS P USD     256.00 | | -285.30 | 12,764.03 | Health&Educatn |
| 26 Aug | FOREIGN CURRENCY CONVERSN FEE | | -8.55 | 12,755.48 | Other |
| 30 Aug | VISA PURCHASE O/SEAS 28/08/13 GENOVA DIAGNOSTICS USD     136.53 | | -153.51 | 12,601.97 | Health&Educatn |
| 30 Aug | FOREIGN CURRENCY CONVERSN FEE | | -4.60 | 12,597.37 | Other |
| 31 Aug | VISA PURCHASE O/SEAS 28/08/13 GOVERNMENT CENTER SE USD     35.00 | | -39.25 | 12,558.12 | Transportation |
| 31 Aug | FOREIGN CURRENCY CONVERSN FEE | | -1.17 | 12,556.95 | Other |
| 31 Aug | VISA PURCHASE O/SEAS 28/08/13 VIDAL SASSOON USD     192.00 | | -215.30 | 12,341.65 | Daily Living |
| 31 Aug | FOREIGN CURRENCY CONVERSN FEE | | -6.45 | 12,335.20 | Other |
| | **SUB TOTAL CARRIED FORWARD TO NEXT PAGE** | | | **12,335.20** | |



| Date | Description | + Deposits | - Withdrawals | = Balance $ | Category |
|---|---|---|---|---|---|
| | **SUB TOTAL CARRIED FORWARD FROM PREVIOUS PAGE** | | | **12,335.20** | |
| 31 Aug | ACCOUNT SERVICE FEE | | -5.00 | 12,330.20 | Other |
| **31 Aug** | **Closing Balance** | | | **12,330.20** | |

Rounding Contributions processed near the end of the month may appear on your next statement.

### Sense Everyday Spend by Category



- Daily Living $4135.01 (54%)
- Health & Education $2406.31 (31%)
- Transportation $500.47 (7%)
- Leisure $422.63 (5%)
- Other $228.90 (3%)
- Home Expenses $4.43 (0%)

This chart is a high level breakdown of the transactions
that you have made using your Sense Everyday
Account, during the statement period*.

*Note that the breakdown of transactions is only a guide and amounts are rounded to the nearest whole percent.
It is not intended to be a substitute for your own budget or financial plan.

037916                                                                                                    pg 5 of 7



| | |
|---|---|
| BSB No. | 112-879 |
| Account No. | ███████ |

## Sense Savings

| Date | Description | + Deposits | - Withdrawals | = Balance $ |
|---|---|---|---|---|
| **01 Aug** | **Opening Balance** | | | **406.41** |
| 31 Aug | CREDIT INTEREST | 1.03 | | 407.44 |
| **31 Aug** | **Closing Balance** | | | **407.44** |

Note: You may only deposit or withdraw amounts to and from your Sense Savings Account by transferring amounts to and from your Sense Everyday Account. This means you may not use your Sense Savings Account for transactions such as direct debit.

# Interest Details

## Sense Everyday

| | Interest Earned | Interest Charged |
|---|---|---|
| **Year to Date** | $0.00 | $0.00 |
| **Previous Year to Date** | $0.00 | $0.00 |

## Sense Savings

| | Interest Earned | Interest Charged |
|---|---|---|
| **Year to Date** | $11.25 | $0.00 |
| **Previous Year to Date** | $4,218.37 | $0.00 |

Interest Earned Includes interest earned on your Sense Savings account and Matching Contributions Paid.

### Rounding Contributions



This chart shows you the cumulative Rounding Contributions that have been transferred to your Sense Savings Account for the last 12 months*.

### Your Rounding Contributions

| | |
|---|---|
| Total Rounding Contributions transferred to your Sense Savings Account for last 12 months. | $15.22 |

