IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03 C 3904 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| KEVIN TRUDEAU, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter came before the court for hearing on plaintiff Federal Trade Commission's ("FTC") motion to modify the Receivership order (Doc. 744), the Receiver's first report (Doc. 747), the Receiver's supplemental report (Doc. 750), and for a report on status of this case. For the reasons stated in open court, it is hereby ordered:

1. The court finds defendant Kevin Trudeau in contempt of this court's order of July 26, 2013 (Doc. 729), as well as the receivership order of August 7, 2013 (Doc. 742), because defendant has spent and transferred money for attorney's fees that were not approved by the court and for expenses that were far beyond ordinary and necessary living expenses. The court further finds that defendant has not been fully cooperative or candid with the Receiver. As ordered by the court on July 26, 2013, "Failure to comply fully with the directions contained in this order will result in Trudeau's immediate incarceration until such compliance is achieved."

2. In light of the facts contained in the Receiver's first and supplemental reports and discussed at today's hearing, as well as the long history of contemptuous conduct by defendant, the court further finds that incarceration is necessary to coerce defendant to provide complete and accurate information regarding the assets he possesses or controls to at least begin to satisfy

the June 2, 2010, order to pay $37.6 million as a remedial sanction for defendant's prior contempt of this court's orders. The Receiver is directed to interview defendant as discussed at today's hearing.

3. The court directs the United States' Marshal Service to take defendant Kevin Trudeau into custody and to hold him until further order of the court, which will be entered tomorrow, September 19, 2013, at a hearing scheduled to begin at 11:00 a.m. The Marshal and the Metropolitan Correctional Center are directed to ensure that Mr. Trudeau is available to be interviewed by a representative of the Receiver and its attorney, along with access to defendant's counsel, to allow defendant to demonstrate that he has or can purge himself of his contempt.

4. Defendant's request for a stay of this order is denied.

**ENTER: September 18, 2013**

_____
**Robert W. Gettleman
United States District Judge**