# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 18, 2013

Before

RICHARD A. POSNER, Circuit Judge

DIANE S. SYKES, Circuit Judge

JOHN DANIEL TINDER, Circuit Judge

| | |
|---|---|
| IN RE: <br>     KEVIN TRUDEAU, Petitioner. <br><br> No. 13-3055 | ] Petition for Writ of <br> ] Mandamus from the Northern <br> ] District of Illinois, <br> ] Eastern Division. <br> ] <br> ] No. 1:03-cv-03904 <br> ] <br> ] Robert W. Gettleman, <br> ]     Judge. |

    The following is before the court: **EMERGENCY PETITION FOR WRIT OF MANDAMUS, OR IN THE ALTERNATIVE, A WRIT OF HABEAS CORPUS**, filed on September 18, 2013, by counsel for the petitioner.

    **IT IS ORDERED** that petition for writ of mandamus, or in the alternative, a writ of habeas corpus is **DENIED.**