# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

## NOTICE OF DOCKETING - Short Form

September 18, 2013

**To:** Thomas G. Bruton
Clerk of Court

**To:** Robert W. Gettleman
District Court Judge

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 13-3055
>
> Caption:
> IN RE:
>  KEVIN TRUDEAU,
> Petitioner

> District Court No: 1:03-cv-03904
> Court Reporter Jennifer Costales
> District Judge Robert Gettleman
> Clerk/Agency Rep Thomas Bruton

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)