IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| Federal Trade Commission | ) | Case No: 03 C 3904 |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| KEVIN TRUDEAU | ) | |
| | ) | |

## **ORDER**

Order defendant KEVIN TRUDEAU is to be released from custody forthwith.

(00:00)

Date: September 19, 2013

ROBERT W. GETTLEMAN