# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| Plaintiff, | ) Case No.: 03-C-3904 |
| v. | ) Hon. Robert W. Gettleman |
| **KEVIN TRUDEAU,** | ) |
| Defendant. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on Wednesday, October 16, 2013, at 1:30 p.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Robert W. Gettleman, United States District Court for the Northern District of Illinois, Eastern Division, or such other judge as may be sitting in his place in Courtroom 1703, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall present the attached **Receiver's Motion for Leave to File Receiver's Reply in Support of the Imposition of Coercive Sanctions**, a copy of which is hereby served upon you.

Dated: October 15, 2013

Respectfully submitted,

**ROBB EVANS & ASSOCIATES LLC, RECEIVER**

By: /s/ Blair Zanzig
(One of Its Attorneys)

Blair R. Zanzig (No. 6273293)
John F. Hiltz (No. 6289744)
Kathy Wantuch (No. 6294034)
**HILTZ WANTUCH & ZANZIG LLC**
53 West Jackson Blvd., Suite 205
Chicago, Illinois 60604
Telephone: 312.566.9008
Fax: 312.566.9015

*Counsel for Robb Evans & Associates, Receiver*

## CERTIFICATE OF SERVICE

I, Blair R. Zanzig, an attorney, hereby certify that, on the 15th day of October, 2013, I caused a true and correct copy of the foregoing Notice of Motion to be served through the Court's Electronic Case Filing System on the following:

Kimball Richard Anderson
kanderson@winston.com

Thomas Lee Kirsch, II
tkirsch@winston.com

Katherine E. Rohlf
kcroswell@winston.com

Michael Mora
mmora@ftc.gov

Jonathan Cohen
Jcohen2@ftc.gov

Amanda B. Kostner
akostner@ftc.gov

David O'Toole
dotoole@ftc.gov

/s/ Blair R. Zanzig