# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| Plaintiff, ) | Case No. 03-C-3904 |
| v. ) | Hon. Robert W. Gettleman |
| KEVIN TRUDEAU, ) | |
| Defendant. ) | |

## FTC'S MOTION FOR LEAVE TO FILE A STATEMENT CONCERNING DEFENDANT'S LETTERS OF DIRECTION

In light of the importance of this litigation and Defendant Kevin Trudeau's proposal on Friday afternoon to send "Letters of Direction" to various persons and institutions concerning his assets, Plaintiff Federal Trade Commission respectfully requests leave to file a statement addressing this proposal prior to the imposition of Court-ordered coercive sanctions tomorrow. The proposed statement is attached hereto.

The FTC has noticed this motion for the already-scheduled status conference Tuesday morning, when the FTC anticipates Trudeau will argue that these letters purge his contempt or, alternatively, that the Court should yet again defer sanctions for an indefinite time until he receives responses to these letters. The proposed filing addresses these new arguments, which the FTC respectfully urges the Court to reject.

Dated: October 21, 2013

David O'Toole (dotoole@ftc.gov)
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603-5001
Phone: (312) 960-5601
Fax: (312) 960-5600

Respectfully Submitted,

/s/ Jonathan Cohen
Michael Mora (mmora@ftc.gov)
Jonathan Cohen (jcohen2@ftc.gov)
Amanda B. Kostner (akostner@ftc.gov)
Federal Trade Commission
600 Pennsylvania Ave., N.W. M-8102B
Washington, DC 20580
Phone: 202-326-3373; -2551; -2880

## **CERTIFICATE OF SERVICE**

I, Jonathan Cohen, hereby certify that on October 21, 2013, I caused to be served true copies of the foregoing by electronic means, by filing such documents through the Court's Electronic Case Filing System, which will send notification of such filing to:

Kimball Richard Anderson
kanderson@winston.com

Thomas Lee Kirsch, II
tkirsch@winston.com

Katherine E. Rohlf
kcroswell@winston.com

Blair R. Zanzig
bzanzig@hwzlaw.com

/s/ Jonathan Cohen
Jonathan Cohen (jcohen2@ftc.gov)
Attorney for Plaintiff
Federal Trade Commission