# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | CASE NO. 03-C-3904 |
| vs. | HON. ROBERT W. GETTLEMAN |
| KEVIN TRUDEAU, | |
| Defendant. | |

## ORDER

Having reviewed Kevin Trudeau's Motion for Clarification of the June 6, 2023 Order (the "Order") and for Permission to Travel so that He Can Meet with the FTC in Person [ECF 1149], it is ordered as follows:

1. Pursuant to the Order's requirement that Trudeau report to the FTC and the Court on a "bi-monthly" basis all his "monies received, and expenses and disbursements made by him" (the Reports") Trudeau shall (a) submit his Reports every two months; (b) submit his first Report on August 21, 2023, for the reporting period of June 7 through August 7; (c) submit each Report two weeks after the close of each reporting period; (d) not rely on the fact that two weeks have passed since the close of any reporting period to argue that it is too late for the FTC to question the substance of any past Report; (e) attach to each Report its supporting documents (e.g. bank statements, receipts, etc.); (f) reasonably detail each Report's material sums (e.g. if Trudeau is paid more than once during the reporting period, each check will be itemized); (g) detail the income and disbursements of Trudeau Consulting, Training and Coaching LLC and Trudeau Holdings LLC; (h) provide his Reports in Microsoft Excel format; and (i) include receipts for ordinary and necessary expenses reimbursed by GIN Unite and the Kevin Trudeau Fan Club ("KTFC").

2. KTFC may retain funds to cover its reasonable operating expenses, which Trudeau shall itemize in his Reports. Any funds net of such expenses and those amounts paid to Trudeau will be paid to the FTC directly by the KTFC or paid to Trudeau so that he can pay them to the FTC net of all taxes at the time of his bi-monthly Reports.

3. Trudeau may aggregate all covered payments on which he must report and remit them in one lump sum to the FTC every two months along with his Reports.

4. Trudeau may provide his Reports to the FTC and the court by filing his Reports under seal with a paper courtesy copy delivered to chambers.

5. Trudeau shall pay to the FTC seventy-five percent (75%) of all earnings and other monies that he receives from GIN Unite, or any of its affiliates, net of all assessed taxes and payroll deductions (e.g., health insurance premiums).

6. Trudeau and KTFC shall suspend the practice of tithing until further order of this court.

7. Trudeau may establish a new legal defense fund separate from KTFC. The sole purpose of the new legal defense fund will be to collect third-party contributions to pay Trudeau's legal fees and costs and to remit such contributions to Trudeau's counsel. One hundred percent (100%) of all contributions to the fund shall be applied toward Trudeau's legal fees and costs, net of any reasonable expenses incurred to create and maintain the fund. Trudeau may solicit contributions to his legal defense fund, provided that any such solicitations expressly state that the sole purpose of any contributions to the fund are to pay Trudeau's legal expenses and that such contributions are not in lieu of any payments that would otherwise be made to KTFC. Trudeau shall submit bi-monthly Reports detailing the income and expenses of the legal defense fund consistent with his other reporting requirements.

8. Trudeau's request for permission to travel to Washington, D.C. for an in-person meeting with the FTC is entered and continued.

So ordered:

ENTER:

**Robert W. Gettleman**
**United States District Judge**

**DATE:** **June 16, 2023**