## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | CASE NO. 03-C-3904 |
| vs. | Hon. Matthew F. Kennelly |
| KEVIN TRUDEAU, | |
| Defendant. | |

## KEVIN TRUDEAU'S LEGAL DEFENSE FUND ACCOUNTING

Pursuant to this Court's Order, Kevin Trudeau respectfully states as follows for his "accounting of legal defense fund income and payout[.]" ECF 1256. The attached two exhibits document all deposits (*see* Exhibit 1) and expenses (*see* Exhibit 2) of Trudeau's Legal Defense Fund ("LDF") since the LDF's creation in October 2023. Deposits into the LDF through February 6, 2024, total $170,288.21. *See* Ex. 1. As of February 6, the LDF's expenses total $167,400, all paid to Trudeau's counsel at the law firms of Clark Hill and Winston & Strawn. *See* Ex. 2. The LDF has a $2,848.21 available balance. *Id.* The LDF has no operating expenses. The LDF electronically receives contributions and pays every penny that it collects to Trudeau's counsel (net of an immaterial transaction processing fee that has not yet been paid). The individuals who manage the fund do so as volunteers.

Dated: February 12, 2024

Respectfully submitted,

By: */s/ Giel Stein*

Giel Stein
Nicole Prefontaine
Jonathan Lippner
Clark Hill PLC
130 E. Randolph Street, Suite 3900
Chicago, Illinois 60601
Telephone: (312) 985-5900
Facsimile: (312) 985-5999
gstein@clarkhill.com
nprefontaine@clarkhill.com
jlippner@clarkhill.com

Kimball R. Anderson
Winston & Strawn LLP
35 W. Wacker Dr., Suite 4100
Chicago, IL 60601
(312) 558-5858
kanderson@winston.com

## CERTIFICATE OF SERVICE

I, Christine Pfeiffer, certify that I served the foregoing KEVIN TRUDEAU'S LEGAL DEFENSE FUND ACCOUNTING on all parties of record via the Court's CM/ECF filing system on February 12, 2024.

