**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
|     Plaintiff, | CASE NO. 03-C-3904 |
| vs. | |
| KEVIN TRUDEAU, | Hon. Matthew F. Kennelly |
|     Defendant. | |

**KEVIN TRUDEAU'S MOTION TO VACATE THE BAR ON THE ABILITY OF TRUDEAU CONSULTING TRAINING AND COACHING, LLC TO RETAIN AND DISPOSE OF OR DISSIPATE FUNDS OR ASSETS**

Kevin Trudeau and Trudeau Consulting Training and Coaching, LLC ("TCTC") respectfully move this Court pursuant to its two Orders of September 13, 2024, to vacate its "presumably temporary bar" on the ability of TCTC to retain and dispose of or dissipate "any funds or other assets." *See* ECF 1381 at 16, 33; ECF 1382. Retaining and spending money on operations is vital to a business's survival. To that end, this Court recognized that TCTC and Trudeau's other businesses "should be permitted to retain a reasonable amount of money . . . in anticipation of reasonable and legitimate operating expenses" so that they can "pay their employees . . . pay their trade creditors in a timely fashion" and otherwise conduct business that will also generate consumer redress. ECF 1381 at 33.

As set forth in Trudeau's most recent bi-monthly report filed with this Court on August 21, 2024, TCTC incurred approximately $372,000 in operating expenses. August 21, 2024 Report at 1141. TCTC's expected operating expenses for the next thirty days are listed in Exhibit A hereto, which is a compilation prepared by TCTC's accounting staff. *See* Ex. A. TCTC's expected

ordinary operating expenses over the next thirty days total approximately $83,083.45. *Id*. These expenses include payroll (five employees), contractors, and trade creditors.

TCTC's accounting staff also estimate that in the coming twelve months TCTC will incur additional ordinary operating expenses of over $177,000 to fulfill orders for seminars and programming already paid for by TCTC customers. *Id*. The expenses compiled in Exhibit A are representative ongoing ordinary business expenses. TCTC customers often prepay for future programs and services. TCTC cannot guarantee that future revenue streams will be adequate to cover existing liabilities. That is why TCTC strives to maintain adequate cash reserves at all times.

For all the foregoing reasons, Trudeau and TCTC request that the Court (a) vacate its bar on TCTC's ability to dispose of or dissipate any funds or other assets; (b) permit TCTC to retain adequate cash reserves for its ordinary operating expenses and future liabilities; and (c) grant any further relief that this Court deems proper.

Dated: September 16, 2024　　　　　　　　　　Respectfully submitted,

By: */s/ Giel Stein*

Giel Stein
Nicole Prefontaine
Jonathan Lippner
Clark Hill PLC
130 E. Randolph Street, Suite 3900
Chicago, Illinois 60601
Telephone: (312) 985-5900
Facsimile: (312) 985-5999
gstein@clarkhill.com
nprefontaine@clarkill.com
jlippner@clarkhill.com

Kimball R. Anderson
Winston & Strawn LLP
35 W. Wacker Dr., Suite 4100
Chicago, IL 60601
(312) 558-5858
kanderson@winston.com

## **CERTIFICATE OF SERVICE**

I, Christine Pfeiffer, a non-attorney, certify that I served the foregoing KEVIN TRUDEAU'S MOTION TO VACATE THE BAR ON THE ABILITY OF TRUDEAU CONSULTING TRAINING AND COACHING, LLC TO RETAIN AND DISPOSE OF OR DISSIPATE ANY FUNDS OR ASSETS on all parties of record via the Court's CM/ECF filing system on September 16, 2024.

*/s/ Christine Pfeiffer*
Christine Pfeiffer

# Exhibit A

**BILLS DUE NEXT 30-DAYS (Recurring monthly)**

| Date | To Who | Amount | Description |
|---|---|---|---|
| 1st | | $ 4,364.80 | Medical and Dental Insurance |
| 2nd | | $ 520.00 | Staff recruitment services |
| 4th | | $ 200.00 | Fee to process payroll |
| 5th | | $ 187.66 | Business Insurance |
| 5th | | $ 575.00 | Electric services for office |
| 5th | | $ 56.45 | Workmans Comp Insurance |
| 5th | | $ 14.99 | Graphic design platform |
| 5th | | $ 75.00 | This company provides performance improvement data |
| 5th | | $ 150.54 | Company email service |
| 5th | | $ 8.99 | Labor laws and safety regulations subscription |
| 6th | | $ 68.80 | Microsoft office subscription for staff |
| 9th | | $ 18.95 | Membership fee |
| 9th | | $ 190.00 | Creative content production platform |
| 9th | | $ 29.99 | Stock video and templates |
| 9th | | $ 39.00 | Digital assets and tools |
| 9th | | $ 20.00 | Multi-platform live streaming service |
| 9th | | $ 120.00 | Vision Insurance for employees |
| 10th | | $ 215.80 | Engage audience through texting |
| 11th | | $ 12.00 | Interactive feedback and engagement |
| 12th | | $ 65.00 | Accounting software |
| 12th | | $ 65.00 | Accounting software |
| 12th | | $ 13.99 | Television streaming service |
| 13th | | $ 10.00 | Audio advertising made simple |
| 13th | | $ 19,565.39 | Payroll for employees |
| 13th | | $ 7,512.50 | Payroll tax |
| 13th | | $ 504.00 | Staff recruitment services |
| 15th | | $ 70.00 | Royalty-free video assets |
| 15th | | $ 45.00 | Video review and collaboration |
| 16th | | $ 500.15 | Staff recruitment services |
| 16th | | $ 99.00 | Podcast hosting and analytics |
| 16th | | $ 1,540.95 | Internet service for office |
| 16th | | $ 1,500.00 | Kevin Trudeau Show Editor |
| 20th | | $ 520.00 | Office cleaning services |
| 20th | | $ 382.45 | Creative software and tools |
| 22nd | | $ 656.26 | Internet service for office |
| 22nd | | $ 87.90 | Advanced AI translation service |
| 25th | | $ 19,565.39 | Payroll for employees |
| 25th | | $ 7,512.50 | Payroll tax |
| 31st | | $ 1,500.00 | Kevin Trudeau Show Editor |
| 31st | | $ 600.00 | Kevin Trudeau Show Editor |
| | | $ 2,500.00 | Advertisement and Marketing |
| | | $ 2,200.00 | Video advertising for engagement |
| | | $ 2,200.00 | Audio advertising |
| | | $ 3,000.00 | Video platform for creators |
| | | $ 3,500.00 | Office supplies |
| | | $ 200.00 | Shipping services |
| | | $ 150.00 | Global shipping and logistics |
| | | $ 150.00 | Express shipping and logistics |
| | Total | $ 83,083.45 | |

| | | |
|---|---|---|
| **Product Fulfillment Next 12 Months** | | |
| Money Process & Relationship Process Seminars | Flight/Hotel, Facilitation Payment, Meeting Rooms & Replay Dinner | |
| Total | $ 177,860.23 | |