# Exhibit 6

# GIN Foundation (UK)
## Cash Receipts & Disbursements
### January 1 through September 6, 2013

| | GBP | Ave. Exch Rate | USD | USD | TOTAL |
|---|---|---|---|---|---|
| **Income** | | | | | |
| NBX Merchant Services Inc. | 1,989,368.45 | 1.5418 | 3,067,208.28 | 11,137,822.31 | 14,205,030.59 |
| **Related Parties** | | | | | |
| GIN USA Inc. | 0.00 | 1.5418 | 0.00 | 301,619.32 | 301,619.32 |
| **Future Transactions Company** | | | | | |
| Money In | 0.00 | 1.5418 | 0.00 | 1,317,923.20 | 1,317,923.20 |
| Money Out | (46,329.00) | 1.5418 | (71,430.05) | (996,462.41) | (1,067,892.46) |
| Total Future Transactions Company | (46,329.00) | | (71,430.05) | 321,460.79 | 250,030.74 |
| | | | | | |
| Global Information | 0.00 | 1.5418 | 0.00 | 152,396.31 | 152,396.31 |
| **Total Related Parties** | (46,329.00) | | (71,430.05) | 775,476.42 | 704,046.37 |
| | | | | | |
| **Deposits to be determined** | | | | | |
| Deposits to be determined | 0.00 | 1.5418 | 0.00 | 166,545.56 | 166,545.56 |
| Collection | 0.00 | 1.5418 | 0.00 | 163,236.54 | 163,236.54 |
| Total Deposits to be determined | 0.00 | | 0.00 | 329,782.10 | 329,782.10 |
| | | | | | |
| Credit Suisse AG | 0.00 | 1.5418 | 0.00 | 164,398.63 | 164,398.63 |
| Maximum Value Promtions, LLC | 0.00 | 1.5418 | 0.00 | 85,365.51 | 85,365.51 |
| The Hybrid Group Inc. | | | 0.00 | | |
| Money In | 0.00 | 1.5418 | 0.00 | 802,948.44 | 802,948.44 |
| Money Out | 0.00 | 1.5418 | 0.00 | (740,560.95) | (740,560.95) |
| Total The Hybrid Group Inc. | 0.00 | | 0.00 | 62,387.49 | 62,387.49 |
| | | | | | |
| Bruno Lacroix | 0.00 | 1.5418 | 0.00 | 30,150.00 | 30,150.00 |
| Madame Martin Denise | 0.00 | 1.5418 | 0.00 | 27,195.18 | 27,195.18 |
| Barbara Annemarie Hagmayer | 0.00 | 1.5418 | 0.00 | 25,000.00 | 25,000.00 |
| Caroline De Champeaux | 0.00 | 1.5418 | 0.00 | 24,989.06 | 24,989.06 |
| Joelle Bernard | 0.00 | 1.5418 | 0.00 | 20,000.00 | 20,000.00 |
| Vigneau Dufour Brigitte | 0.00 | 1.5418 | 0.00 | 18,988.94 | 18,988.94 |
| Melle Farida aka Diri | 0.00 | 1.5418 | 0.00 | 15,435.52 | 15,435.52 |
| Payment Services Directive | 0.00 | 1.5418 | 0.00 | 11,187.00 | 11,187.00 |
| France Conseil Paris | 0.00 | 1.5418 | 0.00 | 10,000.00 | 10,000.00 |
| Snocope Credit Union | 0.00 | 1.5418 | 0.00 | 981.46 | 981.46 |
| Chermette Lau | 0.00 | 1.5418 | 0.00 | 966.95 | 966.95 |
| **Total Income** | 1,943,039.45 | | 2,995,778.22 | 12,740,126.57 | 15,735,904.79 |
| | | | | | |
| **Expense** | | | | | |
| International Payment Systems | 767,809.00 | 1.5418 | 1,183,807.92 | 5,736,039.08 | 6,919,847.00 |
| **Related Entities** | | | | | |
| Website Solutions | 470,310.35 | 1.5418 | 725,124.50 | 3,225,708.95 | 3,950,833.45 |
| **Lee Kenny** | | | | | |
| American Express | 161,158.48 | 1.5418 | 248,474.14 | 0.00 | 248,474.14 |
| Lee Kenny - Other | 131,803.21 | 1.5418 | 203,214.19 | 28,810.94 | 232,025.13 |
| Total Lee Kenny | 292,961.69 | | 451,688.33 | 28,810.94 | 480,499.27 |
| | | | | | |
| Natalia Babenko | 0.00 | 1.5418 | 0.00 | 149,051.82 | 149,051.82 |
| PL Holdings | 12,728.64 | 1.5418 | 19,625.02 | 0.00 | 19,625.02 |