*/s/ Christine Pfeiffer*
Christine Pfeiffer

# EXHIBIT 1

**LEGAL DEFENSE FUND DEPOSITS**

| Date | Order # | Deposit | Contributor |
|---|---|---|---|
| 2/6/2024 11:18 | 32663 | $50.00 | |
| 2/6/2024 10:45 | 32661 | $250.00 | |
| 2/6/2024 10:39 | 32659 | $50.00 | |
| 2/6/2024 10:16 | 32658 | $45.00 | |
| 2/6/2024 9:53 | 32655 | $50.00 | |
| 2/6/2024 9:10 | 32652 | $50.00 | |
| 2/6/2024 8:24 | 32651 | $50.00 | |
| 2/6/2024 6:31 | 32640 | $250.00 | |
| 2/6/2024 5:25 | 32635 | $61.00 | |
| 2/6/2024 0:34 | 32624 | $10.00 | |
| 2/5/2024 19:59 | 32615 | $50.00 | |
| 2/5/2024 18:52 | 32611 | $10.00 | |
| 2/5/2024 18:44 | 32609 | $50.00 | |
| 2/5/2024 17:08 | 32606 | $100.00 | |
| 2/5/2024 14:52 | 32602 | $50.00 | |
| 2/5/2024 12:07 | 32597 | $450.00 | |
| 2/4/2024 12:36 | 32537 | $150.00 | |
| 2/4/2024 10:35 | 32528 | $400.00 | |
| 2/4/2024 7:10 | 32515 | $25.00 | |
| 2/4/2024 6:16 | 32512 | $40.00 | |
| 2/3/2024 16:28 | 32486 | $50.00 | |
| 2/3/2024 15:32 | 32483 | $75.00 | |
| 2/3/2024 13:30 | 32478 | $50.00 | |
| 2/3/2024 12:46 | 32472 | $250.00 | |
| 2/3/2024 9:28 | 32462 | $15.00 | |
| 2/3/2024 2:38 | 32448 | $10.00 | |
| 2/2/2024 23:18 | 32439 | $100.00 | |
| 2/2/2024 17:08 | 32426 | $40.00 | |
| 2/2/2024 13:02 | 32405 | $20.00 | |
| 2/2/2024 12:49 | 32404 | $100.00 | |
| 2/2/2024 12:18 | 32399 | $10.00 | |
| 2/2/2024 8:54 | 32388 | $20.00 | |
| 2/1/2024 13:29 | 32355 | $250.00 | |
| 2/1/2024 5:48 | 32323 | $250.00 | |
| 1/31/2024 23:06 | 32296 | $20.00 | |
| 1/31/2024 21:08 | 32283 | $150.00 | |
| 1/31/2024 20:14 | 32277 | $50.00 | |
| 1/31/2024 19:56 | 32276 | $25.00 | |
| 1/31/2024 18:07 | 32264 | $50.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 1/31/2024 17:55 | 32261 | $250.00 | |
| 1/31/2024 16:29 | 32247 | $10.00 | |
| 1/31/2024 16:26 | 32243 | $10.00 | |
| 1/31/2024 16:21 | 32242 | $50.00 | |
| 1/31/2024 16:20 | 32241 | $10.00 | |
| 1/31/2024 16:18 | 32240 | $50.00 | |
| 1/31/2024 16:17 | 32239 | $100.00 | |
| 1/31/2024 16:14 | 32236 | $500.00 | |
| 1/31/2024 9:18 | 32124 | $20.00 | |
| 1/31/2024 6:05 | 32106 | $500.00 | |
| 1/31/2024 3:38 | 32095 | $50.00 | |
| 1/31/2024 1:11 | 32083 | $250.00 | |
| 1/30/2024 21:01 | 32081 | $150.00 | |
| 1/30/2024 17:43 | 32074 | $30.00 | |
| 1/30/2024 17:18 | 32073 | $50.00 | |
| 1/30/2024 11:59 | 32070 | $20.00 | |
| 1/30/2024 11:34 | 32069 | $10.00 | |
| 1/30/2024 11:02 | 32068 | $50.00 | |
| 1/30/2024 11:00 | 32067 | $500.00 | |
| 1/30/2024 10:26 | 32064 | $73.00 | |
| 1/30/2024 8:43 | 32062 | $23.00 | |
| 1/29/2024 15:54 | 32043 | $50.00 | |
| 1/29/2024 9:26 | 32020 | $250.00 | |
| 1/29/2024 8:46 | 32017 | $100.00 | |
| 1/29/2024 1:22 | 32005 | $21.95 | |
| 1/28/2024 18:53 | 31992 | $175.00 | |
| 1/28/2024 15:11 | 31982 | $35.00 | |
| 1/28/2024 14:20 | 31980 | $100.00 | |
| 1/28/2024 9:49 | 31967 | $10.00 | |
| 1/28/2024 7:52 | 31960 | $50.00 | |
| 1/28/2024 2:33 | 31952 | $10.00 | |
| 1/27/2024 19:18 | 31921 | $20.00 | |
| 1/27/2024 17:28 | 31914 | $20.00 | |
| 1/27/2024 17:12 | 31912 | $25.00 | |
| 1/27/2024 15:48 | 31900 | $33.00 | |
| 1/27/2024 15:07 | 31880 | $50.00 | |
| 1/27/2024 14:33 | 31872 | $15.00 | |
| 1/27/2024 13:17 | 31854 | $25.00 | |
| 1/27/2024 13:14 | 31851 | $25.00 | |
| 1/27/2024 9:21 | 31822 | $100.00 | |
| 1/27/2024 4:14 | 31802 | $280.00 | |
| 1/27/2024 2:33 | 31789 | $20.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 1/26/2024 21:49 | 31776 | $50.00 | |
| 1/26/2024 14:04 | 31738 | $10.00 | |
| 1/26/2024 13:06 | 31731 | $12.00 | |
| 1/26/2024 10:41 | 31717 | $40.00 | |
| 1/26/2024 6:17 | 31703 | $50.00 | |
| 1/26/2024 4:06 | 31696 | $10.00 | |
| 1/25/2024 23:00 | 31690 | $150.00 | |
| 1/25/2024 17:54 | 31679 | $25.00 | |
| 1/25/2024 12:45 | 31638 | $10.00 | |
| 1/25/2024 8:15 | 31603 | $75.00 | |
| 1/25/2024 7:42 | 31598 | $50.00 | |
| 1/25/2024 7:37 | 31595 | $50.00 | |
| 1/25/2024 7:34 | 31593 | $50.00 | |
| 1/25/2024 6:52 | 31591 | $20.00 | |
| 1/24/2024 23:01 | 31563 | $25.00 | |
| 1/24/2024 22:49 | 31562 | $700.00 | |
| 1/24/2024 22:46 | 31561 | $100.00 | |
| 1/24/2024 19:41 | 31551 | $100.00 | |
| 1/24/2024 17:31 | 31546 | $50.00 | |
| 1/24/2024 16:29 | 31542 | $20.00 | |
| 1/24/2024 16:25 | 31541 | $290.00 | |
| 1/24/2024 15:44 | 31534 | $400.00 | |
| 1/24/2024 13:58 | 31521 | $30.00 | |
| 1/24/2024 13:57 | 31520 | $70.00 | |
| 1/24/2024 11:44 | 31511 | $100.00 | |
| 1/24/2024 11:09 | 31508 | $15.00 | |
| 1/24/2024 7:39 | 31497 | $250.00 | |
| 1/23/2024 22:06 | 31481 | $50.00 | |
| 1/23/2024 21:50 | 31480 | $50.00 | |
| 1/23/2024 21:15 | 31479 | $25.00 | |
| 1/23/2024 21:13 | 31478 | $25.00 | |
| 1/23/2024 18:23 | 31472 | $75.00 | |
| 1/23/2024 17:57 | 31471 | $10.00 | |
| 1/23/2024 17:51 | 31470 | $1,000.00 | |
| 1/23/2024 17:13 | 31469 | $25.00 | |
| 1/23/2024 15:30 | 31459 | $50.00 | |
| 1/23/2024 13:31 | 31452 | $750.00 | |
| 1/23/2024 12:56 | 31449 | $150.00 | |
| 1/23/2024 12:08 | 31441 | $100.00 | |
| 1/23/2024 11:19 | 31438 | $10.00 | |
| 1/23/2024 11:02 | 31434 | $10.00 | |
| 1/23/2024 9:39 | 31428 | $1,000.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 1/23/2024 8:16 | 31418 | $20.00 | |
| 1/22/2024 22:26 | 31398 | $20.00 | |
| 1/22/2024 22:04 | 31397 | $10.00 | |
| 1/22/2024 20:56 | 31395 | $500.00 | |
| 1/22/2024 20:08 | 31394 | $100.00 | |
| 1/22/2024 19:02 | 31391 | $50.00 | |
| 1/22/2024 17:26 | 31389 | $35.00 | |
| 1/22/2024 16:57 | 31387 | $15.00 | |
| 1/22/2024 16:06 | 31382 | $50.00 | |
| 1/22/2024 15:12 | 31379 | $30.00 | |
| 1/22/2024 13:48 | 31374 | $50.00 | |
| 1/22/2024 13:48 | 31373 | $250.00 | |
| 1/22/2024 13:10 | 31370 | $50.00 | |
| 1/22/2024 12:32 | 31365 | $500.00 | |
| 1/22/2024 12:16 | 31363 | $50.00 | |
| 1/22/2024 11:12 | 31359 | $100.00 | |
| 1/22/2024 10:32 | 31354 | $100.00 | |
| 1/22/2024 9:59 | 31350 | $30.00 | |
| 1/22/2024 9:51 | 31345 | $50.00 | |
| 1/22/2024 9:41 | 31344 | $50.00 | |
| 1/22/2024 9:21 | 31333 | $50.00 | |
| 1/22/2024 8:10 | 31329 | $30.00 | |
| 1/22/2024 6:51 | 31325 | $25.00 | |
| 1/22/2024 5:58 | 31323 | $100.00 | |
| 1/21/2024 20:16 | 31308 | $250.00 | |
| 1/21/2024 19:33 | 31305 | $10.00 | |
| 1/21/2024 16:17 | 31299 | $50.00 | |
| 1/21/2024 15:44 | 31297 | $45.00 | |
| 1/21/2024 13:15 | 31285 | $10.00 | |
| 1/21/2024 12:57 | 31284 | $10.00 | |
| 1/21/2024 9:36 | 31276 | $100.00 | |
| 1/20/2024 15:23 | 31243 | $100.00 | |
| 1/20/2024 12:22 | 31235 | $200.00 | |
| 1/20/2024 10:01 | 31229 | $50.00 | |
| 1/20/2024 3:48 | 31219 | $10.00 | |
| 1/19/2024 20:38 | 31211 | $100.00 | |
| 1/19/2024 17:23 | 31203 | $10.00 | |
| 1/19/2024 14:08 | 31198 | $12.00 | |
| 1/19/2024 12:05 | 31193 | $17.00 | |
| 1/19/2024 8:20 | 31180 | $100.00 | |
| 1/19/2024 0:55 | 31171 | $50.00 | |
| 1/18/2024 21:15 | 31164 | $100.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 1/18/2024 16:59 | 31160 | $50.00 | |
| 1/18/2024 1:48 | 31136 | $10.00 | |
| 1/17/2024 12:45 | 31113 | $25.00 | |
| 1/17/2024 3:22 | 31101 | $50.00 | |
| 1/16/2024 14:41 | 31075 | $50.00 | |
| 1/16/2024 14:28 | 31074 | $20.00 | |
| 1/16/2024 11:05 | 31064 | $111.00 | |
| 1/16/2024 9:24 | 31060 | $10.00 | |
| 1/16/2024 8:12 | 31056 | $15.00 | |
| 1/16/2024 3:00 | 31051 | $25.00 | |
| 1/16/2024 0:24 | 31050 | $10.00 | |
| 1/15/2024 14:03 | 31034 | $50.00 | |
| 1/15/2024 6:26 | 31025 | $100.00 | |