**GfN Foundation (UK)**
**Cash Receipts & Disbursements**
**January 1 through September 6, 2013**

| | GBP | Ave. Exch Rate | USD | USD | TOTAL |
|---|---:|---:|---:|---:|---:|
| Natural Cures Health institute | 0.00 | 1.5418 | 0.00 | 12,362.55 | 12,362.55 |
| **Total Related Entities** | 776,000.68 | | 1,196,437.85 | 3,415,934.26 | 4,612,372.11 |
| | | | | | |
| **Global Sales Solutions** | | | | | |
| Money Out | 388,872.50 | 1.5418 | 599,563.62 | 884,916.32 | 1,484,479.94 |
| Money In | (9,034.57) | 1.5418 | (13,929.50) | (109,913.78) | (123,843.28) |
| **Total Global Sales Solutions** | 379,837.93 | | 585,634.12 | 775,002.54 | 1,360,636.66 |
| | | | | | |
| NCL (Bahamas) Ltd. | 0.00 | 1.5418 | 0.00 | 865,076.01 | 865,076.01 |
| Winston and Strawn LLP | 25,495.23 | 1.5418 | 39,308.55 | 507,399.48 | 546,708.03 |
| Office Pool | 311,496.97 | 1.5418 | 480,266.03 | 164,461.67 | 644,727.70 |
| Netovative LLC | 68,942.34 | 1.5418 | 106,295.30 | 330,230.57 | 436,525.87 |
| CardFlex | 109,355.00 | 1.5418 | 168,603.54 | 196,731.32 | 365,334.86 |
| Receiver | 2,720.50 | 1.5418 | 4,194.47 | 258,032.56 | 262,227.03 |
| Marc Lane | 85,255.73 | 1.5418 | 131,447.28 | 140,222.86 | 271,670.14 |
| WP Buz Barlow | 19,158.44 | 1.5418 | 29,538.48 | 100,153.86 | 129,692.34 |
| Budds Gunisao Lake | 0.00 | 1.5418 | 0.00 | 95,009.02 | 95,009.02 |
| Snowflake Information Services | 74,598.31 | 1.5418 | 115,015.67 | 15,758.38 | 130,774.05 |
| Faruki Ireland & Cox P.L.L. | 0.00 | 1.5418 | 0.00 | 63,840.76 | 63,840.76 |
| Law Office of D???? | 0.00 | 1.5418 | 0.00 | 20,038.05 | 20,038.05 |
| Snowflake Media Ltd. | 14,683.52 | 1.5418 | 22,639.05 | 0.00 | 22,639.05 |
| Element Lifestyle | 0.00 | 1.5418 | 0.00 | 9,134.81 | 9,134.81 |
| Payments to be identified | 0.00 | 1.5418 | 0.00 | 7,938.00 | 7,938.00 |
| Jangomail.com | 0.00 | 1.5418 | 0.00 | 7,718.69 | 7,718.69 |
| Mrs. C A Wiseman | 0.00 | 1.5418 | 0.00 | 7,674.53 | 7,674.53 |
| A.D. Properties 64 LLC | 0.00 | 1.5418 | 0.00 | 7,674.53 | 7,674.53 |
| Michael Baer | 7,042.16 | 1.5418 | 10,857.60 | 0.00 | 10,857.60 |
| TLC Promotions, Inc. | 0.00 | 1.5418 | 0.00 | 5,037.81 | 5,037.81 |
| Unikom | 3,307.62 | 1.5418 | 5,099.69 | 0.00 | 5,099.69 |
| Baytree National | 0.00 | 1.5418 | 0.00 | 2,724.88 | 2,724.88 |
| Crozier & Associates | 0.00 | 1.5418 | 0.00 | 2,537.79 | 2,537.79 |
| Paul Reid | 2,127.90 | 1.5418 | 3,280.80 | 0.00 | 3,280.80 |
| Sundry Dr. | 0.00 | 1.5418 | 0.00 | 1,783.46 | 1,783.46 |
| Moore Van Allen | 0.00 | 1.5418 | 0.00 | 1,038.10 | 1,038.10 |
| Salix Data | 0.00 | 1.5418 | 0.00 | 686.25 | 686.25 |
| Sophie Currivan | 651.12 | 1.5418 | 1,003.90 | 0.00 | 1,003.90 |
| Bank Line | 434.11 | 1.5418 | 669.31 | 0.00 | 669.31 |
| Bank Fees | 0.00 | 1.5418 | 0.00 | 409.04 | 409.04 |
| Fosdick Corp | 0.00 | 1.5418 | 0.00 | 87.46 | 87.46 |
| IBC City | 0.00 | 1.5418 | 0.00 | 38.46 | 38.46 |
| **Total Expense** | 2,648,916.56 | | 4,084,099.55 | 12,738,414.23 | 16,822,513.78 |
| | | | | | |
| **Net Income** | (705,877.11) | | (1,088,321.33) | 1,712.34 | (1,086,608.99) |

# Exhibit 7

Bankline - Natwest                                                                              Page 1 of 2



Logged in as: **Paul Reid** of **Global Information Network**        You last logged in on: **6th September 2013 at**
Fdn                                                                                                  **16:55**

**Broadcast:**
You have received new urgent message(s). Select **Read Urgent Messages** to
view these.
NB: The current page and any data selected/input will not be affected when viewing the
message.

## Payment debit advice

| | | | |
|---|---|---|---|
| Name: | GLOBAL INFORMATION NETWORK FDN<br>UNIT 1, CAUSEY HALL | Our ref: | EBANKGO52445657 |
| Address: | DISPENSARY WALK<br>HALIFAX HX1 1QR | Your ref:<br>Date:<br>Time:<br>Delivery Ref: | NAT - GIN COMM<br>20th August 2013<br>10:34:21<br>00168981962 |

**We confirm having remitted the following Urgent transfer**

| | | | |
|---|---|---|---|
| Amount debited: | USD  16,345.02 | Date payment to leave: | 20th August 2013 |
| From account: | ▉▉▉- | Beneficiary bank: | GLOBAL BANK OF COMMERCE<br>ST JOHN'S<br>ANTIGUA |
| Amount sent: | USD  16,305.79 | | |
| In favour of: | NATALIYA BABENKO | Payee bank: | BANK OF AMERICA, N.A. |
| Beneficiary account number: | ▉▉▉ | Ordered by: | GLOBAL INFORMATION<br>NETWORK FDN |
| Payment details: | GIN COMMISSION<br>FUNDS FOR FINAL CREDIT TO<br>ACCOUNT<br>CK-        - NATALIYA<br>BABENKO | | |

**Transactional information**

| | |
|---|---|
| Requested amount: | USD  16,305.79 |
| Exchange rate: | |
| Deal reference: | |
| NWB  commission charges: | USD  25.62 |
| NWB  commission charges information: | |
| Agent Bank charges amount: | USD  13.61 |