| 1/14/2024 19:32 | 31015 | $150.00 | |
| 1/14/2024 16:35 | 31010 | $30.00 | |
| 1/14/2024 16:11 | 31009 | $28.00 | |
| 1/14/2024 14:42 | 31004 | $50.00 | |
| 1/13/2024 12:47 | 30963 | $222.00 | |
| 1/13/2024 9:50 | 30953 | $50.00 | |
| 1/12/2024 21:42 | 30935 | $100.00 | |
| 1/12/2024 17:28 | 30931 | $10.00 | |
| 1/12/2024 11:55 | 30923 | $22.00 | |
| 1/12/2024 10:42 | 30922 | $10.00 | |
| 1/12/2024 0:29 | 30908 | $50.00 | |
| 1/11/2024 23:12 | 30906 | $50.00 | |
| 1/11/2024 21:25 | 30901 | $20.00 | |
| 1/11/2024 20:17 | 30900 | $15.00 | |
| 1/11/2024 19:54 | 30899 | $50.00 | |
| 1/11/2024 16:16 | 30893 | $12.00 | |
| 1/11/2024 6:03 | 30870 | $200.00 | |
| 1/11/2024 6:00 | 30869 | $17.00 | |
| 1/9/2024 21:45 | 30825 | $10.00 | |
| 1/9/2024 19:02 | 30816 | $77.00 | |
| 1/9/2024 17:58 | 30814 | $10.00 | |
| 1/9/2024 15:11 | 30807 | $50.00 | |
| 1/9/2024 7:59 | 30795 | $12.06 | |
| 1/8/2024 19:22 | 30784 | $40.00 | |
| 1/8/2024 12:16 | 30770 | $750.00 | |
| 1/8/2024 3:42 | 30761 | $25.00 | |
| 1/8/2024 3:11 | 30760 | $50.00 | |
| 1/8/2024 2:56 | 30759 | $20.00 | |
| 1/7/2024 23:55 | 30756 | $10.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 1/7/2024 20:02 | 30748 | $100.00 | |
| 1/7/2024 17:06 | 30741 | $20.00 | |
| 1/7/2024 1:17 | 30712 | $11.00 | |
| 1/6/2024 20:32 | 30706 | $10.00 | |
| 1/6/2024 15:15 | 30700 | $20.00 | |
| 1/6/2024 14:37 | 30696 | $50.00 | |
| 1/6/2024 9:43 | 30685 | $133.00 | |
| 1/6/2024 2:52 | 30677 | $250.00 | |
| 1/6/2024 1:49 | 30675 | $10.00 | |
| 1/6/2024 1:17 | 30674 | $20.00 | |
| 1/5/2024 22:39 | 30669 | $20.00 | |
| 1/5/2024 16:18 | 30655 | $220.00 | |
| 1/5/2024 16:09 | 30654 | $50.00 | |
| 1/5/2024 14:35 | 30650 | $20.00 | |
| 1/5/2024 12:08 | 30642 | $23.00 | |
| 1/5/2024 9:55 | 30631 | $100.00 | |
| 1/4/2024 18:29 | 30608 | $10.00 | |
| 1/4/2024 14:04 | 30597 | $284.00 | |
| 1/4/2024 8:44 | 30572 | $100.00 | |
| 1/4/2024 1:18 | 30556 | $100.00 | |
| 1/3/2024 23:11 | 30552 | $10.00 | |
| 1/3/2024 15:21 | 30534 | $50.00 | |
| 1/3/2024 6:06 | 30508 | $50.00 | |
| 1/3/2024 4:03 | 30504 | $14.00 | |
| 1/3/2024 0:56 | 30497 | $10.00 | |
| 1/2/2024 15:18 | 30479 | $100.00 | |
| 1/2/2024 12:17 | 30461 | $20.00 | |
| 1/2/2024 11:53 | 30460 | $488.00 | |
| 1/2/2024 8:07 | 30451 | $25.00 | |
| 1/2/2024 7:09 | 30444 | $10.00 | |
| 1/1/2024 15:34 | 30414 | $94.00 | |
| 1/1/2024 12:43 | 30401 | $10.00 | |
| 1/1/2024 11:02 | 30397 | $10.00 | |
| 1/1/2024 10:41 | 30393 | $50.00 | |
| 1/1/2024 10:34 | 30390 | $100.00 | |
| 1/1/2024 8:37 | 30386 | $10.00 | |
| 1/1/2024 3:47 | 30369 | $100.00 | |
| 1/1/2024 1:34 | 30359 | $19.00 | |
| 12/31/2023 23:14 | 30354 | $25.00 | |
| 12/31/2023 22:38 | 30351 | $100.00 | |
| 12/31/2023 22:13 | 30348 | $100.00 | |
| 12/31/2023 21:41 | 30343 | $50.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 12/31/2023 21:39 | 30342 | $100.00 | |
| 12/31/2023 21:17 | 30337 | $300.00 | |
| 12/31/2023 19:46 | 30327 | $50.00 | |
| 12/31/2023 19:00 | 30316 | $50.00 | |
| 12/31/2023 18:58 | 30315 | $50.00 | |
| 12/31/2023 18:28 | 30313 | $20.00 | |
| 12/31/2023 17:21 | 30307 | $50.00 | |
| 12/31/2023 17:17 | 30306 | $20.00 | |
| 12/31/2023 17:07 | 30300 | $100.00 | |
| 12/31/2023 16:52 | 30298 | $100.00 | |
| 12/31/2023 16:28 | 30295 | $20.00 | |
| 12/31/2023 16:04 | 30290 | $50.00 | |
| 12/31/2023 16:03 | 30289 | $500.00 | |
| 12/31/2023 15:45 | 30285 | $25.00 | |
| 12/31/2023 15:38 | 30284 | $20.00 | |
| 12/31/2023 15:18 | 30271 | $50.00 | |
| 12/31/2023 14:39 | 30245 | $50.00 | |
| 12/31/2023 14:33 | 30244 | $100.00 | |
| 12/31/2023 14:00 | 30237 | $33.00 | |
| 12/31/2023 13:28 | 30235 | $25.00 | |
| 12/31/2023 13:26 | 30233 | $15.00 | |
| 12/31/2023 12:44 | 30218 | $10.00 | |
| 12/31/2023 12:29 | 30211 | $500.00 | |
| 12/31/2023 12:27 | 30210 | $100.00 | |
| 12/31/2023 12:23 | 30208 | $50.00 | |
| 12/31/2023 12:20 | 30207 | $15.00 | |
| 12/31/2023 12:11 | 30206 | $100.00 | |
| 12/31/2023 12:06 | 30202 | $100.00 | |
| 12/31/2023 12:01 | 30201 | $13.00 | |
| 12/31/2023 11:51 | 30197 | $50.00 | |
| 12/31/2023 11:47 | 30196 | $100.00 | |
| 12/31/2023 11:44 | 30195 | $50.00 | |
| 12/31/2023 11:43 | 30193 | $50.00 | |
| 12/31/2023 11:40 | 30192 | $25.00 | |
| 12/31/2023 11:38 | 30191 | $500.00 | |
| 12/31/2023 11:36 | 30190 | $20.00 | |
| 12/31/2023 11:34 | 30188 | $20.00 | |
| 12/31/2023 11:32 | 30187 | $20.00 | |
| 12/31/2023 11:31 | 30186 | $25.00 | |
| 12/31/2023 11:27 | 30185 | $50.00 | |
| 12/31/2023 11:20 | 30183 | $25.00 | |
| 12/31/2023 9:19 | 30160 | $750.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 12/31/2023 3:03 | 30132 | $50.00 | |
| 12/30/2023 20:37 | 30117 | $20.00 | |
| 12/30/2023 17:57 | 30116 | $5,000.00 | |
| 12/30/2023 13:21 | 30113 | $20.00 | |
| 12/30/2023 11:47 | 30112 | $200.00 | |
| 12/30/2023 3:40 | 30108 | $25.00 | |
| 12/29/2023 19:30 | 30103 | $10.00 | |
| 12/29/2023 19:26 | 30102 | $10.00 | |
| 12/29/2023 19:22 | 30101 | $35.00 | |
| 12/29/2023 16:47 | 30096 | $35.00 | |
| 12/29/2023 13:37 | 30088 | $100.00 | |
| 12/29/2023 12:51 | 30086 | $22.00 | |
| 12/29/2023 12:44 | 30083 | $115.00 | |
| 12/29/2023 12:38 | 30082 | $115.00 | |
| 12/29/2023 12:27 | 30080 | $100.00 | |
| 12/29/2023 9:45 | 30075 | $15.00 | |
| 12/29/2023 4:42 | 30066 | $50.00 | |
| 12/29/2023 0:39 | 30063 | $100.00 | |
| 12/28/2023 22:01 | 30058 | $10.00 | |
| 12/28/2023 18:27 | 30049 | $200.00 | |
| 12/28/2023 18:11 | 30048 | $55.00 | |
| 12/28/2023 18:06 | 30047 | $500.00 | |
| 12/28/2023 15:57 | 30044 | $50.00 | |
| 12/28/2023 11:57 | 30036 | $11.00 | |
| 12/28/2023 9:46 | 30030 | $100.00 | |
| 12/28/2023 7:31 | 30027 | $10.00 | |
| 12/28/2023 6:01 | 30021 | $100.00 | |
| 12/28/2023 2:56 | 30020 | $20.00 | |
| 12/27/2023 21:23 | 30007 | $150.00 | |
| 12/27/2023 13:01 | 29947 | $100.00 | |
| 12/27/2023 10:17 | 29933 | $10.00 | |
| 12/27/2023 9:41 | 29930 | $50.00 | |
| 12/27/2023 7:04 | 29923 | $50.00 | |
| 12/26/2023 19:03 | 29907 | $10.00 | |
| 12/25/2023 21:55 | 29842 | $50.00 | |
| 12/25/2023 14:26 | 29835 | $1,200.00 | |
| 12/25/2023 14:01 | 29832 | $50.00 | |
| 12/25/2023 13:52 | 29831 | $50.00 | |
| 12/25/2023 6:56 | 29799 | $10.00 | |
| 12/24/2023 22:37 | 29772 | $20.00 | |
| 12/24/2023 17:08 | 29759 | $100.00 | |
| 12/24/2023 11:49 | 29734 | $50.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 12/24/2023 9:41 | 29723 | $25.00 |  |
| 12/24/2023 5:10 | 29715 | $10.00 | |
| 12/23/2023 19:39 | 29700 | $15.00 | |
| 12/23/2023 18:49 | 29699 | $20.00 | |
| 12/23/2023 11:40 | 29677 | $30.00 | |
| 12/23/2023 6:03 | 29660 | $20.00 | |
| 12/23/2023 0:27 | 29651 | $50.00 | |
| 12/22/2023 20:12 | 29646 | $30.00 | |
| 12/22/2023 19:08 | 29644 | $30.00 | |
| 12/22/2023 17:58 | 29642 | $20.00 | |
| 12/22/2023 14:59 | 29634 | $23.00 | |
| 12/22/2023 14:48 | 29633 | $20.00 | |
| 12/22/2023 11:44 | 29624 | $250.00 | |
| 12/22/2023 11:26 | 29622 | $25.00 | |
| 12/22/2023 10:43 | 29617 | $10.00 | |
| 12/22/2023 8:59 | 29606 | $30.00 | |
| 12/22/2023 8:59 | 29604 | $49.16 | |
| 12/22/2023 6:23 | 29599 | $25.00 | |
| 12/22/2023 5:54 | 29598 | $100.00 | |
| 12/22/2023 5:51 | 29597 | $100.00 | |
| 12/21/2023 21:52 | 29579 | $20.00 | |
| 12/21/2023 20:29 | 29574 | $10.00 | |
| 12/21/2023 18:45 | 29571 | $25.00 | |
| 12/21/2023 18:02 | 29570 | $1,000.00 | |
| 12/21/2023 15:32 | 29561 | $50.00 | |
| 12/21/2023 15:20 | 29558 | $250.00 | |
| 12/21/2023 12:07 | 29551 | $50.00 | |
| 12/21/2023 10:53 | 29544 | $50.00 | |
| 12/21/2023 9:43 | 29542 | $400.00 | |
| 12/21/2023 8:13 | 29538 | $25.00 | |
| 12/21/2023 6:32 | 29534 | $10.00 | |
| 12/21/2023 3:18 | 29528 | $50.00 | |
| 12/21/2023 0:40 | 29526 | $150.00 | |
| 12/21/2023 0:11 | 29525 | $50.00 | |
| 12/21/2023 0:08 | 29523 | $50.00 | |
| 12/20/2023 23:04 | 29521 | $100.00 | |
| 12/20/2023 20:54 | 29520 | $25.00 | |
| 12/20/2023 20:32 | 29516 | $100.00 | |
| 12/20/2023 19:52 | 29515 | $10.00 | |
| 12/20/2023 19:46 | 29514 | $100.00 | |
| 12/20/2023 17:48 | 29509 | $64.50 | |
| 12/20/2023 15:26 | 29501 | $20.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 12/20/2023 10:18 | 29467 | $15.00 | |
| 12/20/2023 7:29 | 29463 | $10.00 | |
| 12/20/2023 7:07 | 29460 | $10.00 | |
| 12/20/2023 3:27 | 29453 | $50.00 | |
| 12/20/2023 2:30 | 29450 | $25.00 | |
| 12/19/2023 14:10 | 29434 | $100.00 | |
| 12/19/2023 8:08 | 29417 | $100.00 | |
| 12/19/2023 8:07 | 29416 | $50.00 | |
| 12/19/2023 6:50 | 29414 | $20.00 | |
| 12/19/2023 5:46 | 29412 | $25.00 | |
| 12/19/2023 3:21 | 29410 | $300.00 | |
| 12/18/2023 12:08 | 29383 | $500.00 | |
| 12/18/2023 10:47 | 29381 | $50.00 | |
| 12/18/2023 9:46 | 29377 | $100.00 | |
| 12/18/2023 9:02 | 29374 | $20.00 | |
| 12/18/2023 8:03 | 29371 | $15.00 | |
| 12/18/2023 1:26 | 29359 | $10.00 | |
| 12/18/2023 0:22 | 29358 | $10.00 | |
| 12/17/2023 20:29 | 29351 | $50.00 | |
| 12/17/2023 16:10 | 29344 | $7,000.00 | |
| 12/17/2023 10:38 | 29330 | $1,000.00 | |
| 12/17/2023 9:58 | 29329 | $25.00 | |
| 12/17/2023 8:35 | 29322 | $100.00 | |
| 12/17/2023 4:18 | 29319 | $25.00 | |
| 12/17/2023 1:34 | 29313 | $20.00 | |
| 12/17/2023 0:55 | 29312 | $25.00 | |
| 12/16/2023 19:48 | 29304 | $1,000.00 | |
| 12/16/2023 18:37 | 29298 | $25.00 | |
| 12/16/2023 18:31 | 29297 | $100.00 | |
| 12/16/2023 15:03 | 29290 | $65.00 | |
| 12/16/2023 14:39 | 29288 | $500.00 | |
| 12/16/2023 14:30 | 29286 | $100.00 | |
| 12/16/2023 14:27 | 29283 | $50.00 | |
| 12/16/2023 14:27 | 29282 | $50.00 | |
| 12/16/2023 14:27 | 29281 | $25.00 | |
| 12/16/2023 14:24 | 29280 | $50.00 | |
| 12/16/2023 14:23 | 29279 | $25.00 | |
| 12/16/2023 14:22 | 29277 | $50.00 | |
| 12/16/2023 14:05 | 29274 | $100.00 | |
| 12/16/2023 14:05 | 29273 | $100.00 | |
| 12/16/2023 14:05 | 29272 | $250.00 | |
| 12/16/2023 7:23 | 29259 | $100.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 12/16/2023 5:55 | 29257 | $35.00 | |
| 12/16/2023 3:35 | 29254 | $100.00 | |
| 12/16/2023 3:31 | 29253 | $75.00 | |
| 12/15/2023 21:12 | 29244 | $25.00 | |
| 12/15/2023 19:09 | 29241 | $23.00 | |
| 12/15/2023 17:57 | 29237 | $100.00 | |
| 12/15/2023 17:29 | 29235 | $25.00 | |
| 12/15/2023 16:31 | 29229 | $50.00 | |
| 12/15/2023 9:29 | 29215 | $36.00 | |
| 12/15/2023 7:31 | 29209 | $100.00 | |
| 12/15/2023 6:56 | 29207 | $50.00 | |
| 12/15/2023 5:20 | 29206 | $30.00 | |
| 12/14/2023 20:24 | 29198 | $500.00 | |
| 12/14/2023 16:50 | 29193 | $50.00 | |
| 12/14/2023 14:17 | 29183 | $250.00 | |
| 12/14/2023 11:55 | 29178 | $11.00 | |
| 12/14/2023 9:52 | 29172 | $100.00 | |
| 12/14/2023 9:49 | 29171 | $37.31 | |
| 12/14/2023 9:13 | 29169 | $33.33 | |
| 12/14/2023 8:40 | 29167 | $1,000.00 | |
| 12/14/2023 6:43 | 29163 | $15.00 | |
| 12/14/2023 4:32 | 29156 | $100.00 | |
| 12/13/2023 16:00 | 29138 | $500.00 | |
| 12/13/2023 13:17 | 29126 | $400.00 | |
| 12/13/2023 12:02 | 29121 | $100.00 | |
| 12/13/2023 10:40 | 29117 | $50.00 | |
| 12/13/2023 9:57 | 29114 | $25.00 | |
| 12/13/2023 9:37 | 29113 | $200.00 | |
| 12/12/2023 22:58 | 29100 | $100.00 | |
| 12/12/2023 20:13 | 29096 | $100.00 | |
| 12/12/2023 17:54 | 29085 | $100.00 | |
| 12/12/2023 17:39 | 29083 | $50.00 | |
| 12/12/2023 16:45 | 29078 | $20.00 | |
| 12/12/2023 12:51 | 29073 | $250.00 | |
| 12/12/2023 12:24 | 29072 | $20.00 | |
| 12/12/2023 12:15 | 29071 | $20.00 | |
| 12/12/2023 11:27 | 29068 | $250.00 | |
| 12/12/2023 10:41 | 29067 | $50.00 | |
| 12/12/2023 1:44 | 29058 | $50.00 | |
| 12/11/2023 18:29 | 29045 | $50.00 | |
| 12/11/2023 12:50 | 29034 | $1,000.00 | |
| 12/11/2023 10:15 | 29021 | $62.15 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 12/11/2023 1:56 | 29013 | $100.00 | |
| 12/10/2023 22:54 | 29010 | $70.00 | |
| 12/10/2023 22:32 | 29009 | $100.00 | |
| 12/10/2023 22:17 | 29008 | $10.00 | |
| 12/10/2023 15:40 | 28988 | $400.00 | |
| 12/10/2023 14:36 | 28985 | $10.00 | |
| 12/10/2023 8:45 | 28968 | $35.00 | |
| 12/10/2023 4:01 | 28962 | $15.00 | |
| 12/9/2023 22:15 | 28958 | $160.00 | |
| 12/9/2023 22:12 | 28957 | $16.00 | |
| 12/9/2023 21:33 | 28955 | $20.00 | |
| 12/9/2023 19:26 | 28951 | $25.00 | |
| 12/9/2023 13:16 | 28934 | $250.00 | |
| 12/9/2023 11:18 | 28930 | $15.00 | |
| 12/9/2023 9:39 | 28929 | $50.00 | |
| 12/8/2023 16:25 | 28915 | $20.00 | |
| 12/8/2023 11:01 | 28907 | $2,000.00 | |
| 12/8/2023 8:25 | 28904 | $19.00 | |
| 12/8/2023 4:34 | 28898 | $50.00 | |
| 12/7/2023 17:21 | 28887 | $50.00 | |
| 12/7/2023 15:09 | 28882 | $10.00 | |
| 12/7/2023 10:55 | 28872 | $100.00 | |
| 12/7/2023 6:30 | 28867 | $30.00 | |
| 12/6/2023 14:44 | 28840 | $10.00 | |
| 12/6/2023 6:08 | 28828 | $50.00 | |
| 12/6/2023 6:05 | 28827 | $20.00 | |
| 12/5/2023 17:10 | 28804 | $230.00 | |
| 12/5/2023 10:37 | 28788 | $300.00 | |
| 12/5/2023 8:14 | 28781 | $15.00 | |
| 12/5/2023 6:29 | 28778 | $25.00 | |
| 12/5/2023 1:18 | 28766 | $17.00 | |
| 12/4/2023 9:13 | 28726 | $1,000.00 | |
| 12/3/2023 23:24 | 28707 | $100.00 | |
| 12/3/2023 20:36 | 28701 | $50.00 | |
| 12/3/2023 15:06 | 28687 | $20.00 | |
| 12/3/2023 13:06 | 28685 | $25.00 | |
| 12/3/2023 7:10 | 28670 | $50.00 | |
| 12/3/2023 1:12 | 28662 | $15.00 | |
| 12/2/2023 12:39 | 28628 | $50.00 | |
| 12/2/2023 11:41 | 28621 | $250.00 | |
| 12/1/2023 19:46 | 28582 | $10.00 | |
| 12/1/2023 16:49 | 28574 | $1,000.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 12/1/2023 15:55 | 28570 | $11.00 | |
| 12/1/2023 15:14 | 28567 | $50.00 | |
| 12/1/2023 14:16 | 28565 | $41.50 | |
| 12/1/2023 10:21 | 28548 | $10.00 | |
| 12/1/2023 9:14 | 28545 | $100.00 | |
| 12/1/2023 7:37 | 28540 | $100.00 | |
| 12/1/2023 4:54 | 28533 | $100.00 | |
| 12/1/2023 3:01 | 28526 | $22.00 | |
| 11/30/2023 21:53 | 28508 | $1,409.00 | |
| 11/30/2023 17:15 | 28480 | $50.00 | |
| 11/30/2023 15:07 | 28452 | $20.00 | |
| 11/30/2023 11:43 | 28392 | $34.50 | |
| 11/30/2023 9:56 | 28373 | $200.00 | |
| 11/30/2023 9:16 | 28362 | $20.00 | |
| 11/30/2023 7:54 | 28355 | $26.00 | |
| 11/30/2023 5:04 | 28340 | $500.00 | |
| 11/30/2023 2:46 | 28326 | $25.00 | |
| 11/29/2023 20:41 | 28314 | $20.00 | |
| 11/29/2023 18:08 | 28312 | $250.00 | |
| 11/29/2023 18:07 | 28311 | $11.00 | |
| 11/29/2023 17:26 | 28309 | $10.00 | |
| 11/29/2023 15:48 | 28297 | $50.00 | |
| 11/29/2023 12:55 | 28288 | $35.00 | |
| 11/29/2023 9:14 | 28280 | $25.00 | |
| 11/29/2023 1:05 | 28271 | $20.00 | |
| 11/28/2023 19:58 | 28258 | $750.00 | |
| 11/28/2023 18:08 | 28257 | $400.00 | |
| 11/28/2023 15:15 | 28253 | $25.00 | |
| 11/28/2023 14:24 | 28250 | $50.00 | |
| 11/28/2023 12:24 | 28243 | $10.00 | |
| 11/28/2023 8:57 | 28236 | $24.00 | |
| 11/28/2023 6:03 | 28229 | $100.00 | |
| 11/27/2023 22:32 | 28217 | $40.00 | |
| 11/27/2023 22:26 | 28215 | $100.00 | |
| 11/27/2023 18:17 | 28191 | $10.00 | |
| 11/27/2023 17:47 | 28190 | $250.00 | |
| 11/27/2023 17:38 | 28187 | $10.00 | |
| 11/27/2023 14:00 | 28151 | $10.00 | |
| 11/27/2023 13:59 | 28147 | $50.00 | |
| 11/27/2023 13:20 | 28138 | $26.00 | |
| 11/27/2023 9:42 | 28124 | $2,500.00 | |
| 11/27/2023 4:56 | 28113 | $50.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 11/27/2023 0:31 | 28105 | $20.00 | |
| 11/27/2023 0:08 | 28104 | $15.00 | |
| 11/26/2023 20:49 | 28100 | $100.00 | |
| 11/26/2023 20:48 | 28099 | $50.00 | |
| 11/26/2023 19:20 | 28095 | $1,000.00 | |
| 11/26/2023 18:56 | 28088 | $100.00 | |
| 11/26/2023 14:47 | 28075 | $50.00 | |
| 11/26/2023 14:36 | 28073 | $100.00 | |
| 11/26/2023 14:23 | 28072 | $50.00 | |
| 11/26/2023 11:44 | 28061 | $50.00 | |
| 11/26/2023 9:59 | 28055 | $50.00 | |
| 11/26/2023 7:13 | 28051 | $137.00 | |
| 11/26/2023 5:44 | 28048 | $10.00 | |
| 11/26/2023 2:16 | 28045 | $20.00 | |
| 11/25/2023 22:16 | 28041 | $100.00 | |
| 11/25/2023 21:16 | 28040 | $50.00 | |
| 11/25/2023 20:25 | 28038 | $250.00 | |
| 11/25/2023 18:47 | 28035 | $10.00 | |
| 11/25/2023 18:13 | 28034 | $20.00 | |
| 11/25/2023 18:03 | 28033 | $10.00 | |
| 11/25/2023 16:16 | 28022 | $300.00 | |
| 11/25/2023 15:30 | 28018 | $10.00 | |
| 11/25/2023 15:05 | 28016 | $10.00 | |
| 11/25/2023 15:04 | 28015 | $30.00 | |
| 11/25/2023 15:03 | 28013 | $50.00 | |
| 11/25/2023 14:57 | 28011 | $100.00 | |
| 11/25/2023 14:33 | 28009 | $20.00 | |
| 11/25/2023 13:45 | 28002 | $50.00 | |
| 11/25/2023 13:40 | 28000 | $1,000.00 | |
| 11/25/2023 13:35 | 27999 | $10.00 | |
| 11/25/2023 13:34 | 27998 | $20.00 | |
| 11/25/2023 13:32 | 27997 | $100.00 | |
| 11/25/2023 13:30 | 27996 | $40.00 | |
| 11/25/2023 13:30 | 27995 | $100.00 | |
| 11/25/2023 13:29 | 27994 | $100.00 | |
| 11/25/2023 13:29 | 27993 | $100.00 | |
| 11/25/2023 13:29 | 27992 | $20.00 | |
| 11/25/2023 13:29 | 27991 | $50.00 | |
| 11/25/2023 13:28 | 27990 | $100.00 | |
| 11/25/2023 13:28 | 27989 | $100.00 | |
| 11/25/2023 13:27 | 27988 | $20.00 | |
| 11/25/2023 13:27 | 27987 | $10.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 11/25/2023 13:26 | 27986 | $10.00 | |
| 11/25/2023 13:24 | 27984 | $100.00 | |
| 11/25/2023 1:33 | 27932 | $50.00 | |
| 11/24/2023 21:03 | 27921 | $50.00 | |
| 11/24/2023 20:50 | 27920 | $20.00 | |
| 11/24/2023 19:51 | 27916 | $25.00 | |
| 11/24/2023 13:40 | 27895 | $22.00 | |
| 11/23/2023 17:18 | 27862 | $100.00 | |
| 11/23/2023 16:19 | 27860 | $100.00 | |
| 11/23/2023 10:12 | 27827 | $100.00 | |
| 11/23/2023 9:55 | 27825 | $50.00 | |
| 11/23/2023 6:31 | 27818 | $50.00 | |
| 11/23/2023 3:25 | 27814 | $100.00 | |
| 11/23/2023 2:34 | 27813 | $50.00 | |
| 11/23/2023 0:14 | 27807 | $50.00 | |
| 11/22/2023 21:20 | 27804 | $80.00 | |
| 11/22/2023 18:17 | 27797 | $100.00 | |
| 11/22/2023 13:14 | 27775 | $40.00 | |
| 11/22/2023 13:10 | 27773 | $100.00 | |
| 11/22/2023 10:02 | 27737 | $50.00 | |
| 11/22/2023 9:52 | 27735 | $100.00 | |
| 11/22/2023 6:18 | 27725 | $200.00 | |
| 11/22/2023 5:42 | 27724 | $50.00 | |
| 11/22/2023 5:03 | 27721 | $100.00 | |
| 11/21/2023 22:34 | 27711 | $50.00 | |
| 11/21/2023 21:16 | 27708 | $50.00 | |
| 11/21/2023 17:16 | 27704 | $10.00 | |
| 11/21/2023 14:05 | 27698 | $200.00 | |
| 11/21/2023 12:05 | 27688 | $15.00 | |
| 11/21/2023 10:14 | 27680 | $50.00 | |
| 11/21/2023 7:45 | 27669 | $100.00 | |
| 11/21/2023 5:08 | 27663 | $50.00 | |
| 11/21/2023 3:36 | 27660 | $200.00 | |
| 11/20/2023 23:22 | 27655 | $10.00 | |
| 11/20/2023 19:08 | 27650 | $100.00 | |
| 11/20/2023 15:42 | 27641 | $50.00 | |
| 11/20/2023 14:26 | 27635 | $36.00 | |
| 11/20/2023 12:55 | 27632 | $50.00 | |
| 11/20/2023 9:07 | 27624 | $20.00 | |
| 11/20/2023 4:12 | 27610 | $10.00 | |
| 11/19/2023 23:34 | 27603 | $176.00 | |
| 11/19/2023 23:07 | 27601 | $50.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 11/19/2023 23:05 | 27600 | $50.00 | |
| 11/19/2023 22:46 | 27599 | $50.00 | |
| 11/19/2023 18:11 | 27587 | $12.00 | |
| 11/19/2023 14:13 | 27580 | $100.00 | |
| 11/19/2023 12:22 | 27571 | $750.00 | |
| 11/19/2023 9:13 | 27562 | $100.00 | |
| 11/19/2023 0:59 | 27554 | $19.00 | |
| 11/18/2023 23:53 | 27552 | $100.00 | |
| 11/18/2023 20:42 | 27547 | $100.00 | |
| 11/18/2023 20:24 | 27546 | $500.00 | |
| 11/18/2023 20:00 | 27545 | $50.00 | |
| 11/18/2023 18:38 | 27543 | $100.00 | |
| 11/18/2023 18:14 | 27541 | $100.00 | |
| 11/18/2023 15:58 | 27536 | $50.00 | |
| 11/18/2023 14:55 | 27535 | $100.00 | |
| 11/18/2023 14:11 | 27534 | $10.00 | |
| 11/18/2023 14:06 | 27531 | $10.00 | |
| 11/18/2023 12:55 | 27523 | $20.00 | |
| 11/18/2023 12:10 | 27521 | $25.00 | |
| 11/18/2023 12:00 | 27520 | $200.00 | |
| 11/18/2023 11:07 | 27517 | $500.00 | |
| 11/18/2023 10:49 | 27516 | $50.00 | |
| 11/18/2023 10:38 | 27515 | $25.00 | |
| 11/18/2023 10:36 | 27514 | $500.00 | |
| 11/18/2023 10:15 | 27512 | $20.00 | |
| 11/18/2023 10:00 | 27510 | $50.00 | |
| 11/18/2023 9:50 | 27507 | $25.00 | |
| 11/18/2023 9:48 | 27506 | $50.00 | |
| 11/18/2023 9:44 | 27505 | $50.00 | |
| 11/18/2023 9:21 | 27504 | $26.20 | |
| 11/18/2023 9:05 | 27502 | $10.00 | |
| 11/18/2023 8:57 | 27501 | $100.00 | |
| 11/18/2023 8:53 | 27500 | $15.00 | |
| 11/17/2023 13:52 | 27469 | $50.00 | |
| 11/17/2023 13:51 | 27468 | $100.00 | |
| 11/17/2023 8:17 | 27450 | $23.00 | |
| 11/17/2023 3:23 | 27443 | $10.00 | |
| 11/16/2023 13:03 | 27417 | $50.00 | |
| 11/16/2023 11:59 | 27414 | $30.00 | |
| 11/16/2023 8:12 | 27406 | $13.00 | |
| 11/15/2023 20:06 | 27399 | $20.00 | |
| 11/15/2023 10:40 | 27387 | $50.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 11/14/2023 23:46 | 27382 | $20.00 | |
| 11/14/2023 22:34 | 27381 | $10.00 | |
| 11/14/2023 11:30 | 27363 | $50.00 | |
| 11/14/2023 9:38 | 27360 | $100.00 | |
| 11/14/2023 3:19 | 27349 | $50.00 | |
| 11/14/2023 0:17 | 27345 | $15.00 | |
| 11/13/2023 15:28 | 27325 | $100.00 | |
| 11/13/2023 13:16 | 27315 | $100.00 | |
| 11/13/2023 12:43 | 27314 | $250.00 | |
| 11/12/2023 23:01 | 27290 | $100.00 | |
| 11/12/2023 16:06 | 27282 | $50.00 | |
| 11/12/2023 15:54 | 27281 | $20.00 | |
| 11/12/2023 13:45 | 27276 | $100.00 | |
| 11/12/2023 10:21 | 27271 | $200.00 | |
| 11/12/2023 8:56 | 27269 | $750.00 | |
| 11/11/2023 23:10 | 27255 | $150.00 | |
| 11/11/2023 15:22 | 27246 | $20.00 | |
| 11/11/2023 14:08 | 27244 | $15.00 | |
| 11/11/2023 13:14 | 27241 | $50.00 | |
| 11/11/2023 8:48 | 27224 | $10.00 | |
| 11/10/2023 22:01 | 27211 | $50.00 | |
| 11/10/2023 19:11 | 27207 | $28.00 | |
| 11/10/2023 19:09 | 27206 | $30.00 | |
| 11/10/2023 17:12 | 27200 | $28.00 | |
| 11/10/2023 15:41 | 27194 | $100.00 | |
| 11/10/2023 14:23 | 27188 | $100.00 | |
| 11/10/2023 13:44 | 27184 | $250.00 | |
| 11/10/2023 13:08 | 27182 | $50.00 | |
| 11/10/2023 13:01 | 27181 | $15.00 | |
| 11/10/2023 12:45 | 27179 | $50.00 | |
| 11/10/2023 12:44 | 27178 | $50.00 | |
| 11/10/2023 12:39 | 27177 | $15.00 | |
| 11/10/2023 11:42 | 27173 | $200.00 | |
| 11/10/2023 10:12 | 27168 | $25.00 | |
| 11/10/2023 7:02 | 27159 | $140.00 | |
| 11/9/2023 15:48 | 27133 | $50.00 | |
| 11/9/2023 14:54 | 27132 | $50.00 | |
| 11/9/2023 11:11 | 27103 | $50.00 | |
| 11/8/2023 17:41 | 27088 | $100.00 | |
| 11/8/2023 12:32 | 27079 | $50.00 | |
| 11/8/2023 2:41 | 27065 | $10.00 | |
| 11/7/2023 17:48 | 27044 | $35.00 | |

| Date | Order # | Deposit | Contributor |
|---|---|---|---|
| 11/7/2023 17:36 | 27043 | $12.00 | |
| 11/7/2023 16:11 | 27035 | $100.00 | |
| 11/6/2023 21:56 | 27008 | $50.00 | |
| 11/6/2023 18:08 | 27003 | $43.00 | |
| 11/6/2023 16:06 | 26993 | $100.00 | |
| 11/6/2023 10:25 | 26975 | $50.00 | |
| 11/6/2023 6:54 | 26969 | $100.00 | |
| 11/6/2023 6:11 | 26967 | $25.00 | |
| 11/6/2023 5:36 | 26965 | $35.00 | |
| 11/5/2023 18:37 | 26948 | $190.00 | |
| 11/5/2023 16:00 | 26942 | $10.00 | |
| 11/5/2023 15:27 | 26940 | $25.00 | |
| 11/5/2023 15:03 | 26939 | $25.00 | |
| 11/5/2023 14:50 | 26936 | $150.00 | |
| 11/5/2023 13:40 | 26930 | $50.00 | |
| 11/5/2023 12:18 | 26922 | $20.00 | |
| 11/5/2023 11:51 | 26920 | $750.00 | |
| 11/5/2023 10:05 | 26915 | $20.00 | |
| 11/5/2023 9:53 | 26914 | $10.00 | |
| 11/5/2023 9:40 | 26912 | $100.00 | |
| 11/5/2023 9:22 | 26910 | $50.00 | |
| 11/5/2023 8:40 | 26908 | $75.00 | |
| 11/5/2023 8:37 | 26907 | $100.00 | |
| 11/5/2023 7:15 | 26906 | $50.00 | |
| 11/5/2023 6:50 | 26903 | $10.00 | |
| 11/4/2023 9:43 | 26852 | $50.00 | |
| 11/3/2023 20:02 | 26825 | $100.00 | |
| 11/3/2023 14:23 | 26809 | $20.00 | |
| 11/3/2023 12:36 | 26804 | $1,000.00 | |
| 11/3/2023 11:24 | 26801 | $50.00 | |
| 11/3/2023 10:10 | 26798 | $100.00 | |
| 11/3/2023 8:45 | 26795 | $300.00 | |
| 11/3/2023 8:31 | 26793 | $35.00 | |
| 11/3/2023 8:16 | 26792 | $20,000.00 | |
| 11/2/2023 23:04 | 26775 | $50.00 | |
| 11/2/2023 14:50 | 26751 | $20.00 | |
| 11/2/2023 12:19 | 26735 | $100.00 | |
| 11/2/2023 11:26 | 26728 | $10.00 | |
| 11/2/2023 7:05 | 26718 | $50.00 | |
| 11/1/2023 23:06 | 26701 | $50.00 | |
| 11/1/2023 20:54 | 26693 | $10.00 | |
| 11/1/2023 19:36 | 26689 | $100.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 11/1/2023 15:22 | 26672 | $100.00 |  |
| 11/1/2023 9:23 | 26651 | $200.00 | |
| 11/1/2023 6:13 | 26643 | $50.00 | |
| 10/31/2023 14:42 | 26529 | $124.00 | |
| 10/30/2023 17:55 | 26420 | $100.00 | |
| 10/30/2023 17:50 | 26419 | $92.00 | |
| 10/30/2023 9:25 | 26415 | $50.00 | |
| 10/30/2023 5:30 | 26413 | $242.00 | |
| 10/29/2023 15:52 | 26402 | $32.00 | |
| 10/29/2023 1:32 | 26377 | $10.00 | |
| 10/28/2023 7:56 | 26354 | $100.00 | |
| 10/27/2023 19:59 | 26321 | $50.00 | |
| 10/27/2023 15:34 | 26295 | $12.00 | |
| 10/27/2023 13:50 | 26277 | $25.00 | |
| 10/27/2023 9:57 | 26263 | $300.00 | |
| 10/27/2023 9:49 | 26261 | $50.00 | |
| 10/27/2023 9:13 | 26257 | $24.00 | |
| 10/27/2023 9:10 | 26256 | $50.00 | |
| 10/27/2023 9:08 | 26255 | $50.00 | |
| 10/27/2023 4:11 | 26246 | $50.00 | |
| 10/27/2023 2:07 | 26242 | $50.00 | |
| 10/27/2023 1:05 | 26240 | $63.00 | |
| 10/27/2023 0:15 | 26239 | $35.00 | |
| 10/26/2023 21:43 | 26235 | $100.00 | |
| 10/26/2023 20:26 | 26232 | $50.00 | |
| 10/26/2023 19:58 | 26229 | $50.00 | |
| 10/26/2023 18:42 | 26226 | $100.00 | |
| 10/26/2023 18:04 | 26225 | $50.00 | |
| 10/26/2023 17:44 | 26221 | $50.00 | |
| 10/26/2023 17:37 | 26213 | $12.00 | |
| 10/26/2023 15:46 | 26196 | $10.00 | |
| 10/26/2023 14:27 | 26192 | $100.00 | |
| 10/26/2023 14:08 | 26191 | $150.00 | |
| 10/26/2023 13:21 | 26187 | $10.00 | |
| 10/26/2023 13:20 | 26186 | $100.00 | |
| 10/26/2023 12:40 | 26182 | $100.00 | |
| 10/26/2023 12:39 | 26181 | $20.00 | |
| 10/26/2023 11:45 | 26175 | $30.00 | |
| 10/26/2023 6:00 | 26167 | $200.00 | |
| 10/26/2023 2:38 | 26162 | $50.00 | |
| 10/25/2023 21:36 | 26158 | $20.00 | |
| 10/25/2023 19:48 | 26154 | $100.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 10/25/2023 18:41 | 26152 | $100.00 | |
| 10/24/2023 20:14 | 26087 | $30.00 | |
| 10/24/2023 16:01 | 26075 | $20.00 | |
| 10/24/2023 12:08 | 26061 | $10.00 | |
| 10/24/2023 7:33 | 26050 | $1,200.00 | |
| 10/24/2023 4:15 | 26046 | $10.00 | |
| 10/23/2023 19:34 | 26036 | $10.00 | |
| 10/23/2023 9:11 | 26002 | $25.00 | |
| 10/23/2023 6:22 | 25994 | $100.00 | |
| 10/23/2023 6:07 | 25993 | $250.00 | |
| 10/22/2023 23:17 | 25981 | $117.00 | |
| 10/22/2023 21:20 | 25979 | $100.00 | |
| 10/22/2023 19:43 | 25975 | $100.00 | |
| 10/22/2023 15:39 | 25965 | $50.00 | |
| 10/22/2023 12:47 | 25960 | $20.00 | |
| 10/22/2023 0:56 | 25928 | $10.00 | |
| 10/21/2023 22:27 | 25923 | $50.00 | |
| 10/21/2023 22:18 | 25921 | $80.00 | |
| 10/21/2023 21:19 | 25919 | $387.00 | |
| 10/21/2023 20:12 | 25918 | $100.00 | |
| 10/21/2023 18:06 | 25916 | $400.00 | |
| 10/21/2023 16:41 | 25913 | $50.00 | |
| 10/21/2023 16:30 | 25912 | $50.00 | |
| 10/21/2023 15:30 | 25909 | $100.00 | |
| 10/21/2023 15:28 | 25908 | $22.22 | |
| 10/21/2023 15:16 | 25906 | $100.00 | |
| 10/21/2023 15:10 | 25905 | $53.00 | |
| 10/21/2023 15:10 | 25904 | $25.00 | |
| 10/21/2023 15:06 | 25901 | $20.00 | |
| 10/21/2023 15:05 | 25900 | $50.00 | |
| 10/21/2023 14:30 | 25898 | $265.00 | |
| 10/21/2023 14:25 | 25897 | $250.00 | |
| 10/21/2023 14:18 | 25895 | $50.00 | |
| 10/21/2023 14:15 | 25893 | $50.00 | |
| 10/21/2023 14:04 | 25891 | $100.00 | |
| 10/21/2023 13:50 | 25886 | $500.00 | |
| 10/21/2023 13:48 | 25885 | $50.00 | |
| 10/21/2023 13:48 | 25884 | $20.00 | |
| 10/21/2023 13:40 | 25883 | $100.00 | |
| 10/21/2023 13:40 | 25882 | $10.00 | |
| 10/21/2023 13:40 | 25881 | $10.00 | |
| 10/21/2023 13:39 | 25879 | $100.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 10/21/2023 13:39 | 25878 | $50.00 | |
| 10/21/2023 13:38 | 25877 | $50.00 | |
| 10/21/2023 13:38 | 25876 | $100.00 | |
| 10/21/2023 13:38 | 25875 | $50.00 | |
| 10/21/2023 13:37 | 25874 | $100.00 | |
| 10/21/2023 13:37 | 25873 | $10.00 | |
| 10/21/2023 13:36 | 25872 | $20.00 | |
| 10/21/2023 1:40 | 25838 | $50.00 | |
| 10/21/2023 1:11 | 25837 | $28.00 | |
| 10/21/2023 0:32 | 25835 | $100.00 | |
| 10/21/2023 0:19 | 25832 | $10.00 | |
| 10/20/2023 17:08 | 25814 | $20.00 | |
| 10/20/2023 13:24 | 25799 | $50.00 | |
| 10/20/2023 13:21 | 25798 | $40.00 | |
| 10/20/2023 10:22 | 25794 | $15.00 | |
| 10/20/2023 9:51 | 25793 | $50.00 | |
| 10/19/2023 9:18 | 25756 | $10,000.00 | |
| 10/20/2023 5:22 | 25775 | $50.00 | |
| 10/20/2023 1:57 | 25767 | $100.00 | |
| 10/19/2023 23:01 | 25762 | $100.00 | |
| 10/19/2023 21:34 | 25757 | $200.00 | |
| 10/19/2023 20:45 | 25752 | $100.00 | |
| 10/19/2023 19:59 | 25745 | $500.00 | |
| 10/19/2023 19:34 | 25742 | $50.00 | |
| 10/19/2023 18:05 | 25741 | $25.00 | |
| 10/19/2023 16:55 | 25739 | $20.00 | |
| 10/19/2023 14:12 | 25718 | $25.00 | |
| 10/19/2023 13:55 | 25715 | $10.00 | |
| 10/19/2023 10:53 | 25706 | $10,000.00 | |
| 10/19/2023 9:19 | 25702 | $100.00 | |
| 10/19/2023 7:44 | 25699 | $100.00 | |
| 10/19/2023 6:02 | 25696 | $100.00 | |
| 10/18/2023 22:08 | 25691 | $25.00 | |
| 10/18/2023 17:47 | 25683 | $71.00 | |
| 10/18/2023 15:30 | 25681 | $100.00 | |
| 10/18/2023 0:07 | 25655 | $500.00 | |
| 10/17/2023 21:18 | 25646 | $1,000.00 | |
| 10/17/2023 13:22 | 25629 | $20.00 | |
| 10/17/2023 10:43 | 25622 | $100.00 | |
| 10/17/2023 9:31 | 25615 | $360.00 | |
| 10/16/2023 18:00 | 25589 | $22.00 | |
| 10/16/2023 17:29 | 25587 | $100.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 10/16/2023 14:14 | 25581 | $50.00 | |
| 10/16/2023 9:39 | 25574 | $20.00 | |
| 10/16/2023 8:44 | 25567 | $33.00 | |
| 10/16/2023 4:29 | 25563 | $50.00 | |
| 10/15/2023 22:50 | 25558 | $100.00 | |
| 10/15/2023 19:17 | 25551 | $20.00 | |
| 10/15/2023 15:53 | 25550 | $50.00 | |
| 10/15/2023 14:29 | 25547 | $50.00 | |
| 10/15/2023 13:41 | 25545 | $50.00 | |
| 10/14/2023 23:20 | 25532 | $10,000.00 | |
| 10/14/2023 11:11 | 25510 | $20.00 | |
| 10/14/2023 4:55 | 25501 | $50.00 | |
| 10/13/2023 17:21 | 25491 | $25.00 | |
| 10/13/2023 16:41 | 25487 | $146.00 | |
| 10/13/2023 16:38 | 25486 | $100.00 | |
| 10/13/2023 13:44 | 25476 | $20.00 | |
| 10/13/2023 10:17 | 25466 | $66.00 | |
| 10/12/2023 20:10 | 25444 | $23.00 | |
| 10/12/2023 20:08 | 25443 | $100.00 | |
| 10/12/2023 19:33 | 25442 | $124.00 | |
| 10/12/2023 10:03 | 25415 | $50.00 | |
| 10/12/2023 9:53 | 25414 | $20.00 | |
| 10/12/2023 9:24 | 25413 | $20.00 | |
| 10/12/2023 8:37 | 25408 | $100.00 | |
| 10/12/2023 5:46 | 25400 | $50.00 | |
| 10/11/2023 22:57 | 25395 | $10.00 | |
| 10/11/2023 19:57 | 25372 | $25.00 | |
| 10/11/2023 14:11 | 25356 | $50.00 | |
| 10/11/2023 13:39 | 25352 | $100.00 | |
| 10/11/2023 9:27 | 25338 | $20.00 | |
| 10/11/2023 2:52 | 25327 | $25.00 | |
| 10/10/2023 20:02 | 25321 | $50.00 | |
| 10/10/2023 16:06 | 25303 | $150.00 | |
| 10/10/2023 10:35 | 25288 | $100.00 | |
| 10/10/2023 10:09 | 25287 | $20.00 | |
| 10/9/2023 16:29 | 25204 | $10.00 | |
| 10/9/2023 15:30 | 25202 | $25.00 | |
| 10/9/2023 7:01 | 25183 | $100.00 | |
| 10/9/2023 4:45 | 25181 | $20.00 | |
| 10/8/2023 18:59 | 25174 | $385.00 | |
| 10/8/2023 17:14 | 25164 | $50.00 | |
| 10/8/2023 16:06 | 25162 | $50.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| **10/8/2023 15:02** | 25161 | $20.00 | |
| **10/8/2023 13:54** | 25157 | $30.00 | |
| **10/8/2023 13:13** | 25154 | $15.00 | |
| **10/8/2023 11:54** | 25151 | $65.00 | |
| **10/8/2023 11:28** | 25150 | $25.00 | |
| **10/8/2023 7:32** | 25144 | $10.00 | |
| **10/8/2023 6:44** | 25141 | $200.00 | |
| **10/8/2023 3:59** | 25140 | $10.00 | |
| **10/7/2023 20:28** | 25134 | $50.00 | |
| **10/7/2023 19:35** | 25133 | $50.00 | |
| **10/7/2023 19:03** | 25132 | $100.00 | |
| **10/7/2023 17:17** | 25127 | $50.00 | |
| **10/7/2023 16:55** | 25126 | $400.00 | |
| **10/7/2023 12:05** | 25115 | $100.00 | |
| **10/7/2023 12:04** | 25114 | $250.00 | |
| **10/7/2023 11:50** | 25113 | $50.00 | |
| **10/7/2023 11:32** | 25112 | $200.00 | |
| **10/7/2023 10:31** | 25110 | $250.00 | |
| **10/7/2023 9:37** | 25106 | $33.00 | |
| **10/7/2023 8:36** | 25104 | $15.00 | |
| **10/7/2023 8:17** | 25103 | $500.00 | |
| **10/7/2023 2:20** | 25097 | $50.00 | |
| **10/6/2023 22:16** | 25089 | $50.00 | |
| **10/6/2023 22:15** | 25088 | $50.00 | |
| **10/6/2023 21:29** | 25079 | $10.00 | |
| **10/6/2023 20:04** | 25076 | $20.00 | |
| **10/6/2023 20:03** | 25075 | $20.00 | |
| **10/6/2023 18:15** | 25067 | $100.00 | |
| **10/6/2023 14:24** | 25055 | $500.00 | |
| **10/6/2023 14:20** | 25054 | $10.00 | |
| **10/6/2023 13:16** | 25050 | $100.00 | |
| **10/6/2023 12:57** | 25047 | $12.00 | |
| **10/6/2023 12:53** | 25046 | $50.00 | |
| **10/6/2023 11:46** | 25040 | $100.00 | |
| **10/6/2023 11:08** | 25038 | $25.00 | |
| **10/6/2023 10:47** | 25037 | $20.00 | |
| **10/6/2023 9:49** | 25034 | $100.00 | |
| **10/6/2023 9:37** | 25032 | $100.00 | |
| **10/6/2023 9:36** | 25031 | $50.00 | |
| **10/6/2023 9:26** | 25030 | $198.00 | |
| **10/6/2023 8:58** | 25025 | $100.00 | |
| **10/6/2023 8:54** | 25024 | $100.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| 10/6/2023 8:24 | 25021 | $10.00 | |
| 10/6/2023 7:56 | 25020 | $50.00 | |
| 10/6/2023 7:22 | 25018 | $50.00 | |
| 10/6/2023 6:59 | 25015 | $210.00 | |
| 10/6/2023 6:44 | 25014 | $100.00 | |
| 10/6/2023 6:30 | 25012 | $13.00 | |
| 10/6/2023 6:27 | 25011 | $100.00 | |
| 10/6/2023 5:53 | 25009 | $500.00 | |
| 10/6/2023 4:58 | 25008 | $100.00 | |
| 10/6/2023 4:49 | 25007 | $100.00 | |
| 10/6/2023 4:17 | 25006 | $100.00 | |
| 10/6/2023 4:12 | 25005 | $100.00 | |
| 10/6/2023 3:47 | 25003 | $50.00 | |
| 10/6/2023 3:47 | 25002 | $50.00 | |
| 10/6/2023 3:17 | 25000 | $10.00 | |
| 10/6/2023 3:11 | 24997 | $100.00 | |
| 10/6/2023 3:10 | 24996 | $100.00 | |
| 10/6/2023 2:50 | 24994 | $50.00 | |
| 10/6/2023 2:33 | 24993 | $100.00 | |
| 10/6/2023 2:26 | 24991 | $10.00 | |
| 10/6/2023 2:25 | 24990 | $10.00 | |
| 10/6/2023 1:59 | 24989 | $100.00 | |
| 10/6/2023 1:16 | 24986 | $100.00 | |
| 10/6/2023 0:57 | 24982 | $150.00 | |
| 10/6/2023 0:11 | 24979 | $25.00 | |
| 10/6/2023 0:09 | 24977 | $260.00 | |
| 10/6/2023 0:01 | 24976 | $20.00 | |
| 10/5/2023 23:50 | 24974 | $20.00 | |
| 10/5/2023 23:27 | 24973 | $100.00 | |
| 10/5/2023 22:52 | 24970 | $250.00 | |
| 10/5/2023 22:27 | 24967 | $100.00 | |
| 10/5/2023 22:13 | 24966 | $100.00 | |
| 10/5/2023 22:04 | 24965 | $200.00 | |
| 10/5/2023 21:40 | 24964 | $100.00 | |
| 10/5/2023 21:36 | 24963 | $50.00 | |
| 10/5/2023 21:26 | 24962 | $50.00 | |
| 10/5/2023 21:25 | 24961 | $100.00 | |
| 10/5/2023 21:25 | 24960 | $100.00 | |
| 10/5/2023 21:24 | 24959 | $50.00 | |
| 10/5/2023 21:09 | 24958 | $100.00 | |
| 10/5/2023 20:49 | 24957 | $50.00 | |
| 10/5/2023 20:42 | 24956 | $100.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| **10/5/2023 20:06** | 24953 | $100.00 | |
| **10/5/2023 20:05** | 24952 | $20.00 | |
| **10/5/2023 19:50** | 24949 | $100.00 | |
| **10/5/2023 19:27** | 24948 | $50.00 | |
| **10/5/2023 18:33** | 24945 | $15.00 | |
| **10/5/2023 18:17** | 24943 | $100.00 | |
| **10/5/2023 18:13** | 24942 | $100.00 | |
| **10/5/2023 18:05** | 24940 | $30.00 | |
| **10/5/2023 18:00** | 24939 | $400.00 | |
| **10/5/2023 17:45** | 24937 | $20.00 | |
| **10/5/2023 17:36** | 24935 | $100.00 | |
| **10/5/2023 17:36** | 24934 | $100.00 | |
| **10/5/2023 17:31** | 24933 | $100.00 | |
| **10/5/2023 17:30** | 24932 | $100.00 | |
| **10/5/2023 17:29** | 24931 | $50.00 | |
| **10/5/2023 17:11** | 24929 | $50.00 | |
| **10/5/2023 17:09** | 24928 | $50.00 | |
| **10/5/2023 17:07** | 24927 | $50.00 | |
| **10/5/2023 17:05** | 24926 | $33.33 | |
| **10/5/2023 17:05** | 24925 | $50.00 | |
| **10/5/2023 17:02** | 24924 | $25.00 | |
| **10/5/2023 16:55** | 24923 | $25.00 | |
| **10/5/2023 16:48** | 24922 | $500.00 | |
| **10/5/2023 16:30** | 24919 | $50.00 | |
| **10/5/2023 16:21** | 24918 | $500.00 | |
| **10/5/2023 16:18** | 24917 | $50.00 | |
| **10/5/2023 16:04** | 24914 | $50.00 | |
| **10/5/2023 15:12** | 24911 | $40.00 | |
| **10/5/2023 14:14** | 24908 | $20.00 | |
| **10/5/2023 14:12** | 24907 | $50.00 | |
| **10/5/2023 13:35** | 24905 | $10.00 | |
| **10/5/2023 13:13** | 24904 | $50.00 | |
| **10/5/2023 13:07** | 24903 | $50.00 | |
| **10/5/2023 12:33** | 24902 | $120.00 | |
| **10/5/2023 12:30** | 24901 | $500.00 | |
| **10/5/2023 12:22** | 24900 | $100.00 | |
| **10/5/2023 12:15** | 24899 | $70.00 | |
| **10/5/2023 12:07** | 24897 | $25.00 | |
| **10/5/2023 12:07** | 24896 | $100.00 | |
| **10/5/2023 12:06** | 24895 | $500.00 | |
| **10/5/2023 10:19** | 24889 | $50.00 | |
| **10/4/2023 19:33** | 24864 | $10.00 | |

| Date | Order # | Deposit | Contributor |
|------|---------|---------|-------------|
| **10/3/2023 13:41** | 24771 | $50.00 | |
| **10/2/2023 15:18** | 24705 | $15.00 | |
| **10/1/2023 17:34** | 24644 | $20.00 | |
| **10/1/2023 9:20** | 24615 | $35.00 | |

**Total**              **$170,288.21**

# EXHIBIT 2

| | | |
|---|---|---|
| **LEGAL DEFENSE FUND EXPENSES** | | |
| | | |
| | | |
| **Payment Date** | **Payment Made** | **Who** |
| 10/12/23 | $4,000.00 | Winston and Strawn |
| 10/12/23 | $10,000.00 | Clark Hill |
| 10/20/23 | $3,000.00 | Winston and Strawn |
| 10/20/23 | $12,000.00 | Clark Hill |
| 10/27/23 | $14,000.00 | Clark Hill |
| 10/27/23 | $3,000.00 | Winston and Strawn |
| 11/3/23 | $18,000.00 | Clark Hill |
| 11/3/23 | $6,000.00 | Winston and Strawn |
| 11/10/23 | $9,000.00 | Clark Hill |
| 11/10/23 | $3,000.00 | Winston and Strawn |
| 11/17/23 | $1,000.00 | Winston and Strawn |
| 11/17/23 | $3,000.00 | Clark Hill |
| 11/24/23 | $4,500.00 | Clark Hill |
| 11/24/23 | $2,000.00 | Winston and Strawn |
| 12/1/23 | $8,000.00 | Clark Hill |
| 12/1/23 | $4,000.00 | Winston and Strawn |
| 12/8/23 | $4,500.00 | Clark Hill |
| 12/8/23 | $1,500.00 | Winston and Strawn |
| 12/15/23 | $5,000.00 | Clark Hill |
| 12/15/23 | $2,000.00 | Winston and Strawn |
| 12/22/23 | $10,000.00 | Clark Hill |
| 12/22/23 | $5,000.00 | Winston and Strawn |
| 12/29/23 | $3,250.00 | Clark Hill |
| 12/29/23 | $1,500.00 | Winston and Strawn |
| 01/05/24 | $8,000.00 | Clark Hill |
| 01/05/24 | $3,000.00 | Winston and Strawn |
| 1/12/24 | $2,250.00 | Clark Hill |
| 1/12/24 | $1,000.00 | Winston and Strawn |
| 1/19/24 | $1,200.00 | Clark Hill |
| 1/19/24 | $400.00 | Winston and Strawn |
| 1/26/24 | $6,750.00 | Clark Hill |
| 1/26/24 | $2,250.00 | Winston and Strawn |
| 2/2/24 | $3,500.00 | Clark Hill |
| 2/2/24 | $1,800.00 | Winston and Strawn |
| | | |
| Total Paid To Date: | $167,400.00 | |
| Remaining Funds: | $2,888.21 | |